RECEIVED
JUL 8 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet 05-738

Plaintiff(s) or Petitioner(s)
Browning-Ferris Industries, Inc. & Subsidiaries

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert F. Denvir

Firm Name: Winston & Strawn LLP

Post Office Box:

Street Address: 35 West Wacker Drive

City-State-Zip: Chicago, Illinois 60601

Telephone & Facsimile Numbers: (312) 558-5675/(312) 558-5700

E-mail address: rdenvir@winston.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 2 1 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 28,260,606 plus interest and costs

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003