FILED
JUL - 8 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES )
)
)
Plaintiff,

v.

05-738T

THE UNITED STATES OF AMERICA, )
)
Defendant. )

**RCFC 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Browning Ferris Industries, Inc. & Subsidiaries, hereby states that Browning-Ferris Industries, Inc. is a wholly-owned subsidiary of Allied Waste North America, Inc. Allied Waste North America, Inc. is a wholly-owned subsidiary of Allied Waste Industries, Inc., the common stock of which is publicly and widely held.

Dated this 6th day of July, 2005.

Respectfully Submitted,

ROBERT F. DENVIR
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 558-5675
Fax: (312) 558-5700
*Attorney of Record for the Plaintiff*

*Of counsel*:

JAMES M. LYNCH
PETER W. POULOS
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 558-5600

Fax: (312) 558-5700

JAMES L. MALONE III
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700
Fax: (212) 294-4700