IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, Plaintiff | ) | |
| v. | ) | No. 05-738 T (Judge Horn) |
| THE UNITED STATES, Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth D. Seward as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth D. Seward, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: August 11, 2005

s/ Elizabeth D. Seward

ELIZABETH D. SEWARD
United States Department of Justice
Tax Division
Voice: (202) 307-6508
Fax: (202) 514-9440