IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-738 T
(Judge Horn)

BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of 59 days, from September 6, 2005, to and including November 4, 2005, within which to answer or otherwise respond to the complaint filed herein. This is the first enlargement of time defendant has requested for this purpose.

As good cause for this motion, defendant states that the undersigned trial attorney has not yet received the Internal Revenue Service's recommendation and administrative files pertaining to the defense of this income tax refund case. Without the views of the IRS, defendant cannot frame meaningful responses to the allegations of the complaint or

determine whether any jurisdictional matters or affirmative defenses should be raised in the answer.

The IRS attorney who has responsibility for preparing the defense recommendation expects to receive the administrative files and prepare a defense letter within the next 45 days. Defendant's attorney will need the remaining 15 days to review the IRS's files and recommendation, and then draft–and submit for internal review–an answer or other response to the complaint.

Plaintiff's counsel has authorized us to state that he has no objection to the requested enlargement.

Respectfully submitted,

s/ ELIZABETH D. SEWARD
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

September __1___, 2005

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on plaintiff *pro se* this ____ day of September, 2005, by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Robert F. Denvir
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

______________________________
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440