# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 05-738T**
**Filed: September 7, 2005**

**O R D E R**

The court is in receipt of the defendant's September 1, 2005, unopposed motion for an enlargement of time of fifty-nine days, to and including November 4, 2005, within which to file an answer or other response to the complaint. As requested, the court **GRANTS** the defendant's request for an enlargement of time and **ORDERS** the defendant to file its answer or other response to the complaint on or before **Friday, November 4, 2005.** No dispositive motions, however, shall be filed by either party prior to providing chambers with notice of the proposed action and discussion of the proposed motion in a status conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**