IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-738 T
(Judge Horn)

BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

UNOPPOSED MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of 28 days, from November 4, 2005, to and including December 2, 2005, within which to answer or otherwise respond to the complaint filed herein. This is the second enlargement of time defendant has requested for this purpose, the Court previously having granted an enlargement of 59 days. Plaintiff does not oppose the motion.

As good cause for this motion, defendant states that the undersigned trial attorney still has not received the Internal Revenue Service's recommendation and administrative files pertaining to the defense of this income tax refund case. The IRS attorney who has responsibility for preparing the defense recommendation has recently received plaintiff's

administrative files and expects to complete a defense letter and send it, together with the files, to defendant's trial attorney within the next 20 days. Defendant's attorney will need the remaining 12 days to review the IRS's files and recommendation, and then draft–and submit for internal review–an answer or other response to the complaint.

Plaintiff's counsel of record has authorized us to state that he has no objection to the requested enlargement.

Respectfully submitted,

s/ ELIZABETH D. SEWARD
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

October 31, 2005