# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * <br><br> **BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **UNITED STATES,** <br><br> **Defendant.** <br><br> * * * * * * * * * * * * * * * * * * * * | **No. 05-738T** <br> **Filed: November 2, 2005** |

**O R D E R**

The court is in receipt of the defendant's November 1, 2005, unopposed motion for an enlargement of time of 28 days, to and including December 2, 2005, within which to file an answer or other response to the complaint. As requested, the court **GRANTS** the defendant's request for an enlargement of time and **ORDERS** the defendant to file its answer or other response to the complaint on or before **Friday, December 2, 2005.** Neither party shall file a motion for summary judgment before providing chambers with notice of the proposed action and discussion of the proposed motion in a status conference.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**