# *IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES AND SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 05-738 T |
| | ) | ( Judge Wheeler) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Stuart J. Bassin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Justice Department
Tax Division
P.O. Box 403, Ben Franklin Station
Washington, DC 20044
(202) 307-6418
(Fax) (202) 514-9440

Dated: February 15, 2006

s/Stuart J. Bassin
STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Justice Department
Tax Division
P.O. Box 403, Ben Franklin Station
Washington, DC 20044
(202) 307-6418