**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-738T<br>Judge Thomas C. Wheeler |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to United States Court of Federal Claims Rule 83.1(c)(4), Plaintiff Browning-Ferris Industries, Inc. & Subsidiaries, files this Motion for Substitution of Counsel of Record. Plaintiff's current counsel of record, Robert F. Denvir, endorses the substitution and attaches his Affidavit of Endorsement. Plaintiff's new counsel of record, Philip Karter, attaches his Affidavit of Appointment. Plaintiff respectfully requests that the Clerk of Court make the appropriate entry on the docket.

Respectfully submitted,

s/Philip Karter

PHILIP KARTER
Miller & Chevalier Chartered
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/729-7820
610/729-7805 Facsimile

Counsel for Plaintiff

Dated: June30, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-738T<br>Judge Thomas C. Wheeler |

**AFFIDAVIT OF ENDORSEMENT**

I hereby endorse the appointment of Philip Karter as counsel of record in the above-captioned matter. I withdraw as counsel of record upon his substitution.

I declare under the penalty of perjury that the foregoing is true and correct.

This 29th day of June, 2006.

ROBERT F. DENVIR
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312/558-5675
312/558-5700 Facsimile

Subscribed and sworn to or affirmed before me this 29th day of June, 2006.

"OFFICIAL SEAL"
MARJORIE L. CARR
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/27/2008

Notary Public

My commission expires: 9-27-08



21866.2

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 05-738T |
| v. | ) | Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF APPOINTMENT**

I hereby affirm that Plaintiff Browning-Ferris Industries, Inc. & Subsidiaries has appointed me counsel of record in the above-captioned matter.

I declare under the penalty of perjury that the foregoing is true and correct.

This 30th day of June, 2006.

Philip Karter

PHILIP KARTER
Miller & Chevalier Chartered
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/729-7820
610/729-7805 Facsimile

Subscribed and sworn to or affirmed before me this 30th day of June, 2006

Karen Lombardi

Notary Public

My commission expires: July 12. 2009

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Karen M. Lombardi, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires July 12, 2009
Member, Pennsylvania Association of Notaries



21866.2