**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-738T<br>Judge Thomas C. Wheeler |

**NOTICE OF APPEARANCE**

Please enter the appearance of Herbert Odell as an attorney for Plaintiff Browning-Ferris Industries, Inc. & Subsidiaries. In addition to service on counsel of record, service of all papers on opposing parties should be addressed to the undersigned as follows:

HERBERT ODELL
Miller & Chevalier Chartered
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428

Respectfully submitted,

s/Herbert Odell by s/Philip Karter

HERBERT ODELL
Miller & Chevalier Chartered
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/729-7810
610/729-7805 Facsimile

*Of Counsel*

Dated: August 25, 2006