# In the United States Court of Federal Claims

No. 05-738T

(Filed: August 29, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| BROWNING FERRIS INDUSTRIES, INC. & SUBSIDIARIES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

## SCHEDULING ORDER

On August 29, 2006, counsel for the parties appeared before the Court to discuss the status of the case and to raise an apparent issue relating to jurisdiction in this matter. As agreed during the status conference, the parties are requested to brief jurisdictional issues to the Court pursuant to the following schedule:

1. Plaintiff shall file its Motion to Dismiss on or before September 12, 2006;

2. Defendant shall file its Response on or before September 26, 2006; and

3. Plaintiff shall file its Reply on or before October 3, 2006.

After receipt of Plaintiff's Motion to Dismiss, Defendant should notify the Court if it desires a status conference to request any discovery relating to Plaintiff's motion, or to request additional time to prepare Defendant's Response. Other proceedings in this case shall be suspended until the jurisdictional issues are resolved.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge