# United States Court Of Federal Claims

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 05-738T |
| v. | ) | Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court on the plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to RCFC 41(a)(2) and for Dismissal of Counterclaim Pursuant to RCFC 12(b)(1), and the Court having considered the papers and for good cause shown;

IT IS HEREBY ORDERED, that plaintiff's motion be granted and that this action shall be dismissed without prejudice.

DATED: _______________, 2006.

_______________________________________
HONORABLE THOMAS C. WHEELER
JUDGE, U.S. COURT OF FEDERAL CLAIMS

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing PROPOSED ORDER was made on this 12th day of September, 2006, by electronically filing a copy of the same with the Court under the CM/ECF system with notification of such filing to Defendant's counsel, Stuart J. Bassin.

*/s/ Philip Karter*
PHILIP KARTER
Miller & Chevalier Chartered
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/729-7820 Telephone
610/729-7805 Facsimile