# In the United States Court of Federal Claims

No. 05-738T

(Filed: September 22, 2006)

****************************************** *
*
BROWNING FERRIS INDUSTRIES, INC. *
& SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

SCHEDULING ORDER

On September 21, 2006, the Court held a telephonic conference with counsel for the parties to discuss Defendant's request for discovery in connection with Plaintiff's motion for voluntary dismissal. As agreed during the status conference, Defendant shall have until October 23, 2006 to complete discovery. Defendant's response to Plaintiff's motion for voluntary dismissal is due by November 6, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge