IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-738 T
(Judge Wheeler)

BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves for a ten-day enlargement of time, from November 6 to November 16, 2006, to file its response to plaintiff's motion for voluntary dismissal. This is the first enlargement requested for this purpose, and plaintiff's counsel has indicated that plaintiff does not oppose allowance of this motion.

As good cause for allowance of this motion, the United States reports that it completed the discovery required to respond to plaintiff's motion within the time authorized by the Court and has made substantial progress in drafting an opposition to plaintiff's motion. However, at one of the two depositions taken on October 18, 2006, the deponent reserved the right to review and correct the transcripts of his deposition. The court reporter has advised that the transcripts will not be available until November 1, 2006. When solicited for consent to the requested extension, plaintiff's counsel suggested the allotment of one week for the deponent to review and sign the deposition transcript because the transcript will be arriving at a time when the

deponent's employer is in the process of relocating its corporate headquarters. Thus, to the extent the deponent make corrections, those corrections may not be transmitted to defendant until a date after the scheduled date for filing of the opposition to the motion to dismiss for the United States.

This timing is important because the United States intends to rely substantially upon that deposition testimony in its opposition papers. Thus, if the United States files those papers on November 6, and the witnesses modify their testimony during the review process, complications could arise and supplemental briefs might be required. Conversely, if the United States defers filing until after the depositions are reviewed, those problems would disappear. Under the circumstances, the United States believes that deferral is the best course and seeks the requested enlargement to allow it to defer filing until the deposition review process is completed.

Wherefore, the United States requests that the Court allow its motion for enlargement of time.

Respectfully submitted,

s/ STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418
(202) 307-2504 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JENNIFER D. SPRIGGS
Senior Trial Attorney
JACOB E. CHRISTIANSEN
Trial Attorney

October 26, 2006