# In the United States Court of Federal Claims

No. 05-738T

(Filed: October 30, 2006)

*************************************** *
*
BROWNING FERRIS INDUSTRIES, INC. *
& SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

SCHEDULING ORDER

On October 27, 2006, Defendant filed with the Court a Motion For Enlargement Of Time until November 16, 2006 to file its response to Plaintiff's motion for voluntary dismissal. For good cause shown, Defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge