IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-738 T
(Judge Wheeler)

BROWNING-FERRIS INDUSTRIES & SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves for a six-day enlargement of time, from November 16 to November 22, 2006, to file its response to plaintiff's motion for voluntary dismissal. This is the second enlargement requested for this purpose, one prior enlargement of ten days having been previously allowed, and plaintiff's counsel has indicated that plaintiff does not oppose allowance of this motion.

As good cause for allowance of this motion, the United States reports that it completed the discovery required to respond to plaintiff's motion within the time authorized by the Court and has completed drafting of an opposition to plaintiff's motion. However, at one of the two depositions taken on October 18, 2006, the deponent reserved the right to review and correct the transcripts of his deposition. The court reporter delivered the transcript to the deponent on November 1, 2006, but the deponent has yet to complete his review of the transcript, largely because his employer is in the process of relocating its corporate headquarters.

This timing is important because the United States intends to rely substantially upon that deposition testimony in its opposition papers. Thus, if the United States files those papers, and the deponent modifies his testimony during the review process (some modifications are expected), complications could arise and supplemental briefs might be required. Conversely, if the United States defers filing until after the deposition is reviewed, those problems would disappear. Under the circumstances, the United States believes that deferral is the best course and seeks the requested enlargement to allow it to defer filing until the deposition review process is completed.

Wherefore, the United States requests that the Court allow its motion for enlargement of time.

Respectfully submitted,

s/ STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418
(202) 307-2504 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JENNIFER D. SPRIGGS
Senior Trial Attorney
JACOB E. CHRISTIANSEN
Trial Attorney

November 15, 2006