PROTECTIVE REFUND CLAIM

Form **1120X** (Rev December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 7/30/99 (Enter month and year.)

Please Type or Print

Name: Browning-Ferris Industries, LLC for consolidated group f/k/a Browning-Ferris Industries, Inc. & Subsidiaries

Employer identification number: 74-1673682

Number, street, and room or suite no. (If a P.O. box, see instructions.): 15880 N Greenway-Hayden Loop, Suite 100

City or town, state, and ZIP code: Scottsdale, AZ 85260

Telephone number (optional): 480-627-2736

Enter name and address used on original return (If same as above, write "Same"): Browning-Ferris Industries, Inc. & Subsidiaries, 15880 N. Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

Internal Revenue Service Center where original return was filed ▶ Ogden, UT

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 3,193,591,494 | (80,923,602) | 3,112,667,892 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,271,762,828 | 0 | 3,271,762,828 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | (78,171,334) | (80,923,602) | (159,094,936) |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | | 0 | |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | | 0 | |
| b | Estimated tax payments | 5b | 90,500,000 | 0 | 90,500,000 |
| c | Refund applied for on Form 4466 | 5c | 80,000,000 | 0 | 80,000,000 |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | 10,500,000 | 0 | 10,500,000 |
| e | Tax deposited with Form 7004 | 5e | | 0 | |
| f | Credit from Form 2439 | 5f | | 0 | |
| g | Credit for Federal tax on fuels | 5g | 5,447 | 0 | 5,447 |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | |
| 7 | Add lines 5d through 6, column (c) | 7 | 10,505,447 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | 10,505,447 |
| 9 | Subtract line 8 from line 7 | 9 | 0 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | 0 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 0 |
| 12 | Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 8/22/06 Date | ▶ Vice President - Tax Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev. 12-2004)

ISA STF FED4298F 1

PROTECTIVE REFUND CLAIM

Form **1120X** (Rev December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 7/30/99 (Enter month and year.)

Please Type or Print

Name: Browning-Ferris Industries, LLC for consolidated group f/k/a Browning-Ferris Industries, Inc. & Subsidiaries

Employer identification number: 74-1673682

Number, street, and room or suite no (If a P.O box, see instructions.): 15880 N Greenway-Hayden Loop, Suite 100

City or town, state, and ZIP code: Scottsdale, AZ 85260

Telephone number (optional): 480-627-2736

Enter name and address used on original return (If same as above, write "Same".) 15880 N. Greenway-Hayden Loop, Suite 100, Browning-Ferris Industries, Inc. & Subsidiaries, Scottsdale, AZ 85260

Internal Revenue Service Center where original return was filed ▶ Ogden, UT

## Fill in applicable items and use Part II on the back to explain any changes

| Part I Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 3,193,591,494 | (80,923,602) | 3,112,667,892 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,271,762,828 | 0 | 3,271,762,828 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | (78,171,334) | (80,923,602) | (159,094,936) |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | | 0 | |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | | 0 | |
| b Estimated tax payments | 5b | 90,500,000 | 0 | 90,500,000 |
| c Refund applied for on Form 4466 | 5c | 80,000,000 | 0 | 80,000,000 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 10,500,000 | 0 | 10,500,000 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | 5,447 | 0 | 5,447 |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | |
| 7 Add lines 5d through 6, column (c) | 7 | | | 10,505,447 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 10,505,447 |
| 9 Subtract line 8 from line 7 | 9 | | | 0 |
| **Tax Due or Overpayment** (see instructions) | | | | |
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury" ▶ | 10 | | | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | | | 0 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | | | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 8/22/06 Date | ▶ Vice President - Tax Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed) address, and ZIP code ▶ | EIN | Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev. 12-2004)

ISA STF FED4298F 1

99

Form 1120X (Rev. 12-2004) Page **2**

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see What To Attach on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here ▶ ☐

Total income (line 1) decreased due to the capital loss requested in this claim for refund applicable to the taxable year ended July 30, 1999. Please refer to Attachment 1 for an explanation of the change in Total income.

Taxable income (line 3) has decreased due to the capital loss requested in line 1 as explained above.

STF FED4298F.2 Form **1120X** (Rev. 12-2004)

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 11

**PROTECTIVE REFUND CLAIM**

**BROWNING-FERRIS INDUSTRIES, LLC**
**FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 74-1673682**
**7/30/99 FORM 1120X EXPLANATION OF CHANGES**

**INDEX OF ATTACHMENTS**


1. Explanation of Changes
2. As Amended Schedules
3. IRS Audit Statement (Form 3610)
4. IRS Examination Report (Form 886A)
5. Copy of Rev. Proc. 2002-43 Designation




**PROTECTIVE REFUND CLAIM**

**BROWNING-FERRIS INDUSTRIES, LLC**
**FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 74-1673682**
**7/30/99 FORM 1120X EXPLANATION OF CHANGES**

**ATTACHMENT 1**

The bases for the changes requested in this claim for refund are set forth below The term "Claimant" as used herein refers to Browning-Ferris Industries, LLC and the members of its consolidated group as appropriate. Unless otherwise indicated, section ("§") references are to the Internal Revenue Code of 1986 ("IRC"), as amended, as in effect for the year in issue. Based on the changes set forth below, Claimant is entitled to a refund of $-0- or such greater amount as is legally refundable. In addition, Claimant asserts that it is entitled to all correlative and computational adjustments and consequential changes to any items (including, but not limited to, its alternative minimum tax, environmental tax, net operating loss deductions and net operating loss carrybacks and carryovers, capital loss deductions and capital loss carrybacks and carryovers, and tax credits and tax credit carrybacks and carryovers) affecting this year. Claimant also requests a refund of all related interest, penalties, or additions to tax that have been overpaid. Claimant also requests statutory interest on any overpayment as provided by law (including, but not limited to, the benefit of offsetting, interest netting, and the net interest rate of zero on periods of overlapping underpayment and overpayment).

Pursuant to Treas. Reg. § 1.1502-77A(d), effective for the taxable year ended July 30, 1999 (the "1999 tax year"), and the Designation filed at Ogden, Utah on or about August 24, 2006, in accordance with Rev. Proc. 2002-43, BFI Waste Systems of North America, Inc. ("BFI

Waste") is the duly authorized agent of the consolidated group (the "BFI Group") of which Browning-Ferris Industries, Inc. ("BFI Inc.") was the common parent prior to its termination on December 30, 2004. BFI Waste filed refund claims for the 1999 tax year on behalf of the BFI Group at Austin, Texas on or about August 24, 2006. The protective refund claim filed herein by Claimant for the 1999 tax year is intended to be effective only in the event that Claimant, and not BFI Waste, is determined to be the proper agent for the BFI Group.

Prior to the Designation pursuant to Rev. Proc. 2002-43, the BFI Group incurred an aggregate capital loss of $901,660,007 on the sale by certain of its members (hereinafter referred to as the "BFI Sellers") of Class B Common Stock in six liability management companies, as shown on attached Exhibit 1, to unrelated investors during the 1999 tax year. As a result, Claimant is entitled to offset this capital loss against capital gain net income of $80,923,602 in the 1999 tax year. This results in a reduction in Claimant's taxable income for the 1999 tax year in the amount of $80,923,602 or such other proper amount as provided by law.

In July 30, 1999, Allied Waste Industries, Inc. ("Allied") acquired substantially all of the outstanding stock of BFI Inc. Prior to the acquisition, BFI Inc. utilized a large in-house staff to manage the liabilities arising from its operations. In contrast, Allied utilized a small in-house staff and outsourced most of its environmental management, risk management and other expertise.

In July 1999, shortly before the close of the acquisition, BFI Inc. restructured the management of its contingent liabilities in a manner consistent with Allied's outsourcing approach and to provide a legal structure that would foster the effective management of the liabilities. As a replacement for BFI Inc.'s heavily staffed internal departments, BFI Inc. established six separate liability management companies based on the specific expertise needed



for the management of the liabilities and compliance with applicable regulatory laws, as shown on Exhibit 2. In order to consolidate the liabilities into the corresponding liability management companies, the BFI Sellers contributed certain notes in an aggregated amount of $902,561,661 to the liability management companies in exchange for (i) Class B Common Stock, and (ii) the assumption by the liability management companies of contingent liabilities in the aggregate amount of $901,660,007. The above transactions were tax-free exchanges pursuant to § 351.

Each of the BFI Sellers then sold their shares of Class B Common Stock to environmental and insurance consultants with considerable expertise in the liabilities managed by the respective liability management company (hereinafter referred to the "Consulting Investors"). <u>See</u> identities of Consulting Investors at Exhibit 2. The ownership of the stock provides an equity incentive for the Consulting Investors to aggressively identify and take advantage of cost-saving opportunities in managing the liabilities.

The aggregate amount realized by the BFI Sellers on the sale of the Class B Common Stock during the 1999 tax year was $901,654. The BFI Sellers' tax basis in the Class B Common Stock was a substitute basis equal to the sum of the tax basis of the property which the BFI Entities contributed to the liability management companies and unreduced by the liability management companies' assumption of the liabilities in accordance with § 358. As shown on Exhibit 1, the BFI Sellers' aggregate tax basis in the Class B Common Stock was $902,561,661. The liabilities do not reduce stock basis because they are excluded under § 357(c)(3) and, therefore, § 358(d)(2) applies. Alternatively, the liabilities are not taken into account under § 358(d) because such contingent liabilities are not "liabilities" for federal income tax purposes. Consequently, as shown on Exhibit 1, the BFI Sellers' sales of the Class B Common Stock resulted in an aggregate capital loss of $901,660,007 in the 1999 tax year.

Claimant's deduction of the capital loss resulting from the sale of the Class B Common Stock during the 1999 tax year by the BFI Group was disallowed by the Internal Revenue Service's (the "Service") examination team. The disallowance of the capital loss is reflected in Issue 71 of the Examination Report dated May 31, 2002 and revised September 3, 2002. The disallowance of the capital loss is incorrect and without merit. Claimant hereby incorporates by reference all documents, letters, schedules, explanation, protests, and other correspondence on this issue supplied to the Service.

As a result of the changes herein, Claimant's tax liability is reduced by $-0- or such greater amount as is legally refundable.



**BROWNING-FERRIS INDUSTRIES, LLC for**
**CONSOLIDATED GROUP f/k/a BROWNING-FERRIS**
**INDUSTRIES, INC. & SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 74-1673682**
**FORM 1120X EXPLANATION OF CHANGES**
**ATTACHMENT 1**
**EXHIBIT 1**

| Shares Sold of: | Seller | Seller's FEIN | Sales Price | Basis | Gain (Loss) |
|---|---|---|---|---|---|
| Browning-Ferris Industries Europe, Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 155,840 | 155,995,840 | (155,840,000) |
| Entity Total | | | 155,840 | 155,995,840 | (155,840,000) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 121 | 120,120 | (119,999) |
| BFI Trans River (LP), Inc. | Attwoods of North America, Inc. | 98-0066273 | 2,022 | 2,022,020 | (2,019,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 9,842 | 9,849,840 | (9,839,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 72,871 | 72,952,880 | (72,880,009) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries Chem. Services | 74-1362363 | 6,552 | 6,558,550 | (6,549,998) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 4,949 | 4,954,950 | (4,950,001) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 941 | 940,940 | (939,999) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 2,563 | 2,562,560 | (2,559,997) |
| BFI Trans River (LP), Inc. | CECOS International, Inc. (New York) | 16-1069544 | 1,417 | 1,421,420 | (1,420,003) |
| BFI Trans River (LP), Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 28 | 30,030 | (30,002) |
| Entity Total | | | 101,306 | 101,411,310 | (101,310,004) |
| BFI Energy Systems of Plymouth, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 278,417 | 278,698,420 | (278,420,003) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 16,125 | 16,126,110 | (16,109,985) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 49,040 | 49,099,050 | (49,050,010) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 4,164 | 4,164,160 | (4,159,996) |
| BFI Energy Systems of Plymouth, Inc. | International Disposal Corp. of California | 94-2229685 | 6,063 | 6,066,060 | (6,059,997) |
| BFI Energy Systems of Plymouth, Inc. | New Morgan Landfill Company, Inc. | 23-2645522 | 15,991 | 16,016,000 | (16,000,009) |
| Entity Total | | | 369,800 | 370,169,890 | (369,800,000) |
| Browning-Ferris Industries Asia Pacific, Inc. | CECOS International, Inc. (New York) | 16-1069544 | 69,810 | 69,879,810 | (69,810,000) |
| Entity Total | | | 69,810 | 69,879,810 | (69,810,000) |
| BFI Services Group, Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 7,438 | 7,437,430 | (7,429,992) |
| BFI Services Group, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 138,661 | 138,808,670 | (138,670,009) |
| BFI Services Group, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 314 | 310,310 | (309,996) |
| BFI Services Group, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 7,072 | 7,077,070 | (7,069,998) |
| BFI Services Group, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 21,084 | 21,111,090 | (21,090,006) |
| BFI Services Group, Inc. | Browning-Ferris, Inc. (MD) | 74-1990098 | 6,181 | 6,176,170 | (6,169,989) |
| BFI Services Group, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 11,210 | 11,221,210 | (11,210,000) |
| BFI Services Group, Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 1,860 | 1,871,870 | (1,870,010) |
| Entity Total | | | 193,820 | 194,013,820 | (193,820,000) |
| BFI Energy Systems of Boston, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 830 | 830,830 | (830,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 5,670 | 5,675,670 | (5,670,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 4,580 | 4,584,580 | (4,580,000) |
| Entity Total | | | 11,080 | 11,091,080 | (11,080,000) |
| Combined Entities Total | | | 901,656 | 902,561,660 | (901,660,004) |

1.9

**BROWNING-FERRIS INDUSTRIES, LLC for CONSOLIDATED GROUP f/k/a BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES EMPLOYER IDENTIFICATION NUMBER 74-1673682**

**FORM 1120X EXPLANATION OF CHANGE**
**ATTACHMENT 1**
**EXHIBIT 2**

| Liability Management Company | Description of Liabilities Assumed | Consulting Investors |
|---|---|---|
| BFI Services Group, Inc. | Routine post-closure costs associated with closed landfills | Foster Environmental<br>Herst & Associates<br>Power Strategies, Inc. |
| Browning-Ferris Industries Asia Pacific, Inc. | Costs associated with hazardous waste management | COMCOR Environmental, Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Boston, Inc. | Remediation costs associated with chemical waste management | COMCOR Environmental Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Trans River (LP), Inc. | Transaction costs for Superfund matters, remediation costs, potential legal settlements, and related legal and engineering costs | COMCOR Environmental Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Plymouth, Inc. | Closing costs, capping costs and storm water control costs associated with operating active landfills | COMCOR Environmental Ltd.<br>Foster Environmental<br>Herst & Associates |
| Browning-Ferris Industries Europe, Inc. | Contingent Insurance Liabilities (auto, general, and workman's compensation) | Willis Corroon Corp. of Arizona |

57

Form **1120X** (Rev. December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 09/30/97 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc. and Subsidiaries

Employer identification number: 41-1696636

Number, street, and room or suite no. (If a P.O. box, see instructions.): 15880 N. Greenway-Hayden Loop Suite 100

City or town, state, and ZIP code: Scottsdale, Arizona 85260

Telephone number (optional): 480-627-2700

Enter name and address used on original return (If same as above, write "Same."): Browning-Ferris Industries, Inc. & Subsidiaries, 757 N. Eldridge, Houston TX 77079

Internal Revenue Service Center where original return was filed ▶ Austin, TX

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 4,389,800,149 | 0 | 4,389,800,149 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 4,234,964,403 | 80,923,602 | 4,315,888,005 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | 154,835,746 | (80,923,602) | 73,912,144 |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 42,784,657 | (18,549,092) | 24,235,565 |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | 0 | 0 | 0 |
| b | Estimated tax payments | 5b | 102,500,670 | 0 | 102,500,670 |
| c | Refund applied for on Form 4466 | 5c | 32,709,291 | 0 | 32,709,291 |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | 69,791,379 | 0 | 69,791,379 |
| e | Tax deposited with Form 7004 | 5e | | 0 | |
| f | Credit from Form 2439 | 5f | | 0 | |
| g | Credit for Federal tax on fuels | 5g | | 0 | |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | 19,079,286 |
| 7 | Add lines 5d through 6, column (c) | 7 | 88,870,665 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | 46,086,008 |
| 9 | Subtract line 8 from line 7 | 9 | 42,784,657 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | 0 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 18,549,092 |
| 12 | Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 18,549,092 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 8/22/06 Date | ▶ VP Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev. 12-2004)

ISA
STF FED4298F 1

Form **1120X** (Rev December 2004)
Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132
For tax year ending ▶ 09/30/97 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc. and Subsidiaries
Employer identification number: 41-1696636
Number street and room or suite no. (If a P O box see instructions): 15880 N. Greenway-Hayden Loop Suite 100
Telephone number (optional): 480-627-2700
City or town state and ZIP code: Scottsdale, Arizona 85260

Enter name and address used on original return (If same as above write "Same.")
Browning-Ferris Industries, Inc. & Subsidiaries, 757 N. Eldridge, Houston TX 77079

Internal Revenue Service Center where original return was filed ▶ Austin, TX

## Fill in applicable items and use Part II on the back to explain any changes

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 4,389,800,149 | 0 | 4,389,800,149 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 4,234,964,403 | 80,923,602 | 4,315,888,005 |
| 3 Taxable income Subtract line 2 from line 1 | 3 | 154,835,746 | (80,923,602) | 73,912,144 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 42,784,657 | (18,549,092) | 24,235,565 |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 0 | 0 | 0 |
| b Estimated tax payments | 5b | 102,500,670 | 0 | 102,500,670 |
| c Refund applied for on Form 4466 | 5c | 32,709,291 | 0 | 32,709,291 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 69,791,379 | 0 | 69,791,379 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | | 0 | |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 19,079,286 |
| 7 Add lines 5d through 6, column (c) | 7 | | | 88,870,665 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 46,086,008 |
| 9 Subtract line 8 from line 7 | 9 | | | 42,784,657 |
| **Tax Due or Overpayment** (see instructions) | | | | |
| 10 Tax due. Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury" ▶ | 10 | | | 0 |
| 11 Overpayment. Subtract line 4, column (c), from line 9 ▶ | 11 | | | 18,549,092 |
| 12 Enter the amount of line 11 you want: Credited to 20__ estimated tax ▶ Refunded ▶ | 12 | | | 18,549,092 |

**Sign Here** — Under penalties of perjury I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 6/22/06 Date | ▶ VP Title

**Paid Preparer's Use Only** — Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev 12-2004)
ISA STF FED4298F 1

Form 1120X (Rev. 12-2004) Page **2**

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see What To Attach on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see Carryback Claims on page 3, and check here ▶ ☑

Total Deductions (line 2) increased due to an additional net operating loss carryback from the taxable year ended July 30, 1999. Please refer to Attachment I for an explanation of the change in Total Deductions.

Taxable Income (line 3) has decreased due to the additional net operating loss carryback included in line 2 as explained above.

Federal Income Tax (line 4) has decreased due to the additional net operating loss carryback as explained above.

Form **1120X** (Rev. 12-2004)

GOVERNMENT EXHIBIT 12
PENGAD-Bayonne, N. J.

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**9/30/97 FORM 1120X EXPLANATION OF CHANGES**

## INDEX OF ATTACHMENTS

1. Explanation of Changes
2. As Amended Schedules
3. IRS Audit Statement (Form 3610)
4. IRS Examination Report (Form 886A)
5. Copy of 7/30/99 Claim for Refund (Form 1120X)
6. Copy of Rev. Proc. 2002-43 Designation





**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**9/30/97 FORM 1120X EXPLANATION OF CHANGES**

## ATTACHMENT 1

The bases for the changes requested in this claim for refund are set forth below. The term "Claimant" as used herein refers to BFI Waste Systems of North America, Inc. and the members of its consolidated group as appropriate. Unless otherwise indicated, section ("§") references are to the Internal Revenue Code of 1986 ("IRC"), as amended, as in effect for the year in issue. Based on the changes set forth below, Claimant is entitled to a refund of $18,549,092 or such greater amount as is legally refundable. In addition, Claimant asserts that it is entitled to all correlative and computational adjustments and consequential changes to any items (including, but not limited to, its alternative minimum tax, environmental tax, net operating loss deductions and net operating loss carrybacks and carryovers, capital loss deductions and capital loss carrybacks and carryovers, and tax credits and tax credit carrybacks and carryovers) affecting this year. Claimant also requests a refund of all related interest, penalties, or additions to tax that have been overpaid. Claimant also requests statutory interest on any overpayment as provided by law (including, but not limited to, the benefit of offsetting, interest netting, and the net interest rate of zero on periods of overlapping underpayment and overpayment).

Pursuant to Treas. Reg. § 1.1502-77A(d), effective for the taxable year ended September 30, 1997 (the "1997 tax year"), and the Designation filed at Ogden, Utah on or about August 24, 2006, in accordance with Rev. Proc. 2002-43, Claimant is the duly authorized agent of the consolidated group (the "BFI Group") of which Browning-Ferris Industries, Inc. ("BFI Inc.") was the common parent prior to its termination on December 30, 2004.

Prior to the Designation pursuant to Rev. Proc. 2002-43, the BFI Group incurred an aggregate capital loss of $901,660,007 on the sale by certain of its members (hereinafter referred to as the "BFI Sellers") of Class B Common Stock in six liability management companies, as shown on attached Exhibit 1, to unrelated investors during the taxable year ended July 30, 1999 (the "1999 tax year"). Claimant is entitled to offset this capital loss against capital gain net income of $80,923,602 in the 1999 tax year and, as a result, is entitled to an additional net operating loss carryback from the 1999 tax year to the 1997 tax year in the amount of $80,923, 602 or such other proper amount as provided by law. This results in a reduction in Claimant's taxable income for the 1997 tax year in the amount of $80,923,602 or such other proper amount as provided by law.

In July 30, 1999, Allied Waste Industries, Inc. ("Allied") acquired substantially all of the outstanding stock of BFI Inc. Prior to the acquisition, BFI Inc. utilized a large in-house staff to manage the liabilities arising from its operations. In contrast, Allied utilized a small in-house staff and outsourced most of its environmental management, risk management and other expertise.

In July 1999, shortly before the close of the acquisition, BFI Inc. restructured the management of its contingent liabilities in a manner consistent with Allied's outsourcing approach and to provide a legal structure that would foster the effective management of the liabilities. As a replacement for BFI Inc.'s heavily staffed internal departments, BFI Inc. established six separate liability management companies based on the specific expertise needed for the management of the liabilities and compliance with applicable regulatory laws, as shown on Exhibit 2. In order to consolidate the liabilities into the corresponding liability management companies, the BFI Sellers contributed certain notes in an aggregated amount of $902,561,661 to





the liability management companies in exchange for (i) Class B Common Stock, and (ii) the assumption by the liability management companies of contingent liabilities in the aggregate amount of $901,660,007. The above transactions were tax-free exchanges pursuant to § 351.

Each of the BFI Sellers then sold their shares of Class B Common Stock to environmental and insurance consultants with considerable expertise in the liabilities managed by the respective liability management company (hereinafter referred to the "Consulting Investors"). See identities of Consulting Investors at Exhibit 2. The ownership of the stock provides an equity incentive for the Consulting Investors to aggressively identify and take advantage of cost-saving opportunities in managing the liabilities.

The aggregate amount realized by the BFI Sellers on the sale of the Class B Common Stock during the 1999 tax year was $901,654. The BFI Sellers' tax basis in the Class B Common Stock was a substitute basis equal to the sum of the tax basis of the property which the BFI Entities contributed to the liability management companies and unreduced by the liability management companies' assumption of the liabilities in accordance with § 358. As shown on Exhibit 1, the BFI Sellers' aggregate tax basis in the Class B Common Stock was $902,561,661. The liabilities do not reduce stock basis because they are excluded under § 357(c)(3) and, therefore, § 358(d)(2) applies. Alternatively, the liabilities are not taken into account under § 358(d) because such contingent liabilities are not "liabilities" for federal income tax purposes. Consequently, as shown on Exhibit 1, the BFI Sellers' sales of the Class B Common Stock resulted in an aggregate capital loss of $901,660,007 in the 1999 tax year.

Claimant's deduction of the capital loss resulting from the sale of the Class B Common Stock during the 1999 tax year by the BFI Group was disallowed by the Internal Revenue Service's (the "Service") examination team. The disallowance of the capital loss is

reflected in Issue 71 of the Examination Report dated May 31, 2002 and revised September 3, 2002. The disallowance of the capital loss is incorrect and without merit. Claimant hereby incorporates by reference all documents, letters, schedules, explanation, protests, and other correspondence on this issue supplied to the Service.

As a result of the changes herein, Claimant's tax liability is reduced by $18,549,092 or such greater amount as is legally refundable.

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP f/k/a**
**BROWNING FERRIS INDUSTRIES, INC. AND SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 41-1696636**

FORM 1120X EXPLANATION OF CHANGES
ATTACHMENT 1
EXHIBIT 1

| Shares Sold of: | Seller | Seller's FEIN | Sales Price | Basis | Gain (Loss) |
|---|---|---|---|---|---|
| Browning-Ferris Industries Europe, Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 155,840 | 155,995,840 | (155,840,000) |
| Entity Total | | | 155,840 | 155,995,840 | (155,840,000) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 121 | 120,120 | (119,999) |
| BFI Trans River (LP), Inc. | Attwoods of North America, Inc. | 98-0066273 | 2,022 | 2,022,020 | (2,019,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1765133 | 9,842 | 9,849,840 | (9,839,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 72,871 | 72,952,880 | (72,880,009) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 6,552 | 6,556,550 | (6,549,998) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 4,949 | 4,954,950 | (4,950,001) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 941 | 940,940 | (939,999) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 2,563 | 2,562,560 | (2,559,997) |
| BFI Trans River (LP), Inc. | CECOS International, Inc. (New York) | 16-1069544 | 1,417 | 1,421,420 | (1,420,003) |
| BFI Trans River (LP), Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 28 | 30,030 | (30,002) |
| Entity Total | | | 101,306 | 101,411,310 | (101,310,004) |
| BFI Energy Systems of Plymouth, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 278,417 | 278,698,420 | (278,420,003) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 16,125 | 16,126,110 | (16,109,985) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 49,040 | 49,099,050 | (49,050,010) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 4,164 | 4,164,160 | (4,159,996) |
| BFI Energy Systems of Plymouth, Inc. | International Disposal Corp. of California | 94-2229685 | 6,063 | 6,066,060 | (6,059,997) |
| BFI Energy Systems of Plymouth, Inc. | New Morgan Landfill Company, Inc. | 23-2645522 | 15,991 | 16,016,000 | (16,000,009) |
| Entity Total | | | 369,800 | 370,169,800 | (369,800,000) |
| Browning-Ferris Industries Asia Pacific, Inc. | CECOS International, Inc. (New York) | 16-1069544 | 69,810 | 69,879,810 | (69,810,000) |
| Entity Total | | | 69,810 | 69,879,810 | (69,810,000) |
| BFI Services Group, Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1765133 | 7,438 | 7,437,430 | (7,429,992) |
| BFI Services Group, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 138,661 | 138,808,670 | (138,670,009) |
| BFI Services Group, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 314 | 310,310 | (309,996) |
| BFI Services Group, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 7,072 | 7,077,070 | (7,069,998) |
| BFI Services Group, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 21,084 | 21,111,090 | (21,090,006) |
| BFI Services Group, Inc. | Browning-Ferris, Inc. (MO) | 74-1990096 | 6,181 | 6,176,170 | (6,169,989) |
| BFI Services Group, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 11,210 | 11,221,210 | (11,210,000) |
| BFI Services Group, Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 1,860 | 1,871,870 | (1,870,010) |
| Entity Total | | | 193,820 | 194,013,820 | (193,820,000) |
| BFI Energy Systems of Boston, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 830 | 830,830 | (830,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 5,670 | 5,675,670 | (5,670,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 4,580 | 4,584,580 | (4,580,000) |
| Entity Total | | | 11,080 | 11,091,080 | (11,080,000) |
| Combined Entities Total | | | 901,656 | 902,581,660 | (901,680,004) |

Form **1120X** (Rev December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 09/30/98 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc. and Subsidiaries

Employer identification number: 41-1696636

Number street and room or suite no (If a P O box, see instructions): 15880 N. Greenway-Hayden Loop Suite 100

City or town, state and ZIP code: Scottsdale, Arizona 85260

Telephone number (optional): 480-627-2700

Enter name and address used on original return (If same as above write "Same."): Browning-Ferris Industries, Inc. & Subsidiaries, 757 N. Eldridge, Houston TX 77079

Internal Revenue Service Center where original return was filed ▶ Austin, TX

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 4,409,436,882 | 0 | 4,409,436,882 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,948,907,315 | 0 | 3,948,907,315 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 460,529,567 | 0 | 460,529,567 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 66,149,601 | (9,711,514) | 56,438,087 |

**Payments and Credits** (see instructions)

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | 5a | 46,086,008 | 0 | 46,086,008 |
| b Estimated tax payments | 5b | 100,000,000 | 0 | 100,000,000 |
| c Refund applied for on Form 4466 | 5c | 54,584,807 | 0 | 54,584,807 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 91,501,201 | 0 | 91,501,201 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | | 0 | |

| | | |
|---|---|---|
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | 3,519,979 |
| 7 Add lines 5d through 6, column (c) | 7 | 95,021,180 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | 28,871,579 |
| 9 Subtract line 8 from line 7 | 9 | 66,149,601 |

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "**United States Treasury**" ▶ | 10 | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 9,711,514 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 9,711,514 |

**Sign Here**

Under penalties of perjury I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct and complete Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date: 8/22/06 — ▶ Title: VP

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ — EIN — Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev 12-2004)

ISA
STF FED4298F 1

Form **1120X** (Rev December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending 09/30/98 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc and Subsidiaries

Employer identification number: 41-1696636

Number street and room or suite no (If a P O box, see instructions): 15880 N. Greenway-Hayden Loop Suite 100

City or town, state and ZIP code: Scottsdale, Arizona 85260

Telephone number (optional): 480-627-2700

Enter name and address used on original return (If same as above write "Same."): Browning-Ferris Industries, Inc. & Subsidiaries, 757 N. Eldridge, Houston TX 77079

Internal Revenue Service Center where original return was filed: Austin, TX

**Fill in applicable items and use Part II on the back to explain any changes**

| Part I Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 4,409,436,882 | 0 | 4,409,436,882 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,948,907,315 | 0 | 3,948,907,315 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 460,529,567 | 0 | 460,529,567 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 66,149,601 | (9,711,514) | 56,438,087 |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 46,086,008 | 0 | 46,086,008 |
| b Estimated tax payments | 5b | 100,000,000 | 0 | 100,000,000 |
| c Refund applied for on Form 4466 | 5c | 54,584,807 | 0 | 54,584,807 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 91,501,201 | 0 | 91,501,201 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | | 0 | |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 3,519,979 |
| 7 Add lines 5d through 6, column (c) | 7 | | | 95,021,180 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 28,871,579 |
| 9 Subtract line 8 from line 7 | 9 | | | 66,149,601 |
| **Tax Due or Overpayment** (see instructions) | | | | |
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury" | 10 | | | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 | 11 | | | 9,711,514 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | | | 9,711,514 |

**Sign Here** — Under penalties of perjury I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature] Date: 8/22/06 Title: VP

**Paid Preparer's Use Only** — Preparer's signature; Date; Check if self-employed ☐; Preparer's SSN or PTIN; Firm's name (or yours if self-employed) address, and ZIP code; EIN; Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev 12-2004)

ISA STF FED4296F 1

110

Form 1120X (Rev. 12-2004) Page 2

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see What To Attach on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see Carryback Claims on page 3, and check here ▶ ☐

Federal Income Tax (line 4) decreased due to a Prior Year Minimum Tax Credit attributable to the taxable year ended September 30, 1997. Please refer to Attachment 1 for an explanation of the change in taxable income and tax.

Form **1120X** (Rev. 12-2004)

STF FED4296F.2

GOVERNMENT EXHIBIT 13

PENGAD-Bayonne, N. J.

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**9/30/98 FORM 1120X EXPLANATION OF CHANGES**

**INDEX OF ATTACHMENTS**

1. Explanation of Changes
2. As Amended Schedules
3. IRS Audit Statement (Form 3610)
4. IRS Examination Report (Form 886A)
5. Copy of 7/30/99 Claim for Refund (Form 1120X)
6. Copy of Rev. Proc. 2002-43 Designation



**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**9/30/98 FORM 1120X EXPLANATION OF CHANGES**

**ATTACHMENT 1**

The bases for the changes requested in this claim for refund are set forth below. The term "Claimant" as used herein refers to BFI Waste Systems of North America, Inc. and the members of its consolidated group as appropriate. Unless otherwise indicated, section ("§") references are to the Internal Revenue Code of 1986 ("IRC"), as amended, as in effect for the year in issue. Based on the changes set forth below, Claimant is entitled to a refund of $9,711,514 or such greater amount as is legally refundable. In addition, Claimant asserts that it is entitled to all correlative and computational adjustments and consequential changes to any items (including, but not limited to, its alternative minimum tax, environmental tax, net operating loss deductions and net operating loss carrybacks and carryovers, capital loss deductions and capital loss carrybacks and carryovers, and tax credits and tax credit carrybacks and carryovers) affecting this year. Claimant also requests a refund of all related interest, penalties, or additions to tax that have been overpaid. Claimant also requests statutory interest on any overpayment as provided by law (including, but not limited to, the benefit of offsetting, interest netting, and the net interest rate of zero on periods of overlapping underpayment and overpayment).

Pursuant to Treas. Reg. § 1.1502-77A(d), effective for the taxable year ended July 30, 1998 (the "1998 tax year"), and the Designation filed at Ogden, Utah on or about August 24, 2006, in accordance with Rev. Proc. 2002-43, Claimant is the duly authorized agent of the consolidated group (the "BFI Group") of which Browning-Ferris Industries, Inc. ("BFI Inc.") was the common parent prior to its termination on December 30, 2004.

Prior to the Designation pursuant to Rev. Proc. 2002-43, the BFI Group incurred an aggregate capital loss of $901,660,007 on the sale by certain of its members (hereinafter referred to as the "BFI Sellers") of Class B Common Stock in six liability management companies, as shown on attached Exhibit 1, to unrelated investors during the 1999 tax year. Claimant is entitled to offset this capital loss against capital gain net income of $80,923,602 in the taxable year ended July 30, 1999 (the "1999 tax year") and, as a result, is entitled to an additional net operating loss carryback from the 1999 tax year to its taxable year ending September 30, 1997 (the "1997 tax year") in the amount of $80,923, 602 or such other proper amount as provided by law. As a result thereof, Claimant is entitled to a credit in the 1998 tax year for prior year minimum tax of $9,711,514 or such other proper amount as provided by law, consisting of prior year alternative minimum tax of $3,325,937 and prior year unallowed nonconventional source fuel credit of $6,385,577. This results in a reduction in Claimant's taxable income in the amount of $9,711,514 or such other proper amount as provided by law.

In July 30, 1999, Allied Waste Industries, Inc. ("Allied") acquired substantially all of the outstanding stock of BFI Inc. Prior to the acquisition, BFI Inc. utilized a large in-house staff to manage the liabilities arising from its operations. In contrast, Allied utilized a small in-house staff and outsourced most of its environmental management, risk management and other expertise.

In July 1999, shortly before the close of the acquisition, BFI Inc. restructured the management of its contingent liabilities in a manner consistent with Allied's outsourcing approach and to provide a legal structure that would foster the effective management of the liabilities. As a replacement for BFI Inc.'s heavily staffed internal departments, BFI Inc. established six separate liability management companies based on the specific expertise needed



for the management of the liabilities and compliance with applicable regulatory laws, as shown on Exhibit 2. In order to consolidate the liabilities into the corresponding liability management companies, the BFI Sellers contributed certain notes in an aggregated amount of $902,561,661 to the liability management companies in exchange for (i) Class B Common Stock, and (ii) the assumption by the liability management companies of contingent liabilities in the aggregate amount of $901,660,007. The above transactions were tax-free exchanges pursuant to § 351.

Each of the BFI Sellers then sold their shares of Class B Common Stock to environmental and insurance consultants with considerable expertise in the liabilities managed by the respective liability management company (hereinafter referred to the "Consulting Investors"). <u>See</u> identities of Consulting Investors at Exhibit 2. The ownership of the stock provides an equity incentive for the Consulting Investors to aggressively identify and take advantage of cost-saving opportunities in managing the liabilities.

The aggregate amount realized by the BFI Sellers on the sale of the Class B Common Stock during the 1999 tax year was $901,654. The BFI Sellers' tax basis in the Class B Common Stock was a substitute basis equal to the sum of the tax basis of the property which the BFI Entities contributed to the liability management companies and unreduced by the liability management companies' assumption of the liabilities in accordance with § 358. As shown on Exhibit 1, the BFI Sellers' aggregate tax basis in the Class B Common Stock was $902,561,661. The liabilities do not reduce stock basis because they are excluded under § 357(c)(3) and, therefore, § 358(d)(2) applies. Alternatively, the liabilities are not taken into account under § 358(d) because such contingent liabilities are not "liabilities" for federal income tax purposes. Consequently, as shown on Exhibit 1, the BFI Sellers' sales of the Class B Common Stock resulted in an aggregate capital loss of $901,660,007 in the 1999 tax year.

1.5

Claimant's deduction of the capital loss resulting from the sale of the Class B Common Stock during the 1999 tax year by the BFI Group was disallowed by the Internal Revenue Service's (the "Service") examination team. The disallowance of the capital loss is reflected in Issue 71 of the Examination Report dated May 31, 2002 and revised September 3, 2002. The disallowance of the capital loss is incorrect and without merit. Claimant hereby incorporates by reference all documents, letters, schedules, explanation, protests, and other correspondence on this issue supplied to the Service.

As a result of the changes herein, Claimant's tax liability is reduced by $9,711,514 or such greater amount as is legally refundable.

22630 1 4

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP f/k/a**
**BROWNING FERRIS INDUSTRIES, INC. AND SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 41-1696635**
FORM 1120X EXPLANATION OF CHANGES
ATTACHMENT 1
EXHIBIT 1

| Shares Sold of: | Seller | Seller's FEIN | Sales Price | Basis | Gain (Loss) |
|---|---|---|---|---|---|
| Browning-Ferris Industries Europe, Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 155,840 | 155,995,840 | (155,840,000) |
| Entity Total | | | 155,840 | 155,995,840 | (155,840,000) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 121 | 120,120 | (119,999) |
| BFI Trans River (LP), Inc. | Attwoods of North America, Inc. | 98-0066273 | 2,022 | 2,022,020 | (2,019,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 9,842 | 9,849,840 | (9,839,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 72,871 | 72,952,880 | (72,880,009) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 6,552 | 6,556,550 | (6,549,998) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 4,949 | 4,954,950 | (4,950,001) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 941 | 940,940 | (939,999) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 2,563 | 2,562,560 | (2,559,997) |
| BFI Trans River (LP), Inc. | CECOS International, Inc. (New York) | 16-1069544 | 1,417 | 1,421,420 | (1,420,003) |
| BFI Trans River (LP), Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 28 | 30,030 | (30,002) |
| Entity Total | | | 101,306 | 101,411,310 | (101,310,004) |
| BFI Energy Systems of Plymouth, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 278,417 | 278,698,420 | (278,420,003) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 16,125 | 16,126,110 | (16,109,985) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 49,040 | 49,099,050 | (49,050,010) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 4,164 | 4,164,160 | (4,159,996) |
| BFI Energy Systems of Plymouth, Inc. | International Disposal Corp. of California | 94-2229685 | 6,063 | 6,066,060 | (6,059,997) |
| BFI Energy Systems of Plymouth, Inc. | New Morgan Landfill Company, Inc. | 23-2645522 | 15,991 | 16,016,000 | (16,000,009) |
| Entity Total | | | 369,800 | 370,169,800 | (369,806,000) |
| Browning-Ferris Industries Asia Pacific, Inc. | CECOS International, Inc. (New York) | 16-1069544 | 69,810 | 69,879,810 | (69,810,000) |
| Entity Total | | | 69,810 | 69,879,810 | (69,810,000) |
| BFI Services Group, Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 7,438 | 7,437,430 | (7,429,992) |
| BFI Services Group, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 138,661 | 138,808,670 | (138,670,009) |
| BFI Services Group, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 314 | 310,310 | (309,996) |
| BFI Services Group, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 7,072 | 7,077,070 | (7,069,998) |
| BFI Services Group, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 21,084 | 21,111,090 | (21,090,006) |
| BFI Services Group, Inc. | Browning-Ferris, Inc. (MD) | 74-1990096 | 6,181 | 6,176,170 | (6,169,989) |
| BFI Services Group, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 11,210 | 11,221,210 | (11,210,000) |
| BFI Services Group, Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 1,860 | 1,871,870 | (1,870,010) |
| Entity Total | | | 193,820 | 194,013,820 | (193,826,000) |
| BFI Energy Systems of Boston, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 830 | 830,830 | (830,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 5,670 | 5,675,670 | (5,670,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 4,580 | 4,584,580 | (4,580,000) |
| Entity Total | | | 11,080 | 11,091,090 | (11,080,009) |
| Combined Entities Total | | | 901,656 | 902,561,660 | (901,660,004) |

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP f/k/a**
**BROWNING FERRIS INDUSTRIES, INC. AND SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**FORM 1120X EXPLANATION OF CHANGE**
**ATTACHMENT 1**
**EXHIBIT 2**

| Liability Management Company | Description of Liabilities Assumed | Consulting Investors |
|---|---|---|
| BFI Services Group, Inc | Routine post-closure costs associated with closed landfills | Foster Environmental<br>Herst & Associates<br>Power Strategies, Inc. |
| Browning-Ferris Industries Asia Pacific, Inc. | Costs associated with hazardous waste management | COMCOR Environmental, Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Boston, Inc. | Remediation costs associated with chemical waste management | COMCOR Environmental Ltd<br>Herst & Associates<br>Nelson Peral<br>Tim Webster |
| BFI Trans River (LP), Inc. | Transaction costs for Superfund matters, remediation costs, potential legal settlements, and related legal and engineering costs | COMCOR Environmental Ltd<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Plymouth, Inc. | Closing costs, capping costs and storm water control costs associated with operating active landfills | COMCOR Environmental Ltd<br>Foster Environmental<br>Herst & Associates |
| Browning-Ferris Industries Europe, Inc. | Contingent Insurance Liabilities (auto, general, and workman's compensation) | Willis Corroon Corp. of Arizona |

1.6

Form **1120X** (Rev December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 07/30/99 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc. and Subsidiaries

Employer identification number: 41-1696636

Number, street, and room or suite no. (If a P.O. box, see instructions): 15880 N. Greenway-Hayden Loop Suite 100

City or town, state, and ZIP code: Scottsdale, Arizona 85260

Telephone number (optional): 480-627-2700

Enter name and address used on original return (If same as above, write "Same."): Browning-Ferris Industries, Inc. & Subsidiaries, 15880 N. Greenway-Hayden Loop, Suite 100 Scottsdale, AZ 85260

Internal Revenue Service Center where original return was filed ▶ Ogden, UT

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 3,193,591,494 | (80,923,602) | 3,112,667,892 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,271,762,828 | 0 | 3,271,762,828 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | (78,171,334) | (80,923,602) | (159,094,936) |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | | 0 | |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | | 0 | |
| b | Estimated tax payments | 5b | 90,500,000 | 0 | 90,500,000 |
| c | Refund applied for on Form 4466 | 5c | 80,000,000 | 0 | 80,000,000 |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | 10,500,000 | 0 | 10,500,000 |
| e | Tax deposited with Form 7004 | 5e | | 0 | |
| f | Credit from Form 2439 | 5f | | 0 | |
| g | Credit for Federal tax on fuels | 5g | 5,447 | 0 | 5,447 |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | |
| 7 | Add lines 5d through 6, column (c) | 7 | 10,505,447 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | 10,505,447 |
| 9 | Subtract line 8 from line 7 | 9 | 0 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | 0 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 0 |
| 12 | Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 8/22/06 Date | ▶ VP Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev. 12-2004)

ISA
STF FED4298F 1

Form **1120X** (Rev December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 07/30/99 (Enter month and year.)

Please Type or Print

Name: BFI Waste Systems of North America, Inc. Designee for Consolidated Group f/k/a Browning Ferris Industries, Inc. and Subsidiaries

Employer identification number: 41-1696636

Number, street, and room or suite no. (If a P.O box, see instructions): 15880 N. Greenway-Hayden Loop Suite 100

City or town, state, and ZIP code: Scottsdale, Arizona 85260

Telephone number (optional): 480-627-2700

Enter name and address used on original return (If same as above, write "Same"): Browning-Ferris Industries, Inc. & Subsidiaries, 15880 N. Greenway-Hayden Loop, Suite 100 Scottsdale, AZ 85260

Internal Revenue Service Center where original return was filed ▶ Ogden, UT

**Fill in applicable items and use Part II on the back to explain any changes**

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 3,193,591,494 | (80,923,602) | 3,112,667,892 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,271,762,828 | 0 | 3,271,762,828 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | (78,171,334) | (80,923,602) | (159,094,936) |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | | 0 | |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | | 0 | |
| b Estimated tax payments | 5b | 90,500,000 | 0 | 90,500,000 |
| c Refund applied for on Form 4466 | 5c | 80,000,000 | 0 | 80,000,000 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 10,500,000 | 0 | 10,500,000 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | 5,447 | 0 | 5,447 |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | |
| 7 Add lines 5d through 6, column (c) | 7 | | | 10,505,447 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 10,505,447 |
| 9 Subtract line 8 from line 7 | 9 | | | 0 |
| **Tax Due or Overpayment** (see instructions) | | | | |
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury" ▶ | 10 | | | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | | | 0 |
| 12 Enter the amount of line 11 you want: Credited to 20__ estimated tax ▶ Refunded ▶ | 12 | | | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

▶ [signature] Signature of officer | 8/22/06 Date | ▶ VP Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev 12-2004)

ISA STF FED4298F 1

116

Form 1120X (Rev. 12-2004) Page 2

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see What To Attach on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see Carryback Claims on page 3, and check here ▶ ☐

Total Income (line 1) decreased due to the capital loss requested in this claim for refund applicable to the taxable year ended July 30, 1999. Please refer to Attachment 1 for an explanation of the change in Total Income.

Taxable Income (line 3) has decreased due to the capital loss requested in line 1 as explained above.

Form **1120X** (Rev. 12-2004)

STF FED4298F 2

GOVERNMENT EXHIBIT 14

PENGAD-Bayonne, N. J.

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**7/30/99 FORM 1120X EXPLANATION OF CHANGES**

**INDEX OF ATTACHMENTS**

1. Explanation of Changes
2. As Amended Schedules
3. IRS Audit Statement (Form 3610)
4. IRS Examination Report (Form 886A)
5. Copy of Rev. Proc. 2002-43 Designation



**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP F/K/A**
**BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES**

**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**7/30/99 FORM 1120X EXPLANATION OF CHANGES**

**ATTACHMENT 1**

The bases for the changes requested in this claim for refund are set forth below. The term "Claimant" as used herein refers to BFI Waste Systems of North America, Inc. and the members of its consolidated group as appropriate. Unless otherwise indicated, section ("§") references are to the Internal Revenue Code of 1986 ("IRC"), as amended, as in effect for the year in issue. Based on the changes set forth below, Claimant is entitled to a refund of $-0- or such greater amount as is legally refundable. In addition, Claimant asserts that it is entitled to all correlative and computational adjustments and consequential changes to any items (including, but not limited to, its alternative minimum tax, environmental tax, net operating loss deductions and net operating loss carrybacks and carryovers, capital loss deductions and capital loss carrybacks and carryovers, and tax credits and tax credit carrybacks and carryovers) affecting this year. Claimant also requests a refund of all related interest, penalties, or additions to tax that have been overpaid. Claimant also requests statutory interest on any overpayment as provided by law (including, but not limited to, the benefit of offsetting, interest netting, and the net interest rate of zero on periods of overlapping underpayment and overpayment).

Pursuant to Treas. Reg. § 1.1502-77A(d), effective for the taxable year ended July 30, 1999 (the "1999 tax year"), and the Designation filed at Ogden, Utah on or about August 24, 2006, in accordance with Rev. Proc. 2002-43, Claimant is the duly authorized agent of the consolidated group (the "BFI Group") of which Browning-Ferris Industries, Inc. ("BFI Inc.") was the common parent prior to its termination on December 30, 2004.

Prior to the Designation pursuant to Rev. Proc. 2002-43, the BFI Group incurred an aggregate capital loss of $901,660,007 on the sale by certain of its members (hereinafter referred to as the "BFI Sellers") of Class B Common Stock in six liability management companies, as shown on attached Exhibit 1, to unrelated investors during the 1999 tax year. As a result, Claimant is entitled to offset this capital loss against capital gain net income of $80,923,602 in the 1999 tax year. This results in a reduction in Claimant's taxable income for the 1999 tax year in the amount of $80,923,602 or such other proper amount as provided by law.

In July 30, 1999, Allied Waste Industries, Inc. ("Allied") acquired substantially all of the outstanding stock of BFI Inc. Prior to the acquisition, BFI Inc. utilized a large in-house staff to manage the liabilities arising from its operations. In contrast, Allied utilized a small in-house staff and outsourced most of its environmental management, risk management and other expertise.

In July 1999, shortly before the close of the acquisition, BFI Inc. restructured the management of its contingent liabilities in a manner consistent with Allied's outsourcing approach and to provide a legal structure that would foster the effective management of the liabilities. As a replacement for BFI Inc.'s heavily staffed internal departments, BFI Inc. established six separate liability management companies based on the specific expertise needed for the management of the liabilities and compliance with applicable regulatory laws, as shown on Exhibit 2. In order to consolidate the liabilities into the corresponding liability management companies, the BFI Sellers contributed certain notes in an aggregated amount of $902,561,661 to the liability management companies in exchange for (i) Class B Common Stock, and (ii) the assumption by the liability management companies of contingent liabilities in the aggregate amount of $901,660,007. The above transactions were tax-free exchanges pursuant to § 351.





Each of the BFI Sellers then sold their shares of Class B Common Stock to environmental and insurance consultants with considerable expertise in the liabilities managed by the respective liability management company (hereinafter referred to the "Consulting Investors"). See identities of Consulting Investors at Exhibit 2. The ownership of the stock provides an equity incentive for the Consulting Investors to aggressively identify and take advantage of cost-saving opportunities in managing the liabilities.

The aggregate amount realized by the BFI Sellers on the sale of the Class B Common Stock during the 1999 tax year was $901,654. The BFI Sellers' tax basis in the Class B Common Stock was a substitute basis equal to the sum of the tax basis of the property which the BFI Entities contributed to the liability management companies and unreduced by the liability management companies' assumption of the liabilities in accordance with § 358. As shown on Exhibit 1, the BFI Sellers' aggregate tax basis in the Class B Common Stock was $902,561,661. The liabilities do not reduce stock basis because they are excluded under § 357(c)(3) and, therefore, § 358(d)(2) applies. Alternatively, the liabilities are not taken into account under § 358(d) because such contingent liabilities are not "liabilities" for federal income tax purposes. Consequently, as shown on Exhibit 1, the BFI Sellers' sales of the Class B Common Stock resulted in an aggregate capital loss of $901,660,007 in the 1999 tax year.

Claimant's deduction of the capital loss resulting from the sale of the Class B Common Stock during the 1999 tax year by the BFI Group was disallowed by the Internal Revenue Service's (the "Service") examination team. The disallowance of the capital loss is reflected in Issue 71 of the Examination Report dated May 31, 2002 and revised September 3, 2002. The disallowance of the capital loss is incorrect and without merit. Claimant hereby

1.4

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP f/k/a**
**BROWNING FERRIS INDUSTRIES, INC. AND SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 41-1696636**

FORM 1120X EXPLANATION OF CHANGES
ATTACHMENT 1
EXHIBIT 1

| Shares Sold of: | Seller | Seller's FEIN | Sales Price | Basis | Gain (Loss) |
|---|---|---|---|---|---|
| Browning-Ferris Industries Europe, Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 155,840 | 155,995,840 | (155,840,000) |
| Entity Total | | | 155,840 | 155,995,840 | (155,840,000) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. | 74-1673682 | 121 | 120,120 | (119,999) |
| BFI Trans River (LP), Inc. | Attwoods of North America, Inc. | 98-0066273 | 2,022 | 2,022,020 | (2,019,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 9,842 | 9,849,840 | (9,839,998) |
| BFI Trans River (LP), Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 72,871 | 72,952,880 | (72,880,009) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 6,552 | 6,556,550 | (6,549,998) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 4,949 | 4,954,950 | (4,950,001) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 941 | 940,940 | (939,999) |
| BFI Trans River (LP), Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 2,563 | 2,562,560 | (2,559,997) |
| BFI Trans River (LP), Inc. | CECOS International, Inc. (New York) | 16-1069544 | 1,417 | 1,421,420 | (1,420,003) |
| BFI Trans River (LP), Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 28 | 30,030 | (30,002) |
| Entity Total | | | 101,306 | 101,411,310 | (101,310,004) |
| BFI Energy Systems of Plymouth, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 278,417 | 278,698,420 | (278,420,003) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 16,125 | 16,126,110 | (16,109,985) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 49,040 | 49,099,050 | (49,050,010) |
| BFI Energy Systems of Plymouth, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 4,164 | 4,164,160 | (4,159,996) |
| BFI Energy Systems of Plymouth, Inc. | International Disposal Corp. of California | 94-2229685 | 6,063 | 6,066,060 | (6,059,997) |
| BFI Energy Systems of Plymouth, Inc. | New Morgan Landfill Company, Inc. | 23-2645522 | 15,991 | 16,016,000 | (16,000,009) |
| Entity Total | | | 369,800 | 370,169,800 | (369,800,000) |
| Browning-Ferris Industries Asia Pacific, Inc. | CECOS International, Inc. (New York) | 16-1069544 | 69,810 | 69,879,810 | (69,810,000) |
| Entity Total | | | 69,810 | 69,879,810 | (69,810,000) |
| BFI Services Group, Inc. | BFI Waste Systems of New Jersey, Inc. | 22-1755133 | 7,438 | 7,437,430 | (7,429,992) |
| BFI Services Group, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 136,861 | 136,808,670 | (136,670,009) |
| BFI Services Group, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 314 | 310,310 | (309,996) |
| BFI Services Group, Inc. | Browning-Ferris Industries of California, Inc. | 95-2772010 | 7,072 | 7,077,070 | (7,069,998) |
| BFI Services Group, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 21,084 | 21,111,090 | (21,090,006) |
| BFI Services Group, Inc. | Browning-Ferris, Inc. (MD) | 74-1990096 | 6,181 | 6,176,170 | (6,169,989) |
| BFI Services Group, Inc. | Browning-Ferris Industries, Inc. (Mass) | 04-1254350 | 11,210 | 11,221,210 | (11,210,000) |
| BFI Services Group, Inc. | Woodlake Sanitary Service, Inc. | 41-0673360 | 1,860 | 1,871,870 | (1,870,010) |
| Entity Total | | | 193,820 | 194,013,820 | (193,820,000) |
| BFI Energy Systems of Boston, Inc. | BFI Waste Systems of North America, Inc. | 41-1696636 | 830 | 830,830 | (830,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries Chem. Services | 74-1362353 | 5,670 | 5,675,670 | (5,670,000) |
| BFI Energy Systems of Boston, Inc. | Browning-Ferris Industries of Ohio, Inc. | 74-6186941 | 4,580 | 4,584,580 | (4,580,000) |
| Entity Total | | | 11,080 | 11,091,080 | (11,080,000) |
| Combined Entities Total | | | 901,656 | 902,561,660 | (901,680,004) |

22624 1 4

incorporates by reference all documents, letters, schedules, explanation, protests, and other correspondence on this issue supplied to the Service.

As a result of the changes herein, Claimant's tax liability is reduced by $-0- or such greater amount as is legally refundable.

**BFI WASTE SYSTEMS OF NORTH AMERICA, INC.**
**DESIGNEE FOR CONSOLIDATED GROUP f/k/a**
**BROWNING FERRIS INDUSTRIES, INC. AND SUBSIDIARIES**
**EMPLOYER IDENTIFICATION NUMBER 41-1696636**
**FORM 1120X EXPLANATION OF CHANGE**
**ATTACHMENT 1**
**EXHIBIT 2**

| Liability Management Company | Description of Liabilities Assumed | Consulting Investors |
|---|---|---|
| BFI Services Group, Inc. | Routine post-closure costs associated with closed landfills | Foster Environmental<br>Herst & Associates<br>Power Strategies, Inc. |
| Browning-Ferris Industries Asia Pacific, Inc. | Costs associated with hazardous waste management | COMCOR Environmental, Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Boston, Inc. | Remediation costs associated with chemical waste management | COMCOR Environmental Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Trans River (LP), Inc. | Transaction costs for Superfund matters, remediation costs, potential legal settlements, and related legal and engineering costs | COMCOR Environmental Ltd.<br>Herst & Associates<br>Nelson Perel<br>Tim Webster |
| BFI Energy Systems of Plymouth, Inc. | Closing costs, capping costs and storm water control costs associated with operating active landfills | COMCOR Environmental Ltd.<br>Foster Environmental<br>Herst & Associates |
| Browning-Ferris Industries Europe, Inc. | Contingent Insurance Liabilities (auto, general, and workman's compensation) | Willis Corroon Corp. of Arizona |

57

## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2005**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES ACT OF 1934**

**For the transition period from ___to ___**

**Commission File Number 1-14705**

# ALLIED WASTE INDUSTRIES, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** (State or other jurisdiction of incorporation or organization) | **88-0228636** (IRS Employer Identification Number) |
| **15880 North Greenway-Hayden Loop, Suite 100 Scottsdale, Arizona** (Address of principal executive offices) | **85260** (Zip Code) |

**Registrant's telephone number, including area code: (480) 627-2700**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value | New York Stock Exchange |
| Series C Senior Mandatory Convertible Preferred | New York Stock Exchange |
| Series D Senior Mandatory Convertible Preferred | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**

None
(Title of Class)

Indicate by check mark if the registrant is a well-known seasoned issuer, (as defined in Rule 405 of the Securities Act).

Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such

GOVERNMENT EXHIBIT 18
PENGAD-Bayonne, N.J.

In April 2005, the Appeals Office of the IRS upheld the disallowance of the capital loss deduction. As a result, we paid in late April, for BFI tax years prior to the acquisition, a deficiency to the IRS of $23 million. In July 2005, we filed a suit for refund in the United States Court of Federal Claims. Based on the complexity of the case, we estimate it will likely take a number of years to fully try the case and obtain a decision. Furthermore, depending on the circumstances at that time, the losing party may appeal the decision to the Court of Appeals for the Federal Circuit. A settlement, however, could occur at any time during the litigation process.

We also received a notification from the IRS assessing a penalty of $5.4 million and interest of $12.8 million relating to the asserted $23 million deficiency. In December 2005, the IRS agreed to suspend the collection of this penalty and interest until a decision is rendered on our suit for refund.

The remaining tax years affected by the capital loss issue are currently being audited or reviewed by the IRS. A decision by the United States Court of Federal Claims on the litigation should resolve the issue in these years as well. If we were to win the case, the initial payments would be refunded to us, subject to an appeal. If we were to lose the case, the deficiency associated with the remaining tax years would be due, subject to an appeal. If we were to settle the case, the settlement would likely cover all affected tax years and any resulting deficiency would become due in the ordinary course of the audits. A deficiency payment would adversely impact our cash flow in the period the payment was made.

We continue to believe our position is well supported. If, however, the capital loss deduction is fully disallowed, we estimate it could have a potential federal and state cash tax impact (excluding penalties) of up to $310 million, of which approximately $33 million has been paid, plus accrued interest through December 31, 2005 of approximately $103 million ($62 million net of tax benefit). Any payments would be made from cash flow generated by operations or from borrowings, including borrowings under our 2005 Credit Facility or accessing the public debt markets.

Also, if the capital loss deduction is disallowed, the IRS could propose a penalty of up to 40% of the additional income tax due (including the $5.4 million already assessed). Because of several meritorious defenses, we believe the successful assertion of penalties is remote.

The potential tax and interest (but not penalties) impact of a full disallowance has been fully reserved on our consolidated balance sheet. With regard to tax and accrued interest through December 31, 2005, a disallowance would not materially adversely affect our consolidated results of operations. The periodic accrual of additional interest charged through the time at which this matter is resolved will continue to affect our consolidated results of operations. In addition, the successful assertion by the IRS of penalties could have a material adverse impact on our consolidated liquidity, financial position and results of operations.

*Indemnification —*

We enter into contracts in the normal course of business that include indemnification clauses. Indemnifications relating to known liabilities are recorded in the consolidated financial statements based on our best estimate of required future payments. Certain of these indemnifications relate to contingent events or occurrences, such as the imposition of additional taxes due to a change in the tax law or adverse interpretation of the tax law, and indemnifications made in divestiture agreements where we indemnify the buyer for liabilities that may become known in the future but that relate to our activities prior to the divestiture. As of December 31, 2005, we estimate the contingent obligations associated with these indemnifications to be insignificant.

*Landfill costs —*

Subtitle D under RCRA and other regulations that apply to the non-hazardous solid waste disposal industry have required us, as well as others in the industry, to alter operations and to modify or replace pre-Subtitle D landfills. Such expenditures have been and will continue to be substantial. Further regulatory changes could accelerate expenditures for closure and post-closure monitoring and obligate us to spend sums in addition to those presently reserved for such purposes. These factors, together with the other factors discussed above, could substantially increase our operating costs and our ability to invest in our facilities.





**Related Party Transactions**

For a description of related party transactions, see Note 15, *Related Party Transactions*, to our Consolidated Financial Statements included herein.

**Accounting for Stock Options Granted to Employees**

We currently account for our stock-based compensation plans under Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* (APB 25) and the related interpretations, under which no compensation cost is recorded in the statement of operations for the estimated fair value of stock options issued with an exercise price equal to the fair value of the common stock on the date of grant. Accordingly, we have recorded no compensation expense for stock options granted to employees prior to December 31, 2005. SFAS No. 123, *Accounting for Stock-Based Compensation* (SFAS 123), as amended by SFAS No. 148, *Accounting for Stock-Based Compensation – Transition and Disclosure*, requires that companies that do not elect to account for stock-based compensation as prescribed by this statement disclose the pro forma effects on earnings and earnings per share as if SFAS 123 had been adopted. If we had applied the fair value recognition provisions of SFAS 123, we would have recognized compensation expense, net of tax, of $4.4 million, $7.0 million and $9.5 million, or $.01, $.03 and $.05 per diluted share for the years ended December 31, 2005, 2004 and 2003, respectively.

In December 2004, the Financial Accounting Standards Board (FASB) issued SFAS No. 123(R), *Share-Based Payment*, which revises SFAS No. 123, *Accounting for Stock-Based Compensation* and supersedes APB Opinion No. 25, *Accounting for Stock Issued to Employees.* SFAS 123(R) requires all share-based payments to employees, including grants of employee stock options to be measured at fair value and expensed in the consolidated statement of operations over the service period (generally the vesting period). In August 2005, the FASB issued FASB Staff Position (FSP) No. FAS 123(R)-1, *Classification and Measurement of Freestanding Financial Instruments Originally Issued in Exchange for Employee Services under FASB Statement No. 123(R)* (FSP FAS 123(R)-1), which supersedes FSP EITF 00-19-01, *Application of EITF Issue No. 00-19 to Freestanding Financial Instruments Originally Issued as Employee Compensation*, and amends paragraph 11(b) of SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities.* Subsequently, FSP FAS 123(R)-2, *Practical Accommodation to the Application of Grant Date as Defined in FASB Statement No. 123(R)*, which provides guidance on the application of grant date provision under SFAS 123(R), was issued in October 2005. In November 2005, the FASB issued FSP FAS 123(R)-3, *Transition Election Related to Accounting for the Tax Effects of Share-Based Payment Awards*, to provide an alternative approach of accounting for the tax effects of employee share-based awards.

SFAS 123(R) and the related FSPs are effective for us beginning January 1, 2006. Upon adoption, we plan to transition to SFAS 123(R) using the modified prospective application, whereby compensation expense is only recognized in the consolidated statements of operations beginning with the period of adoption and thereafter, with prior periods still presented on a pro forma basis. As a result of SFAS 123(R), we currently expect that income from continuing operations will decrease by approximately $3.4 million, or approximately $.01 per diluted share in 2006. This amount represents the net of tax expense for existing stock option awards that will vest during 2006 and does not reflect any new awards or modifications to existing awards that could occur in the future. In addition, on January 3, 2006, Allied granted its Chief Executive Officer options to acquire 495,000 shares of our stock (See Note 14, *Commitments and Contingencies*). We expect to recognize approximately $0.3 million, net of tax, of compensation expense relating to this award in 2006. We plan to continue using the Black-Scholes option valuation model to determine the fair value of share-based awards.

**BROWNING-FERRIS INDUSTRIES, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The following table summarizes our plan target allocation for 2006, asset allocation at September 30, 2005 and 2004, and expected long-term rate of return by asset category for calendar year 2005:

| | Target allocation 2006 | Percentage of plan assets at September 30, 2005 | 2004 | Weighted average expected long-term rate of return for calendar year 2005 |
|---|---|---|---|---|
| Equity securities | 60% | 63% | 62% | 9.9% |
| Debt securities | 40% | 37% | 38% | 6.6% |
| Total | 100% | 100% | 100% | 8.5% |

The following table provides the benefit payments made during 2005 and 2004 and estimated future benefit payments (in millions):

| | |
|---|---|
| Benefit payments: | |
| 2004 | $ 15.9 |
| 2005 | 17.8 |
| Estimated future payments: | |
| 2006 | $ 11.1 |
| 2007 | 11.2 |
| 2008 | 11.4 |
| 2009 | 12.0 |
| 2010 | 13.0 |
| Years 2011 - 2015 | 80.1 |

*401(k) Plan —*

The Parent sponsors the Allied Waste Industries, Inc. 401(k) Plan, a defined contribution plan, which is available to all eligible employees except those represented under certain collective bargaining agreements where benefits have been the subject of good faith bargaining. Eligible employees may contribute up to 25% of their annual compensation on a pre-tax basis. Participant's contributions are subject to certain restrictions as set forth in the IRC. Allied matches in cash 50% of employee contributions, up to the first 5% of the employee's compensation, which is deferred. Participant's contributions vest immediately, and the employer contributions vest in increments of 20% based upon years of service. BFI's matching contributions totaled $2.2 million, $2.3 million and $2.4 million for fiscal years 2005, 2004 and 2003, respectively.

**9. Member's Interest**

Effective for 2005, Browning-Ferris Industries, Inc. was converted to a single member limited liability company (LLC). Allied NA, a wholly-owned subsidiary of Allied Waste Industries, Inc., is the sole member in Browning-Ferris Industries, LLC and therefore BFI continues to be wholly-owned by Allied NA, which ownership has not changed since Allied acquired BFI in 1999.





**BROWNING-FERRIS INDUSTRIES, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**10. Stock Plans**

*Employee stock options —*

Certain employees of BFI are eligible to participate in the stock option plans provided by Allied. Below is a description of the plans provided by Allied.

The Amended and Restated 1991 Incentive Stock Plan (1991 Plan), the Amended and Restated 1993 Incentive Stock Plan (1993 Plan) and the Amended and Restated 1994 Incentive Stock Plan (1994 Plan), (collectively the Plans) provide for the grant of incentive stock options, shares of restricted stock, shares of phantom stock and stock bonuses. The 1991 Plan limits the maximum number of shares that may be granted to not more than 10.5% of the number of fully diluted shares of common stock on the date of grant of an award. The 1991 Plan also limits awards in the form of restricted stock, stock bonuses, performance awards and phantom stock to not more than 25% of the aggregate shares available to be awarded or granted under the plan and limits the maximum number of options granted to any employee under the 1991 Plan to 500,000 per year (except in the case of initial grants). No new equity awards may be granted or awarded under the 1993 Plan. After taking into account previously granted awards, awards covering approximately 24.5 million shares of common stock were available under the Plans at December 31, 2005. Notwithstanding this provision, we have elected not to utilize all of the shares that would otherwise be available for grant under the 1991 Plan as the result of increases in the number of fully-diluted shares after December 31, 2004, and have limited the number of shares available for issuance under the 1991 Plan to 20.9 million shares. The Management Development/Compensation Committee of the Board of Directors of Allied generally determines the exercise price, term and other conditions applicable to each option granted. Options granted under the Plans have typically vested over three to five years. All of the options granted under the Plans expire ten years from their grant date.

A summary of the status of the approximate portion of Allied's stock option awards that are allocated to BFI at December 31, 2005, 2004 and 2003 and for the years then ended is presented in the table and narrative below (number of options in millions):

| | Year Ended December 31, 2005 Options | 2005 Weighted Average Exercise Price | 2004 Options | 2004 Weighted Average Exercise Price | 2003 Options | 2003 Weighted Average Exercise Price |
|---|---|---|---|---|---|---|
| Options outstanding, beginning of year | 2.1 | $ 12.42 | 2.5 | $ 12.25 | 1.4 | $ 12.18 |
| Options granted | 1.0 | 8.60 | 0.1 | 11.44 | 1.5 | 11.40 |
| Options exercised | —* | 6.76 | (0.1) | 7.73 | (0.1) | 6.78 |
| Options forfeited or expired | (0.4) | 12.36 | (0.4) | 13.55 | (0.3) | 13.35 |
| Options outstanding, end of year | 2.7 | 11.57 | 2.1 | 12.42 | 2.5 | 12.25 |
| Options exercisable, end of year | 1.9 | 12.54 | 1.7 | 12.76 | 1.7 | 12.70 |

* Amounts less than 100,000

The weighted average fair value of options granted was $4.49, $5.25 and $5.63 for the three years ended December 31, 2005. The Parent accounts for stock-based compensation plans under APB 25, under which no compensation expense has been recognized, as all options have been granted with an exercise price equal to the fair value of our common stock upon the date of grant. Therefore, there has been no allocation of compensation expense to BFI related to options granted by Allied.

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 1997 or tax year beginning 10/01, 1997, ending 09/30, 19 98

▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **1997**

A Check if a: 1 Consolidated return (attach Form 851) [X] 2 Personal holding co. (attach Sch. PH) [ ] 3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T - see instructions) [ ]

Name: BROWNING FERRIS INDUSTRIES, INC.

Number, street, and room or suite no. (If a P.O. box, see page 5 of instructions.): 757 N ELDRIDGE

City or town, state, and ZIP code: HOUSTON, TX 77079

B Employer identification number: 74-1673882

C Date incorporated: 10/26/1970

D Total assets (see page 5 of instructions): $ 9,138,679,234.

E Check applicable boxes: (1) Initial return (2) Final return (3) Change of address

ENVELOPE POSTMARK DATE JUL 21 2000

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 4,580,669,333. b Less returns and allowances | c Bal ▶ 1c | 4,580,669,333. |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 1,644,127,667. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,936,541,666. |
| | 4 | Dividends (Schedule C, line 19) | 4 | 233,680,820. |
| | 5 | Interest ... See Statement 10 | 5 | 740,300,156. |
| | 6 | Gross rents | 6 | 16,834,731. |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | NONE |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | 2,490,410. |
| | 10 | Other income (see page 8 of instructions - attach schedule) ... See Statement 19 | 10 | 412,084,625. |
| | 11 | Total income. Add lines 3 through 10 ▶ | 11 | 4,341,932,408. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (Schedule E, line 4) | 12 | 8,389,693. |
| | 13 | Salaries and wages (less employment credits) | 13 | 908,062,196. |
| | 14 | Repairs and maintenance | 14 | 78,885,364. |
| | 15 | Bad debts | 15 | 17,836,904. |
| | 16 | Rents | 16 | 76,706,683. |
| | 17 | Taxes and licenses | 17 | 124,257,320. |
| | 18 | Interest ... See Statement 28 | 18 | 818,954,298. |
| | 19 | Charitable contributions (see page 8 of instructions for 10% limitation) See Statement 47 | 19 | 3,649,383. |
| | 20 | Depreciation (attach Form 4562) 20: 411,164,093. | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return 21a: | 21b | 411,164,093. |
| | 22 | Depletion | 22 | 7,396. |
| | 23 | Advertising | 23 | 12,045,102. |
| | 24 | Pension, profit-sharing, etc., plans | 24 | 81,783,120. |
| | 25 | Employee benefit programs | 25 | 69,324,038. |
| | 26 | Other deductions (attach schedule) ... See Statement 57 | 26 | 1,318,104,228. |
| | 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 3,929,169,818. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 412,762,590. |
| | 29 | Less: a Net operating loss deduction (see page 9 of instructions) 29a: ; b Special deductions (Schedule C, line 20) 29b: 2,604. | 29c | 2,604. |
| Tax and Payments | 30 | Taxable income. Subtract line 29c from line 28 | 30 | 412,759,986. |
| | 31 | Total tax (Schedule J, line 10) | 31 | 72,128,421. |
| | 32 | Payments: a 1996 overpayment credited to 1997 32a: 46,086,008.; b 1997 estimated tax payments 32b: 100,000,000.; c Less 1997 refund applied for on Form 4466 32c: (45,086,008.); d Bal ▶ 32d: 101,000,000. | | |
| | | e Tax deposited with Form 7004 32e: | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) 32f: | | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions 32g: | 32h | 101,000,000. |
| | 33 | Estimated tax penalty (see page 10 of instructions). Check if Form 2220 is attached ▶ [ ] | 33 | |
| | 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| | 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 28,871,579. |
| | 36 | Enter amount of line 35 you want: Credited to 1998 estimated tax ▶ Refunded ▶ | 36 | 28,871,579. |

RECEIVED JUL 2 2000 OGDEN, UT

**Sign Here**: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer [signature] Date 6/15/99 ▶ Title TREASURER

**Paid Preparer's Use only**: Preparer's signature ▶ Date Check if self-employed [ ] Preparer's social security number

Firm's name (or yours if self-employed) and address ▶ EIN ▶ ZIP code ▶

1110 2.000 0002B9 06/15/99 11:56:45 V7.08 74-1673682

GOVERNMENT EXHIBIT 22

A

IRSA04-0018 F

TAX YEAR: 199107

293116941406

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 1998 or tax year beginning 10/01, 1998, ending 7/30, 1999

Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **1998**

A Check if a: 1 Consolidated return (attach Form 851) [X] 2 Personal holding co. (attach Sch. PH) [ ] 3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T - see instructions) [ ]

Name: BROWNING FERRIS INDUSTRIES, INC.& SUBSIDIARIES

Number, street, and room or suite no.: 15880 N. GREENWAY-HAYDEN LOOP, SUITE 100

City or town, state, and ZIP code: SCOTTSDALE, AZ 85260

B Employer identification number: 74-1673682

C Date incorporated: 10/26/1970

D Total assets (see page 5 of instructions): $10,610,524,249.

E Check applicable boxes: (1) [ ] Initial return (2) [ ] Final return (3) [ ] Change of address

ENVELOPE POSTMARK DATE JUN 15 2000

| Line | Description | | | Amount |
|---|---|---|---|---|
| 1a | Gross receipts or sales 3,909,425,714. b Less returns and allowances | c Bal | 1c | 3,909,425,714. |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 | 1,432,781,981. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 2,476,643,733. |
| 4 | Dividends (Schedule C, line 19) | | 4 | 4,130,966. |
| 5 | Interest | | 5 | 518,208,385. |
| 6 | Gross rents | | 6 | X-84,974. |
| 7 | Gross royalties | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | 8 | NONE |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 165986123 | 9 | (-51,182,136) |
| 10 | Other income (see page 6 of instructions - attach schedule) | See Statement 9 | 10 | X166,071,097. |
| 11 | Total income. Add lines 3 through 10 | | 11 | 3,113,787,071. |
| 12 | Compensation of officers (Schedule E, line 4) | | 12 | 7,558,922. |
| 13 | Salaries and wages (less employment credits) | | 13 | 728,161,650. |
| 14 | Repairs and maintenance | | 14 | 72,063,077. |
| 15 | Bad debts | | 15 | 15,586,472. |
| 16 | Rents | | 16 | 32,789,476. |
| 17 | Taxes and licenses | See Statement 17 | 17 | 93,842,650. |
| 18 | Interest | | 18 | 616,523,420. |
| 19 | Charitable contributions (see page 8 of instructions for 10% limitation) | See Statement 33 | 19 | NONE |
| 20 | Depreciation (attach Form 4562) | 20: 325,997,717. | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b | 325,997,717. |
| 22 | Depletion | | 22 | |
| 23 | Advertising | | 23 | 7,858,285. |
| 24 | Pension, profit-sharing, etc., plans | | 24 | 73,448,675. |
| 25 | Employee benefit programs | | 25 | 32,965,225. |
| 26 | Other deductions (attach schedule) | See Statement 42 | 26 | 1,252,899,224. |
| 27 | Total deductions. Add lines 12 through 26 | | 27 | 3,259,694,793. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -145,907,722. |
| 29 | Less: a Net operating loss deduction (see page 9 of instructions) | 29a | | |
| | b Special deductions (Schedule C, line 20) | 29b | 29c | |
| 30 | Taxable income. Subtract line 29c from line 28 | | 30 | -145,907,722. |
| 31 | Total tax (Schedule J, line 12) | | 31 | NONE |
| 32 | Payments: a 1997 overpayment credited to 1998 | 32a | | |
| | b 1998 estimated tax payments | 32b NONE | | |
| | c Less 1998 refund applied for on Form 4466 ( ) d Bal | 32d NONE | | |
| | e Tax deposited with Form 7004 | 32e | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g 5,447. | 32h | 5,447. |
| 33 | Estimated tax penalty (see page 10 of instructions). Check if Form 2220 is attached [ ] | | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | 5,447. |
| 36 | Enter amount of line 35 you want: Credited to 1999 estimated tax NONE | Refunded | 36 | 5,447. |

RECEIVED JUN 20 2000 OGDEN, UT

TC 590-CC-14 INPUT FOR SUBS

0573

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer [signature] Date 06/14/00 Title VICE PRESIDENT

**Paid Preparer's Use only** Preparer's signature [signature: Teresa M Duquin] Date 6/14/00 Check if self-employed [ ] Preparer's social security no. 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

Firm's name (or yours if self-employed) and address: ARTHUR ANDERSEN, LLP, 501 NORTH 44TH STREET, SUITE 300, PHOENIX, AZ EIN 36-0732 ZIP code 85008

JSA 8C1110 1.000

OVERSIZE FILE

GOVERNMENT EXHIBIT 23

IRSA04-002

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS**
**OF**
**BROWNING-FERRIS INDUSTRIES, INC.**

Pursuant to the provisions of the applicable state law, the undersigned persons, being all of the directors of Browning-Ferris Industries, Inc., a Delaware corporation (the "Company"), in lieu of a special meeting, hereby sign this instrument, or a counterpart hereof, to evidence their consent to the resolutions set forth below with the same force and effect as if said resolutions were adopted by unanimous vote at a duly convened meeting of the Board of Directors (the "Board"):

**WHEREAS**, the Company has entered into a Restated Indenture, dated as of September 1, 1991 (as amended, supplemented or otherwise modified from time to time), between the Company and JPMorgan Chase Bank, N.A. (formerly Chase Bank of Texas, N.A.), as successor trustee to First City, Texas-Houston, N.A., pursuant to which the Company has issued senior notes;

**WHEREAS**, the Board has determined that the preservation of corporate status of the Company is no longer desirable in the conduct of the business of the Company and that it is in the best interests of the Company to convert into a limited liability company (the "Conversion");

**NOW THEREFORE, BE IT RESOLVED**, that the Board shall recommend the approval of the Conversion by the sole stockholder of the Company;

**RESOLVED**, that upon approval of the Conversion by the sole stockholder of the Company, an officer of the Company shall file with the Secretary of State of the State of Delaware a certificate of conversion (the "Certificate of Conversion") executed in accordance with Section 103 of the General Corporation Law of the State of Delaware (the "DGCL"), which certifies the following:

(1) The name of the Company under which it was originally incorporated is BFI, Inc.;

(2) The date of filing of the Company's original certificate of incorporation with the Secretary of State of the State of Delaware is October 26, 1970;

(3) The name of the limited liability company into which the Company shall be converted is Browning-Ferris Industries, LLC; and

(4) The Conversion has been approved in accordance with the provisions of Section 266 of the DGCL;

**RESOLVED**, that upon the filing of the Certificate of Conversion in accordance with Section 266(b) of the DGCL, and payment to the Secretary of State of the State of Delaware of all fees prescribed under the DGCL, the Secretary of State of the State of Delaware shall certify that the Company has filed all documents and paid all fees required by the DGCL, and

NY\982790.6

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 24

BFI-3RFP-00005

thereupon the Company shall cease to exist as a corporation of the State of Delaware at the time the Certificate of Conversion becomes effective in accordance with Section 103 of the DGCL;

**RESOLVED,** that the Certificate of Conversion filed with the Secretary of State of the State of Delaware shall be prima facie evidence of the Conversion by the Company;

**RESOLVED,** that the Conversion of the Company pursuant to the Certificate of Conversion under Section 266 of the DGCL shall not be deemed to affect any obligations or liabilities of the Company incurred prior to the Conversion or the personal liability of any person incurred prior to the Conversion;

**RESOLVED,** that after the time the Certificate of Conversion becomes effective the converted Company shall continue to exist as a limited liability company of the State of Delaware, and the laws of the State of Delaware shall apply to the converted Company to the same extent as prior to such time; and

**RESOLVED,** that the converted Company shall not be required to wind up its affairs or pay its liabilities and distribute its assets, and the Conversion shall not constitute a dissolution of the Company and shall constitute a continuation of the existence of the converted Company in the form of a limited liability company of the State of Delaware.

IN WITNESS WHEREOF, the undersigned members of the Board of Directors of Browning-Ferris Industries, Inc. have hereby signed their names to this Unanimous Written Consent of the Board of Directors as of December 31, 2004.

**DIRECTORS:**

Donald W. Slager

Thomas P. Martin

James E. Gray

**BROWNING-FERRIS INDUSTRIES, INC.**

**SOLE STOCKHOLDER'S CONSENT**

Pursuant to the provisions of the applicable state law, the undersigned persons, being the sole owner and holder of all of the issued and outstanding shares of capital stock of Browning-Ferris Industries, Inc., a Delaware corporation (the "Company"), in lieu of a special meeting, hereby sign this instrument, to evidence its consent to the Company's conversion into a limited liability company.

Allied Waste North America, Inc.

By: [signature]
Name: Donald W. Slager
Title: Vice President, Operations