# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BROWNING-FERRIS INDUSTRIES, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF SEPTEMBER, A.D. 2006.

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
25

Harriet Smith Windsor, Secretary of State

0764126 8300

060816218

AUTHENTICATION: 5017190

DATE: 09-01-06

# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "BROWNING-FERRIS INDUSTRIES, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "BROWNING-FERRIS INDUSTRIES, INC." TO "BROWNING-FERRIS INDUSTRIES, LLC", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2004, AT 9:03 O'CLOCK A.M.

131

SECRETARY'S OFFICE 1793 DELAWARE 1855

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0764126 8100V

060816218

AUTHENTICATION: 5017189

DATE: 09-01-06

# CERTIFICATE OF CONVERSION

## FROM A CORPORATION TO A LIMITED LIABILITY COMPANY

## PURSUANT TO SECTION 266 OF THE DELAWARE GENERAL CORPORATION LAW

1. The name of the corporation is Browning-Ferris Industries, Inc.
2. The name under which the corporation was originally incorporated is BFI, Inc.
3. The date on which the original Certificate of Incorporation was filed with the Secretary of State is October 26, 1970.
4. The name of the limited liability company into which the corporation is herein being converted is Browning-Ferris Industries, LLC.
5. The conversion has been approved in accordance with the provisions of Section 266.

Dated: December 31, 2004

By: /s/ Jo Lynn White
Name: Jo Lynn White
Title: Secretary

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:47 AM 12/31/2004
FILED 09:03 AM 12/31/2004
SRV 040956463 - 0764126 FILE

NY\983191.1

# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "BROWNING-FERRIS INDUSTRIES, LLC" FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2004, AT 9:03 O'CLOCK A.M.

Harriet Smith Windsor, Secretary of State

0764126 8100V

060816218

AUTHENTICATION: 5017189

DATE: 09-01-06

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2004 or tax year beginning ________, 2004, ending ________, 20____

▶ See separate instructions.

OMB No. 1545-0123

**2004**

| | |
|---|---|
| **A Check if:** | |
| 1 Consolidated return (attach Form 851) | X |
| 2 Personal holding co. (attach Sch. PH) | |
| 3 Personal service corp. (see instructions) | |
| 4 Schedule M-3 required (attach Sch. M-3) | X |

Use IRS label. Otherwise, print or type.

Name, Number, street, and room or suite no. If a P.O. box, see page 9 of instructions. City or town, state, and ZIP code

ALLIED WASTE INDUSTRIES INC. AND SUBSIDIARIES
15880 N. GREENWAY-HAYDEN LOOP
SUITE 100
SCOTTSDALE AZ 85260

**B Employer identification number** 88-0228636

**C** Date incorporated 04/13/1987

**D** Total assets (see page 8 of instructions) $ 11,789,746,461

**E** Check if: (1) Initial return (2) Final return (3) Name change (4) Address change

| | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 4,110,170,441 b Less returns and allowances ____ c Bal ▶ | | | 1c | 4,110,170,441 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 2,624,963,572 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,485,206,869 |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | 339,138,627 |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | 34,654,357 |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | 11,067,898 |
| | 10 | Other income (see page 11 of instructions - attach schedule) STATEMENT 1 | | | 10 | 228,877,190 |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 2,098,944,941 |
| Deductions (See instructions for limitations on deductions) | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 256,399,990 |
| | 14 | Repairs and maintenance | | | 14 | |
| | 15 | Bad debts | | | 15 | 23,525,011 |
| | 16 | Rents | | | 16 | 36,602,584 |
| | 17 | Taxes and licenses STATEMENT 2 | | | 17 | 16,530,741 |
| | 18 | Interest | | | 18 | 1,176,953,862 |
| | 19 | Charitable contributions (see page 14 of instructions for 10% limitation) | | | 19 | |
| | 20 | Depreciation (attach Form 4562) | 20 | 240,559,085 | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 240,559,085 |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | |
| | 24 | Pension, profit-sharing, etc., plans | | | 24 | 20,484 |
| | 25 | Employee benefit programs | | | 25 | |
| | 26 | Other deductions (attach schedule) STATEMENT 3 | | | 26 | 515,899,827 |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 2,266,491,584 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -167,546,643 |
| | 29 | **Less:** a Net operating loss deduction (see page 16 of instructions) | 29a | | | |
| | | b Special deductions (Schedule C, line 20) | 29b | | 29c | |
| Tax and Payments | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | | | 30 | -167,546,643 |
| | 31 | **Total tax** (Schedule J, line 11) | | | 31 | |
| | 32 | **Payments:** a 2003 overpayment credited to 2004 | 32a | | | |
| | | b 2004 estimated tax payments | 32b | | | |
| | | c Less 2004 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ 32d | | |
| | | e Tax deposited with Form 7004 | 32e | | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions. | 32g | 547,497 | 32h | 547,497 |
| | 33 | Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached ▶ ☐ | | | 33 | |
| | 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | 547,497 |
| | 36 | Enter amount of line 35 you want: **Credited to 2005 estimated tax** ▶ Refunded ▶ | | | 36 | 547,497 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ____ Date ____ VICE PRESIDENT, TAX Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ____ Date ____ Check if self-employed ☐ Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code: DELOITTE TAX LLP, 2901 N. CENTRAL AVE, STE. 1200 PHOENIX AZ 85012

GOVERNMENT EXHIBIT 26 (PENGAD-Bayonne, N.J.) (1)

For Privacy Act and Paperwork Reduction Act Notice, see separate in
ERF 2004 Deloitte & Touche Tax Technologies LLC

Form 1120 (2004) ALLIED WASTE INDUSTRIES INC. AND SUBSIDIARIES 88-0228636 Page 2

## Schedule A Cost of Goods Sold (See page 17 of instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | 873,711,869 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) STATEMENT 4 | 5 | 1,751,251,703 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 2,624,963,572 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 2,624,963,572 |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

## Schedule C Dividends and Special Deductions (see page 18 of instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See page 19 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs that are subject to the 100% deduction | | 100 | |
| 12 | Dividends from controlled foreign corporations subject to the 85% deduction (attach Form 8895) | | 85 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E Compensation of Officers (see instructions for page 1, line 12, on page 13 of instructions)

**Note:** Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | |

Form 1120 (2004) ALLIED WASTE INDUSTRIES INC. AND SUBSIDIARIES 88-0228636 Page 3

## Schedule J Tax Computation (see page 20 of instructions)

1 Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
**Important:** Members of a controlled group, see page 20 of instructions.

2a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
(1) $ ______ (2) $ ______ (3) $ ______

b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ ______
(2) Additional 3% tax (not more than $100,000) $ ______

3 Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 21) ▶ ☐ | 3 |
4 Alternative minimum tax (attach Form 4626) | 4 |
5 Add lines 3 and 4 | 5 |
6a Foreign tax credit (attach Form 1118) | 6a |
b Possessions tax credit (attach Form 5735) | 6b |
c Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 6c |
d General business credit. Check box(es) and indicate which forms are attached:
☐ Form 3800 ☒ Form(s) (specify) ▶ 5884, 8844 | 6d |
e Credit for prior year minimum tax (attach Form 8827) | 6e |
f Qualified zone academy bond credit (attach Form 8860) | 6f |
7 **Total credits.** Add lines 6a through 6f | 7 |
8 Subtract line 7 from line 5 | 8 |
9 Personal holding company tax (attach Schedule PH (Form 1120)) | 9 |
10 Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | 10 |
11 **Total tax.** Add lines 8 through 10. Enter here and on page 1, line 31 | 11 |

## Schedule K Other Information (see page 23 of instructions)

| | Yes | No |
|---|---|---|
| 1 Check accounting method: a ☐ Cash b ☒ Accrual c ☐ Other (specify) ▶ | | |
| 2 See page 25 of the instructions and enter the: a Business activity code no. ▶ 551112 b Business activity ▶ HOLDING COMPANY c Product or service ▶ INVESTMENTS | | |
| 3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | X | |
| If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 5 At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) | | X |
| If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | |
| 6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on **Form 851,** Affiliations Schedule, for each subsidiary. | | |

| | Yes | No |
|---|---|---|
| 7 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? | | X |
| If "Yes," enter: (a) Percentage owned ▶ and (b) Owner's country ▶ | | |
| c The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 8 Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ | | |
| 11 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ 411,317,228 | | |
| 13 Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? | | X |
| If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

Form 1120 (2004) ALLIED WASTE INDUSTRIES INC. AND SUBSIDIARIES 88-0228636 Page 4

**Note:** The corporation is not required to complete Schedules L, M-1, and M-2 if Question 13 on Schedule K is answered "Yes."

## Schedule L Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 371,851,405 | | 66,592,035 |
| 2a | Trade notes and accounts receivable | 583,552,074 | | 665,354,259 | |
| b | Less allowance for bad debts | ( 17,747,062 ) | 565,805,012 | ( 13,662,554) | 651,691,705 |
| 3 | Inventories | | 16,268,461 | | 15,866,965 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | STATEMENT 5 | 116,929,167 | STATEMENT 10 | 141,137,316 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | STATEMENT 6 | -296,770,247 | STATEMENT 11 | -297,254,542 |
| 10a | Buildings and other depreciable assets | 4,936,125,182 | | 5,387,551,329 | |
| b | Less accumulated depreciation | ( 2,213,213,732 ) | 2,722,911,450 | ( 2,564,972,983) | 2,822,578,346 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 299,468,575 | | 307,968,682 |
| 13a | Intangible assets (amortizable only) | 8,021,435,967 | | 7,883,842,888 | |
| b | Less accumulated amortization | ( ) | 8,021,435,967 | ( ) | 7,883,842,888 |
| 14 | Other assets (attach schedule) | STATEMENT 7 | 198,999,302 | STATEMENT 12 | 197,323,066 |
| 15 | Total assets | | 12,016,899,092 | | 11,789,746,461 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 340,462,491 | | 498,931,409 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 249,378,041 | | 327,812,312 |
| 18 | Other current liabilities (attach schedule) | STATEMENT 8 | 961,483,959 | STATEMENT 13 | 782,134,768 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 7,978,072,559 | | 7,429,196,104 |
| 21 | Other liabilities (attach schedule) | STATEMENT 9 | 2,213,181,692 | STATEMENT 14 | 2,598,430,677 |
| 22 | Capital stock: a Preferred stock | 354,302,000 | | 344,000,000 | |
| | b Common stock | 2,510,671 | 356,812,671 | 2,585,703 | 346,585,703 |
| 23 | Additional paid-in capital | | 1,333,921,379 | | 1,045,196,093 |
| 24 | Retained earnings – Appropriated (attach schedule) | | | | |
| 25 | Retained earnings – Unappropriated | | -1,414,914,372 | | -1,237,040,231 |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( 1,499,328 ) | | ( 1,500,374 ) |
| 28 | Total liabilities and shareholders' equity | | 12,016,899,092 | | 11,789,746,461 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income per Return (See page 24 of instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation $ | |
| a | Depreciation $ | | | b Charitable contributions $ | |
| b | Charitable contributions $ | | | | |
| c | Travel & entertainment $ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28) – line 6 less line 9 | |

## Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,414,914,372 | 5 | Distributions: a Cash | 21,562,500 |
| 2 | Net income (loss) per books | -152,966,005 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): STATEMENT 16 | -22,495,501 |
| | STATEMENT 15 | 329,907,145 | 7 | Add lines 5 and 6 | -933,001 |
| 4 | Add lines 1, 2, and 3 | -1,237,973,232 | 8 | Balance at end of year (line 4 less line 7) | -1,237,040,231 |

**ALLIED WASTE INDUSTRIES, INC. AND SUBSIDIARIES**
**EIN: 88-0228636**

**A STATEMENT REGARDING**
**DISTRIBUTIONS RECEIVED IN COMPLETE LIQUIDATION**
**FOR THE YEAR ENDED DECEMBER 31, 2004**

Pursuant to Reg. 1.332-6(b), the taxpayer submits the following information regarding distributions received in complete liquidation of Browning Ferris Industries, Inc. (EIN: 76-1673682).

(1) STATEMENT OF PROPERTIES RECEIVED

No properties were received in complete liquidation.

(2) STATEMENT OF INDEBTEDNESS

There existed no indebtedness of liquidating corporation to taxpayer on the date the plan of liquidation was adopted.

(3) STATEMENT OF OWNERSHIP OF ALL CLASSES OF STOCK

All classes of stock of the liquidating corporation as of the date of adoption of the plan, and at all times since, to, and including the date of distribution in liquidation, were owned by Allied Waste North America, Inc. (EIN: 86-0843596).



5

DEC. 31. 2004 2:53PM CORPORATE TRUST CENTER NO. 8473 P. 2

# Delaware

PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "BROWNING-FERRIS INDUSTRIES, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "BROWNING-FERRIS INDUSTRIES, INC." TO "BROWNING-FERRIS INDUSTRIES, LLC", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2004, AT 9:03 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0764126 8100V

040956463

AUTHENTICATION: 3589834

DATE: 12-31-04



6

**CERTIFICATE OF CONVERSION**

**FROM A CORPORATION TO A LIMITED LIABILITY COMPANY**

**PURSUANT TO SECTION 266 OF THE DELAWARE GENERAL CORPORATION LAW**

1. The name of the corporation is Browning-Ferris Industries, Inc.
2. The name under which the corporation was originally incorporated is BFI, Inc.
3. The date on which the original Certificate of Incorporation was filed with the Secretary of State is October 26, 1970.
4. The name of the limited liability company into which the corporation is herein being converted is Browning-Ferris Industries, LLC.
5. The conversion has been approved in accordance with the provisions of Section 266.

Dated: December 31, 2004

By: /s/ Jo Lynn White
Name: Jo Lynn White
Title: Secretary

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:47 AM 12/31/2004
FILED 09:03 AM 12/31/2004
SRV 040956463 - 0764126 FILE

DEC. 31. 2004 2:54PM CORPORATE TRUST CENTER NO. 8473 P. 4

# Delaware

PAGE 2

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "BROWNING-FERRIS INDUSTRIES, LLC" FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2004, AT 9:03 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

0764126 8100V

040956463

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3589834

DATE: 12-31-04

8

CERTIFICATE OF FORMATION
OF
BROWNING-FERRIS INDUSTRIES, LLC

This Certificate of Formation of Browning-Ferris Industries, LLC (the "LLC"), dated as of December 31, 2004, is being duly executed and filed by Jo Lynn White, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. §18-101, et seq.).

FIRST: The name of the limited liability company formed hereby is Browning-Ferris Industries, LLC.

SECOND: The address of the registered office of the LLC in the State of Delaware is c/o The Corporation Trust Company, 1209 Orange Street, in the City of Wilmington, County of New Castle, 19801.

THIRD: The name and address of the registered agent for service of process on the LLC in the State of Delaware is The Corporation Trust Company, 1209 Orange Street, in the City of Wilmington, County of New Castle, 19801.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

/s/ Jo Lynn White
Jo Lynn White
Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:47 AM 12/31/2004
FILED 09:03 AM 12/31/2004
SRV 040956463 - 0764126 FILE

NY983199.1

9

**ALLIED WASTE INDUSTRIES, INC. AND SUBSIDIARIES**
**EIN: 88-0228636**

**A STATEMENT REGARDING**
**DISTRIBUTIONS RECEIVED IN COMPLETE LIQUIDATION**
**FOR THE YEAR ENDED DECEMBER 31, 2004**

---

Pursuant to Reg. 1.332-6(b), the taxpayer submits the following information regarding distributions received in complete liquidation of Chestnut Equipment Leasing Corp. (EIN: 13-3199907).

(1) STATEMENT OF PROPERTIES RECEIVED

No properties were received in complete liquidation.

(2) STATEMENT OF INDEBTEDNESS

There existed no indebtedness of liquidating corporation to taxpayer on the date the plan of liquidation was adopted.

(3) STATEMENT OF OWNERSHIP OF ALL CLASSES OF STOCK

All classes of stock of the liquidating corporation as of the date of adoption of the plan, and at all times since, to, and including the date of distribution in liquidation, were owned by Allied Waste Systems, Inc. (EIN: 36-2750252).

10

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS ALBANY, NY 12231-0001

FILING RECEIPT

ENTITY NAME: CHESTNUT EQUIPMENT LEASING CORP.

DOCUMENT TYPE: DISSOLUTION (DOMESTIC) COUNTY: WEST

SERVICE COMPANY: CT CORPORATION SYSTEM SERVICE CODE: 07

FILED:11/04/2004 DURATION:********* CASH#:041104000478 FILM #:041104000451

ADDRESS FOR PROCESS

REGISTERED AGENT

| FILER | FEES | 70.00 | PAYMENTS | 70.00 |
|---|---|---|---|---|
| | FILING | 60.00 | CASH | 0.00 |
| | TAX | 0.00 | CHECK | 70.00 |
| ALLIED WASTE INDUSTRIES, INC. | CERT | 0.00 | CHARGE | 0.00 |
| 15880 N GREENWAY-HAYDEN LOOP | COPIES | 10.00 | DRAWDOWN | 0.00 |
| | HANDLING | 0.00 | BILLED | 0.00 |
| SCOTTSDALE, AZ 85260 | | | REFUND | 0.00 |

DOS-1025 (11/89)

11

F041104000451

**New York State Department of**
**Taxation and Finance**
Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

## Consent to Dissolution of a Corporation

**Consent date:** 10/25/04

**Taxpayer ID:** B-13-3199907-8

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

CHESTNUT EQUIPMENT LEASING CORP.

This consent is effective until: 1/24/05

By [signature]
For the Commissioner of Taxation and Finance

TR-960 (11/01) Department of State copy

(12)

F041104000451

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

RECEIVED
DEPARTMENT OF
TAXATION AND FINANCE
SEP 15 2004
CORPORATION TAX
DISSOLUTION

CT-07

# CERTIFICATE OF DISSOLUTION OF

Chestnut Equipment Leasing Corp.
*(Insert corporate name)*

Under Section 1003 of the Business Corporation Law

FIRST: The present name of the corporation is: Chestnut Equipment Leasing Corp.
(If the name of the corporation has been changed, the name under which it was formed is:
________________________________.)

SECOND: *(must include month, day and year)* The certificate of incorporation was filed by the Department of State on: September 27, 1983 .

THIRD: *(must include number and street)* The name and addresses of each officer and director of the corporation is:

Donald W. Slager (Dir & EVP) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
Thomas P. Martin (Dir & Treas) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
James E. Gray (Director) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
Bruce D. Stanas (President) 385 Dunstable Road, Tyngsboro, MA 01879
Steven M. Helm (Vice President) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
Dale L. Parker (Vice President) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
Mark Saleski (Vice President) 524 Waverly Avenue, Mamaroneck, NY 10543
Jo Lynn White (Secretary) 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260
Daniel P. Higgins (Asst Sec) 385 Dunstable Road, Tyngsboro, MA 01879

FOURTH: The corporation elects to dissolve.

FIFTH: *(check appropriate box)*

- [x] The dissolution was authorized at a meeting of shareholders by a vote of two-thirds of all outstanding shares entitled to vote or by the unanimous written consent of the holder(s) of all outstanding shares entitled to vote and the certificate of incorporation does not provide for an alternate manner of authorization.
- [ ] The dissolution was authorized in the manner required by provisions in the certificate of incorporation.

DOS-1337 (Rev. 8/98)
NY019 - 6/11/2002 C T System Online

2 Document must be signed on reverse side.

(13)

F041104000451

This document must be signed by an officer, director, attorney-in-fact or duly authorized person.

X JLWhite
(Signature)

Jo Lynn White
(Type or print name)

Secretary
(Title or capacity of signer)

TCC

STATE OF NEW YORK
DEPARTMENT OF STATE

NOV 04 2004

FILED
TAX $
BY: AK

West

Filed by:
Allied Waste Industries, Inc.
(Name)
15880 N Greenway-Hayden Loop
(Mailing address)
Scottsdale AZ 85260
(City, State and Zip code)

# CERTIFICATE OF DISSOLUTION

OF

Chestnut Equipment Leasing Corp.

Under Section 1003 of the Business Corporation Law

CT-07

(For office use only.)

3

NY019 - 6/11/2002 C T System Online

041104000478

14

**ALLIED WASTE INDUSTRIES, INC. AND SUBSIDIARIES**
**EIN: 88-0228636**

**A STATEMENT REGARDING**
**DISTRIBUTIONS RECEIVED IN COMPLETE LIQUIDATION**
**FOR THE YEAR ENDED DECEMBER 31, 2004**

---

Pursuant to Reg. 1.332-6(b), the taxpayer submits the following information regarding distributions received in complete liquidation of City Garbage, Inc. (EIN: 76-0384900).

(1) STATEMENT OF PROPERTIES RECEIVED

No properties were received in complete liquidation.

(2) STATEMENT OF INDEBTEDNESS

There existed no indebtedness of liquidating corporation to taxpayer on the date the plan of liquidation was adopted.

(3) STATEMENT OF OWNERSHIP OF ALL CLASSES OF STOCK

All classes of stock of the liquidating corporation as of the date of adoption of the plan, and at all times since, to, and including the date of distribution in liquidation, were owned by Allied Waste Systems, Inc. (EIN: 36-2750252).

15

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Geoffrey S. Connor
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF DISSOLUTION OF

CITY GARBAGE, INC.
125071500

The undersigned, as Secretary of State of Texas, hereby certifies that the Articles of Dissolution for the above named entity have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary of State by law, hereby issues this Certificate of Dissolution.

Dated: 08/17/2004

Effective: 08/17/2004

Geoffrey S. Connor
Secretary of State

# Directors / Officers Report

As of 8/13/2004

## City Garbage, Inc.

### Officers

**Donald W. Slager** — **President**
Primary Address: 15880 N. Greenway Hayden Loop, Suite 100
Scottsdale, AZ 85260 (United States)

**Steven M. Helm** — **Vice President**
Primary Address: 15880 N. Greenway Hayden Loop, Suite 100
Scottsdale, Arizona 85260 (United States)

**Dale Leon Parker** — **Vice President**
Primary Address: 15880 N. Greenway-Hayden Loop, Suite 100
Scottsdale, AZ 85260 (United States)

**Connie J. Gecich** — **Assistant Secretary**
Primary Address: 15880 N. Greenway Hayden Loop
Suite #100
Scottsdale, Arizona 85260 (United States)

**Gregory J. Reddy** — **Assistant Secretary**
Primary Address: 15880 N. Greenway-Hayden Loop
Suite #100
Scottsdale, Arizona 85260 (United States)

**Thomas Patrick Martin** — **Treasurer**
Primary Address: 15880 N. Greenway Hayden Loop, Suite 100
Scottsdale, AZ 85260 (United States)

**Jo Lynn White** — **Secretary**
Primary Address: 15880 N. Greenway Hayden Loop, Suite 100
Scottsdale, AZ 85260 (United States)

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

CAROLE KEETON STRAYHORN • COMPTROLLER • AUSTIN, TEXAS 78774

August 17, 2004

CITY GARBAGE INC
15880 N GREENWAY HAYDEN LOOP STE 100
SCOTTSDALE, AZ 85260-1649

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Carole Keeton Strayhorn, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

CITY GARBAGE INC

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the corporation's existence in Texas. This certificate is valid for the purpose of dissolution, merger, conversion, or withdrawal through December 31, 2004.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 17th day of
August, 2004 A.D.

Carole Keeton Strayhorn

Carole Keeton Strayhorn
Texas Comptroller

Taxpayer number: 17603849005
File number: 0125071500

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the expiration of this certificate, will result in additional franchise tax responsibilities. Out of state corporations are responsible for franchise tax through the last date of business in this state.

Form 05-305 (Rev.1-03/13)

18

**ALLIED WASTE INDUSTRIES, INC. AND SUBSIDIARIES**
**EIN: 88-0228636**

**A STATEMENT REGARDING**
**DISTRIBUTIONS RECEIVED IN COMPLETE LIQUIDATION**
**FOR THE YEAR ENDED DECEMBER 31, 2004**

---

Pursuant to Reg. 1.332-6(b), the taxpayer submits the following information regarding distributions received in complete liquidation of Hollister Landfill, Inc. (EIN: Applied For).

(1) STATEMENT OF PROPERTIES RECEIVED

No properties were received in complete liquidation.

(2) STATEMENT OF INDEBTEDNESS

There existed no indebtedness of liquidating corporation to taxpayer on the date the plan of liquidation was adopted.

(3) STATEMENT OF OWNERSHIP OF ALL CLASSES OF STOCK

All classes of stock of the liquidating corporation as of the date of adoption of the plan, and at all times since, to, and including the date of distribution in liquidation, were owned by Allied Waste North America, Inc. (EIN: 86-0843596).

19

D0730720

# State of California

OFFICE OF THE SECRETARY OF STATE

## SECRETARY OF STATE

I, *Kevin Shelley*, Secretary of State of the State of California, hereby certify:

That the attached transcript of 1 page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF,*** I execute this certificate and affix the Great Seal of the State of California this day of

MAR - 3 2004

Kevin Shelley

Secretary of State

Sec/State Form CE-107 (rev. 1/03)

20

OSP 03 80510

D0730720

CERTIFICATE OF DISSOLUTION OF

HOLLISTER LANDFILL, INC.

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

FEB 27 2004

KEVIN SHELLEY
Secretary of State

*********

Donald W. Slager, Thomas P. Martin, and James E. Gray certify:

1. That they constitute all of the directors in office of Hollister Landfill, Inc., a California Corporation.

2. That said corporation has been completely wound up.

3. That the company has incurred no known debts and liabilities.

(Use the following Article 4 only if an assumption of liability is being filed with this Certificate)

4. That the tax liability will be satisfied on a taxes paid basis.

5. That said corporation acquired no known assets.

6. That said corporation is dissolved.

7. The election to dissolve was made by the vote of all the outstanding shares.

8. This certificate shall become effective on the date so approved the California Secretary of State.

Each of the undersigned declares under penalty of perjury under the laws of the State of California that the statements contained in the foregoing certificate are true of their own knowledge. Executed at Scottsdale, Arizona, on this 18th day of February, 2004.

Directors:

[signature]
Donald W. Slager

[signature]
Thomas P. Martin

[signature]
James E. Gray

OFFICE OF THE SECRETARY OF STATE
THE GREAT SEAL OF THE STATE OF CALIFORNIA

CA034 - 12/27/01 C T System Online

**ALLIED WASTE INDUSTRIES, INC. AND SUBSIDIARIES**
**EIN: 88-0228636**

**A STATEMENT REGARDING**
**DISTRIBUTIONS RECEIVED IN COMPLETE LIQUIDATION**
**FOR THE YEAR ENDED DECEMBER 31, 2004**

---

Pursuant to Reg. 1.332-6(b), the taxpayer submits the following information regarding distributions received in complete liquidation of Omaha Hauling Company, Inc. (EIN: 86-1005479).

(1) STATEMENT OF PROPERTIES RECEIVED

No properties were received in complete liquidation.

(2) STATEMENT OF INDEBTEDNESS

There existed no indebtedness of liquidating corporation to taxpayer on the date the plan of liquidation was adopted.

(3) STATEMENT OF OWNERSHIP OF ALL CLASSES OF STOCK

All classes of stock of the liquidating corporation as of the date of adoption of the plan, and at all times since, to, and including the date of distribution in liquidation, were owned by BFI Waste Systems of North America, Inc. (EIN: 41-1696636).

22

Form **1139** (Rev. May 1999) Department of the Treasury Internal Revenue Service

# Corporation Application for Tentative Refund

▶ Read the separate instructions before completing this form.

▶ Do not attach to the corporation's income tax return — mail in a separate envelope.

OMB No. 1545-0582

Name: BROWNING FERRIS INDUSTRIES, INC. & SUBSIDIARIES — Employer identification number: 74-1673682

Number, street, and room or suite no. (If a P.O. box, see separate instructions.): 15880 N. GREENWAY-HAYDEN LOOP, SUITE 100 — Date of incorporation: 10/26/1970

City or town, state, and ZIP code: SCOTTSDALE, AZ 85260 — Telephone number (optional): (480) 627-2700

1 This application is filed to carry back: a Net operating loss (NOL) (attach computation) ▶ $ 145,907,722 — b Net capital loss (attach computation) ▶ $ 811,110,031 — c Unused general business credit (attach computation) ▶ $

2 Return for year of loss, unused credit, or overpayment under section 1341(b)(1) ▶ a Tax year ended 7/30/1999 — b Date filed 6/15/2000 — c Service center where filed OGDEN, UTAH

3 If this application is for an unused credit created by another carryback, enter ending date for the tax year of the first carryback ▶

4 Does the NOL or net capital loss result in the release of foreign tax credits or the release of other tax credits because of the release of a foreign tax credit? (see instructions) ☐ Yes ☒ No

If "Yes," you cannot file Form 1139. Instead, use Form 1120X.

5a Was a consolidated return filed for any tax year covered on this application? ☒ Yes ☐ No

b If "Yes," identify the year and enter the name of the common parent and its EIN, if different from above ▶ FISCAL YEARS ENDING 9/30/1996, 9/30/1997, 9/30/1998 AND 7/30/1999

6a If Form 1138 has been filed, was an extension of time granted for filing the return for the tax year of the NOL? ☐ Yes ☐ No

b If "Yes," give date to which extension was granted ▶ ______ c Give date Form 1138 was filed ▶

d Unpaid tax for which Form 1138 is in effect ▶

7 If you changed your accounting period, give date permission to change was granted ▶

8 If this is an application of a dissolved corporation, enter date of dissolution ▶

9 Have you filed a petition in Tax Court for the year or years to which the carryback is to be applied? ☐ Yes ☒ No

10 Does this carryback include a loss or credit from a tax shelter required to be registered? If "Yes," attach Form(s) 8271 ☐ Yes ☒ No

**Complete questions 11a and 11b only for the carryback of an NOL that arose in a tax year ending before October 22, 1998.**

11a Does the carryback include a specified liability loss that is attributable to a product liability? ☐ Yes ☒ No

b Does the carryback include a specified liability loss that is attributable to a Federal or state law or to a tort other than product liability? ☐ Yes ☒ No

If the answer to question 11a or 11b is "Yes," see the instructions and attach a statement.

RECEIVED — IRS BRANCH

ENVELOPE POSTMARK DATE JUL 2 7 2000

| **Computation of Decrease in Tax** *Note: If no entry in 1a or 1b, skip lines 12 - 16.* | 3rd preceding tax year ended ▶ 9/30/1996* (a) Before carryback | (b) After carryback | 2nd preceding tax year ended ▶ 9/30/1997* (c) Before carryback | (d) After carryback | 1st preceding tax year ended ▶ 9/30/1998* (e) Before carryback | (f) After carryback |
|---|---|---|---|---|---|---|
| 12 Taxable income from tax return | 231,469,821 | 231,469,821 | 211,881,172 | 211,881,172 | 412,759,986 | 412,759,986 |
| 13 Capital loss carryback (see instructions) | | 0 | | 0 | | 0 |
| 14 Subtract line 13 from line 12 | | 231,469,821 | | 211,881,172 | | 412,759,986 |
| 15 NOL deduction (see instructions) | | | | 145,907,722 | | |
| 16 Taxable income (subtract line 15 from line 14) | | 231,469,821 | | 65,973,450 | | 412,759,986 |
| 17 Income tax | 81,014,437 | 81,014,437 | 74,158,410 | 23,090,708 | 144,465,995 | 144,465,995 |
| 18 General business credit (see instructions) | | | | | | |
| 19 Other credits (identify) FTC, SEC. 29, AMT | 11,598,673 | 11,598,673 | 17,743,748 | 2,498,559 | 72,337,574 | 81,836,373 |
| 20 Total credits (add lines 18 and 19) | 11,598,673 | 11,598,673 | 17,743,748 | 2,498,559 | 72,337,574 | 81,836,373 |
| 21 Subtract line 20 from line 17 | 69,415,764 | 69,415,764 | 56,414,662 | 20,592,149 | 72,128,421 | 62,629,622 |
| 22 Personal holding company tax (Sch. PH (Form 1120)) | | | | | | |
| 23 Recapture taxes | 674. | 674 | | | | |
| 24 Alternative minimum tax and environmental tax | 306,055 | 306,055 | | 3,113,222 | 0 | 0 |
| 25 Total tax liability (add lines 21 through 24) | 69,722,493 | 69,722,493 | 56,414,662 | 23,705,371 | 72,128,421 | 62,629,622 |
| 26 Recomputed tax liability (see instructions) | 69,722,493 | | 23,705,371 | | 62,629,622 | |
| 27 Decrease in tax (subtract line 26 from line 25) | 0 | | 32,709,291 | | 9,498,799 | |

RECEIVED JUL 2 8 2000 OGDEN, UT

28 Overpayment of tax due to a claim of right adjustment under section 1341(b)(1) — attach computation ▶

**Sign Here** — Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

Keep a copy of this application for your records.

▶ Signature of officer ▶ Date ▶ Title

**Preparer Other Than Taxpayer** — Name ▶ Arthur Andersen LLP — Date 07/27/00

Address ▶ 501 N. 44TH STREET, SUITE 300 PHOENIX, AZ 85008

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1139** (Rev. 5-99)

ISA STF FED4335F

*SEE EXPLANATION ON EXHIBIT IV

GOVERNMENT EXHIBIT 27

IRSA07-0012

ALLIED WASTE

April 25, 2005

mailed UPS Overnight 4/25/05

VIA FEDERAL EXPRESS

Mr. Dominic Mastracchio
Appeals Team Case Leader
Internal Revenue Service - Appeals Office
8701 South Gessner, Suite 750
Stop 8000 HAL
Houston, TX 77074-2942

Re: Browning-Ferris Industries, Inc. and Subsidiaries 199609 - 199907 Examination
FEIN: 74-1673682

Dear Mr. Mastracchio:

In accordance with section 4.03 of Rev. Proc. 2005-18, 2005-13 I.R.B. 798, enclosed please find two checks made payable to the United States Treasury in the respective amounts of $19,079,286 and $3,519,979 in payment of tax for the above-referenced taxpayer in response to the adjustments in the attached Form 3610 and the Examiner's Report Form 886A relating to Issue Number 71. Please credit these amounts as payments of tax in the manner shown below:

| Check# | Type of Tax | Tax Form | Tax Period Ending | Tax |
|---|---|---|---|---|
| #1312882 | Income | 1120 | September 30, 1997 | $19,079,286 |
| #1312883 | Income | 1120 | September 30, 1998 | $3,519,979 |

Enclosed is a copy of this letter and the enclosures. Please have the copy of this letter stamped received and returned to me in the enclosed, self-addressed envelope.

Please also send me written confirmation that the payments of tax identified above were accurately credited as payments of tax to the Taxpayer's account for the respective tax periods.

Your cooperation in this matter is greatly appreciated. If you should have any questions, please do not hesitate to call me.

Respectfully,

Dale L. Parker

Attachments
Enclosures

GOVERNMENT EXHIBIT 29
PENGAD-Bayonne, N. J.

CHI:1520025.6

AZ CORPORATION COMMISSION
FILED

01655655

SEP 12 2006

FILE NO. R-1311025-0

DO NOT PUBLISH THIS SECTION

1. The company name must contain an ending which may be "limited liability company," "limited company," or the abbreviations "L.L.C.", "L.C.", "LLC" or "LC". If you are the holder or assignee of a tradename or trademark, attach Declaration of Tradename Holder form. If your name is not available for use in Arizona, you must adopt a fictitious name and provide a resolution adopting the name, which must be signed by a manager, member or authorized agent.

2. Provide the name of the state or jurisdiction under whose laws your company was formed.

3. Provide the date on which your company organized in the state or jurisdiction under whose laws it was formed.

4. Provide the general character of business you plan to transact in Arizona.

5. The statutory agent must provide a street address. If statutory agent has a P.O. Box, then they must also provide a street address/location.

The agent must consent to the appointment by executing the consent.

## APPLICATION FOR REGISTRATION OF A FOREIGN LIMITED LIABILITY COMPANY

1. The name of the foreign limited liability company is:

Browning-Ferris Industries, LLC

1.a. If the exact name of the foreign limited liability company is not available for use in this state, then the fictitious name adopted for use by the limited liability company in Arizona is:

_______________ (FN)

2. The company is organized under the laws of: Delaware
(State)

3. The date of the company's formation is: 12/31/2004

4. The purpose of the company or the general character of business it proposes to transact in Arizona is:
non-hazardous solid waste management

5. The name and street address of the statutory agent for the foreign limited liability company in Arizona is:
C T Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016

ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT

I, C T Corporation System, having been designated to act as statutory
(Print Name)
agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

By: [signature]
[Signature] Terrie L. Bates, Assistant Secretary

C T Corporation System
[If signing on behalf of a company serving as statutory agent, print company name here]

A2043 - 9/24/04 CT Filing Manager Online

GOVERNMENT EXHIBIT
PENGAD-Bayonne, N.J.