R-13110250

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6. Management

☐ Management of the limited liability company is vested in a manager or managers. The names and addresses of each person who is a manager AND each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company are:

Name: ____________________ ____________________

☐ member ☐ manager ☐ member ☐ manager

Address: ____________________ ____________________

City, State, Zip: ____________________ ____________________

Attach a certificate of existence or document of similar import duly authenticated (within sixty (60) days) by the official having custody of corporate records in the state, province or county under whose laws the corporation is incorporated (AZ Const. Art. XIV, §8).

☐ member ☐ manager ☐ member ☐ manager

☒ Management of the limited liability company is reserved to the members. The names and addresses of each person who is a member are:

Allied Waste North America, Inc. (DE Dom) ____________________

☒ member ☐ member

15880 N Greenway-Hayden Loop, Suite 100

Scottsdale, AZ 85260

Your fax and phone number is optional.

☐ member ☐ member

PHONE ____________________ FAX ____________________

7. If the jurisdiction under the law of which your company is formed, you must provide the address of the principle office of the company, in whatever state or jurisdiction it is located.

7. The address of the office required to be maintained in the jurisdiction under the laws of which the company is organized, if required; or, if not required, the address of the principal office of the company is:

15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

The application must be signed by a member, manager or duly authorized agent.

Executed this 26th day of January 2005

[Signature]

Jo Lynn White, Asst Secretary — of the Member - Allied Waste North America, Inc.

[Print Name] (Check One) ☒ Member ☐ Manager ☐ Authorized Agent

See A.R.S. §29-601 et seq. for more info.

LL0005
Rev. 03/04

A2003 - 5/24/04 CT Filing Manager Online

STATE OF ARIZONA

CORPORATION COMMISSION

... this to be a true ... of the document filed and ... in this ...

File No. R311025

Executive Director

Dated: 12/4/06 By: [signature]

AZ CORPORATION COMMISSION
FILED

SEP 12 2006

FILE NO. F-09676025

**APPLICATION FOR WITHDRAWAL**

**OF**

**FOREIGN CORPORATION**

Browning-Ferris Industries, Inc.

A Delaware **Corporation**
[state, province or country]

1. The name of the foreign corporation is Browning-Ferris Industries, Inc.

   It is incorporated under the laws of Delaware
   [state, province or country]

2. The foreign corporation is not transacting business/conducting affairs in this state and does hereby surrender its authority to do so in this state.

3. The foreign corporation does hereby revoke the authority of its statutory agent to accept process on its behalf and does hereby appoint the Arizona Corporation Commission as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business/conduct affairs in this state.

4. Upon receipt of any process served upon it on behalf of the foreign corporation, the Arizona Corporation Commission is requested to mail a copy to:

   15880 N Greenway-Hayden Loop, Suite 100,
   Scottsdale, AZ 85260

5. The foreign corporation will notify the Arizona Corporation Commission in the future of any change in the mailing address of the foreign corporation.

***This application will not be complete until the Arizona Corporation Commission has received from the department of revenue a notice that all transaction privilege taxes have been paid or are not due and a certificate from the department of revenue that all income tax returns have been filed and taxes paid.***

RECEIVED
OCT 4 2006
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DATED this 25th day of January, 2005

Browning-Ferris Industries, Inc.
[Name of Corporation]

By [signature]

Jo Lynn White, Secretary
[name] [title]

CF: 0025 FOREIGN
Rev: 11/02



AZ030 - 8/19/04 CT Filing Manager Online

STATE OF ARIZONA
CORPORATION COMMISSION

I hereby certify this to be a true and complete copy of the document filed in this office and admitted to record in File No. F0967605

Executive Director

Dated: 10/4/06 By:

**CORPORATION**
**STATEMENT OF CHANGE OF**
**KNOWN PLACE OF BUSINESS OR STATUTORY AGENT ADDRESS**

1. The exact name of the Corporation on file with the Arizona Corporation Commission (ACC) is:
   BROWNING-FERRIS INDUSTRIES, INC.

2. The ACC File Number is:
   F09676075

3. The address of the known place of business currently on file with the ACC is:
   15880 N GREENWAY-HAYDEN LOOP, #100, SCOTTSDALE, AZ 85260

4. The address of the current statutory agent on file with the ACC is:
   3225 N CENTRAL AVE, PHOENIX, AZ 85012

5. The name of the current statutory agent is:
   C T CORPORATION SYSTEM

6. The new address of the statutory agent in Arizona is:
   2394 E. Camelback Road, Phoenix, AZ 85016

7. The statutory agent has given the entity written notice of this change.

8. If the entity indicates its address of the known place of business in Arizona is our (the statutory agent) address, please update accordingly.

Dated: May 19, 2006

CT CORPORATION SYSTEM

Kenneth J Uva, Vice President

**Received**
**May 26, 2006**
**Arizona Corporation Commission**
**Corporations Division**

STATE OF ARIZONA

CORPORATION COMMISSION

I hereby certify this to be a true and complete copy of the document filed and admitted to record in in this office.

File No. F0907 0075

Executive Director

Dated: 10/4/06 By:

E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT & CERTIFICATE OF DISCLOSURE

01040524

**DUE ON OR BEFORE** 10/30/2004 FY04-05 **FILING FEE** $45.00

**The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.**

1. F-0967607-5
BROWNING-FERRIS INDUSTRIES, INC.
15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260

**Business Phone:**____________ (Business phone is optional.)

**State of Domicile:** DELAWARE **Type of Corporation:** BUSINESS

2. Statutory Agent: C T CORPORATION SYSTEM
Mailing Address: 3225 N CENTRAL AVE
City, State, Zip: PHOENIX, AZ 85012

Physical Address, If Different.
Physical Address:
City, State, Zip: AZ

ACC USE ONLY
Fee $ 45.00
Penalty $______
Reinstate $______
Expedite $______
Resubmit $______

***Use this box only if appointing a new Statutory Agent***

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

________________________
Signature of *new* Statutory Agent

________________________
Printed Name of *new* Statutory Agent

3. **Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

% CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

4. **CHARACTER OF BUSINESS**

OTHER

Date Received: 10/11/2004

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**. Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | COMMON | |

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | COMMON | |

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

ALLIED WASTE NORTH AMERIC

**7. OFFICERS**

Name: DONALD W SLAGER
Title: PRESIDENT/CEO
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 07/30/1999

Name: JO LYNN WHITE
Title: SECRETARY
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name: STEVEN M HELM
Title: VICE-PRESIDENT
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 07/01/2003

Name: DALE L PARKER
Title: VICE-PRESIDENT
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 11/09/2001

**8. DIRECTORS**

Name: DONALD W SLAGER
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTDALE, AZ 85260
Date Taking Office: 07/30/1999

Name: THOMAS P MARTIN
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name: JAMES E GRAY
Address: 15880 N GREENWAY-HAYDEN LOOP #100 SCOTTSDALE, AZ 85260
Date Taking Office: 01/22/2001

Name:
Address:
Date Taking Office:

F-0967607-5 BROWNING-FERRIS INDUSTRIES, INC.

Additional officers and directors:

**OFFICERS:**

Name: CONNIE J GECICH
Title: OTHER OFFICER
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 06/23/2003

Name: GREGORY J REDDY
Title: OTHER OFFICER
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 08/01/2003

Name: EILEEN B SCHULER
Title: OTHER OFFICER
Address: 11757 KATY FREEWAY
#930
HOUSTON, TX 77079
Date Taking Office: 07/30/1999

Name: THOMAS P MARTIN
Title: TREASURER
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

**DIRECTORS:**

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

F-0967607-5 BROWNING-FERRIS INDUSTRIES, INC.

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)**

Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. § 10-11622.A.6)**

Only Nonprofit Corporations must answer this question. This corporation **DOES** ☐ **DOES NOT** ☐ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)**

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: **[Underlined portion pertains to business corporations only]**

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked: **YES** ☐ **NO** ☒

**If "YES", the following information must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).
5. Date and location of birth.
6. Social Security Number
7. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved, and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.D.2, 10-1623 & 10-11623)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver? One box **must** be marked: **YES** ☐ **NO** ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

**[Underlined portion pertains to business corporations only]** One box **must** be marked: **YES** ☐ **NO** ☒

**If "YES" to A and/or B, the following information must be submitted** as an attachment to this report for each person subject to the statement above.

1. The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was a) incorporated b) transacted business.
3. The dates of corporate operation.
4. If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

**12. SIGNATURES:** Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

**I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.**

**Name** JO LYNN WHITE **Date** 10/11/2004

**Signature** JO LYNN WHITE

**Title** SECRETARY

**(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)**

STATE OF ARIZONA

CORPORATION COMMISSION

I hereby certify this to be a true and complete copy of the document filed in this office and admitted to record in

File No. F0961 0975

Executive Director

Dated: 10/4/06 By:

E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

01383783

**DUE ON OR BEFORE** 10/30/2005 FY05-06 **FILING FEE** $45.00

**The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.**

1. F-0967607-5
BROWNING-FERRIS INDUSTRIES, INC.
15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260

**Business Phone:**__________ (Business phone is optional.)

**State of Domicile:** DELAWARE **Type of Corporation:** BUSINESS

2. Statutory Agent: C T CORPORATION SYSTEM
Mailing Address: 3225 N CENTRAL AVE
City, State, Zip: PHOENIX, AZ 85012

Physical Address, If Different.
Physical Address:
City, State, Zip: AZ

ACC USE ONLY
Fee $ 45.00
Penalty $____
Reinstate $____
Expedite $____
Resubmit $____

***Use this box only if appointing a new Statutory Agent***

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

____________________
Signature of *new* Statutory Agent

____________________
Printed Name of *new* Statutory Agent

3. **Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

% CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

4. **CHARACTER OF BUSINESS**

OTHER

Date Received: 10/28/2005

F-0967607-5 BROWNING-FERRIS INDUSTRIES, INC.



5. **CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**. Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | COMMON | |

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | COMMON | |

6. **SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

ALLIED WASTE NORTH AMERIC

7. **OFFICERS**

Name: STEVEN M HELM
Title: VICE-PRESIDENT
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 07/01/2003

Name: EILEEN B SCHULER
Title: OTHER OFFICER
Address: 11757 KATY FREEWAY
#930
HOUSTON, TX 77079
Date Taking Office: 07/30/1999

Name: CONNIE J GECICH
Title: OTHER OFFICER
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 06/23/2003

Name: DONALD W SLAGER
Title: PRESIDENT/CEO
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 07/30/1999

8. **DIRECTORS**

Name: DONALD W SLAGER
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTDALE, AZ 85260
Date Taking Office: 07/30/1999

Name: JAMES E GRAY
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 01/22/2001

Name: THOMAS P MARTIN
Address: 15880 N GREENWAY-HAYDEN LOOP
#100
SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name:
Address:
Date Taking Office:

F-0967607-5 BROWNING-FERRIS INDUSTRIES, INC.

Additional officers and directors:

**OFFICERS:**

Name: JO LYNN WHITE
Title: SECRETARY
Address: 15880 N GREENWAY-HAYDEN LOOP #100
SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name: THOMAS P MARTIN
Title: TREASURER
Address: 15880 N GREENWAY-HAYDEN LOOP #100
SCOTTSDALE, AZ 85260
Date Taking Office: 02/16/2001

Name: DALE L PARKER
Title: VICE-PRESIDENT
Address: 15880 N GREENWAY-HAYDEN LOOP #100
SCOTTSDALE, AZ 85260
Date Taking Office: 11/09/2001

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

**DIRECTORS:**

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

F-0967607-5 BROWNING-FERRIS INDUSTRIES, INC.

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)**

Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. § 10-11622.A.6)**

Only Nonprofit Corporations must answer this question.

This corporation **DOES** ☐ **DOES NOT** ☐ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)**

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: **[Underlined portion pertains to business corporations only]**

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked: **YES** ☐ **NO** ☒

**If "YES", the following information must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).
5. Date and location of birth.
6. Social Security Number
7. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved, and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.D.2, 10-1623 & 10-11623)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver? One box **must** be marked: **YES** ☐ **NO** ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

**[Underlined portion pertains to business corporations only]** One box **must** be marked: **YES** ☐ **NO** ☒

**If "YES" to A and/or B, the following information must be submitted** as an attachment to this report for each person subject to the statement above.

1. The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was a) incorporated b) transacted business.
3. The dates of corporate operation.
4. If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

**12. SIGNATURES:** Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

**I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.**

**Name** JO LYNN WHITE **Date** 10/28/2005

**Signature** JO LYNN WHITE

**Title** SECRETARY

**(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)**

STATE OF ARIZONA

CORPORATION COMMISSION

I hereby certify this to be a true and complete copy of the document filed in this office and admitted to record in File No. F0067 6075.

Executive Director

Dated: 10/4/06 By: [signature]