Plaintiff's Exhibit

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 05-738T<br>Judge Thomas C. Wheeler |

**AFFIDAVIT OF ELAINE E. KUETHER**

Elaine E. Kuether, hereby deposes and says:

1. I am a Corporate Paralegal for Allied Waste Industries, Inc. ("Allied"). I have personal knowledge of the facts and circumstances discussed below.

2. Allied and its subsidiaries are required to make certain filings with State corporate regulatory authorities. Since 2003 I have managed these filings in my capacity as Corporate Paralegal.

3. In January 2005, I transmitted to CT Corporation System, the statutory agent for Browning-Ferris Industries, Inc. ("BFI Inc.") the following documents:

   (a) An Application for Withdrawal of Foreign Corporation in Arizona on behalf of BFI Inc.;

   (b) An Application for Registration of a Foreign Limited Liability Company in Arizona on behalf of Browning-Ferris Industries, LLC ("BFI LLC");

   (c) An Arizona Department of Revenue Tax Clearance Application on behalf of BFI Inc.;

   (d) An Arizona Department of Revenue General Disclosure/Representation Authorization Form on behalf of BFI Inc.;

   (e) A Request for Certificate of Account Status to Terminate Corporate Existence in Texas on behalf of BFI Inc.;

   (f) An Application for Certificate of Withdrawal from Texas on behalf of BFI Inc.; and

(g) A Texas Franchise Tax Public Information Report on behalf of BFI Inc.

Copies of the foregoing documents referenced in (a) through (g) above are attached to this affidavit as BFI-3RFP-00033 through BFI-3RFP-00045.

4. In March 2005, I transmitted to CT Corporation System the following additional documents with respect to the withdrawal of BFI Inc. in Texas:

(a) A Request for Certificate of Account Status to Terminate Corporate Existence in Texas; and

(b) A Texas Final Corporation Franchise Tax Report.

Copies of the foregoing documents referenced in (a) through (b) above are attached to this affidavit as BFI-3RFP-00046 through BFI-3RFP-00047.

5. In March 2005, I received from CT Corporation System a Certificate of Withdrawal of BFI Inc. from the Office of the Secretary of State of Texas and a Certificate of Account Status from the Texas Comptroller of Public Accounts. Copies of the foregoing documents referenced in this paragraph 5 are attached to this affidavit as BFI-3RFP-00048 through BFI-3RFP-00051.

6. In April 2006, CT Corporation System informed me that BFI Inc. had not been withdrawn as a foreign corporation transacting business in Arizona and that BFI LLC had not been registered as a foreign limited liability company transacting business in Arizona. To the best of my knowledge, the orders that I placed in January 2005, for the filing of an application for withdrawal as a foreign corporation transacting business in Arizona for BFI Inc. and for the filing of an application for registration as a foreign limited liability company transacting business in Arizona for BFI LLC had been inadvertently and erroneously canceled by CT Corporation System.

7. In May 2006, after discovering CT Corporation System's inadvertent and erroneous failure to file an application for withdrawal as a foreign corporation transacting business in Arizona for BFI Inc. and an application for registration as a foreign limited liability company transacting business in Arizona for BFI LLC, which I had requested they do in January 2005, I transmitted to CT Corporation System copies of the Arizona applications that I had sent to them in January 2005 and asked them to refile these applications.

8. In September 2006, I received an Arizona Certificate of Compliance for Dissolution or Withdrawal of BFI Inc. The Arizona Corporation Commission stamped BFI Inc.'s Application for Withdrawal of Foreign Corporation as "Filed" on September 12, 2006, but this document is dated January 25, 2005, which corresponds to the date on which the request to withdraw BFI Inc. as a foreign corporation transacting business in Arizona was made to CT Corporation System.

Copies of the foregoing documents referenced in this paragraph 8 are attached to this affidavit as BFI-3RFP-00052 through BFI-3RFP-00054.

9. Similarly, in September 2006, I received an Arizona Certificate of Registration for BFI LLC. The Arizona Corporation Commission stamped BFI LLC's Application for Registration of a Foreign Limited Liability Company as "Filed" on September 12, 2006, but this document is dated January 26, 2005, which corresponds to the date on which the request to register BFI LLC as a foreign limited liability company transacting business in Arizona was made to CT Corporation System. The applications were prepared, signed, and transmitted to CT Corporation System in January 2005. Copies of the foregoing documents are attached to this affidavit as BFI-3RFP-00055 through BFI-3RFP-00058.

10. In April 2005, I filed a State of Delaware LLC Tax Notice with the Delaware Secretary of State on behalf of BFI LLC for the tax year 2004. A copy of this document is attached to this affidavit as BFI-3RFP-00059. In 2006 I authorized CT Corporation System to make an electronic filing of a State of Delaware LLC Tax Notice with the Delaware Secretary of State on behalf of BFI LLC for the tax year 2005. Because CT Corporation System made this filing electronically, there is no document reflecting this filing.

Under penalties of perjury, the facts contained herein are true, correct and complete to the best of my knowledge and belief.

Elaine E. Kuether

October 10, 2006
Date

Subscribed and sworn to before me this 10th day of October, 2006.

Susanne A. Webb
Notary Public

Notary Public State of Arizona
Maricopa County
Susanne A Webb
Expires September 17 2008

**APPLICATION FOR WITHDRAWAL**

**OF**

**FOREIGN CORPORATION**
Browning-Ferris Industries, Inc.

**A** Delaware **Corporation**
[state, province or country]

1. The name of the foreign corporation is Browning-Ferris Industries, Inc.

   It is incorporated under the laws of Delaware.
   [state, province or country]

2. The foreign corporation is not transacting business/conducting affairs in this state and does hereby surrender its authority to do so in this state.

3. The foreign corporation does hereby revoke the authority of its statutory agent to accept process on its behalf and does hereby appoint the Arizona Corporation Commission as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business/conduct affairs in this state.

4. Upon receipt of any process served upon it on behalf of the foreign corporation, the Arizona Corporation Commission is requested to mail a copy to:

   15880 N Greenway-Hayden Loop, Suite 100,
   Scottsdale, AZ 85260

5. The foreign corporation will notify the Arizona Corporation Commission in the future of any change in the mailing address of the foreign corporation.

***This application will not be complete until the Arizona Corporation Commission has received from the department of revenue a notice that all transaction privilege taxes have been paid or are not due and a certificate from the department of revenue that all income tax returns have been filed and taxes paid.***

DATED this 25th day of January, 2005.

Browning-Ferris Industries, Inc.
[Name of Corporation]

By [signature]
Jo Lynn White, Secretary
[name] [title]

CF: 0025 FOREIGN
Rev: 11/02

ARIZONA CORPORATION COMMISSION

***INSTRUCTIONS***
***FOREIGN BUSINESS/NON-PROFIT CORPORATION***
***APPLICATION FOR WITHDRAWAL***

*A.R.S. §§ 10-1520 & 10-11520*

1. *The Application must be executed and state the name of each person who signs it and the capacity in which each person signs. The document may be executed by either the Chairman of the Board of Directors, President or another authorized officer or if the corporation is in the hands of a receiver, trustee or other court appointed fiduciary, by that fiduciary.*

2. *Pursuant to ARS §§10-1520.D & 10-11520.D, the application for withdrawal is not considered complete until all fees, penalties and costs required to be paid under this chapter have been paid. Please make sure there are no outstanding annual reports, prior to completing the dissolution. You can contact annual reports at (602) 542-3285.*

3. *Deliver the completed original Application and one (1) or more exact copies to the Commission accompanied by the $25.00 (U.S.) filing fee with check made payable to the Arizona Corporation Commission. Expedited filing service is available for an additional $35.00 fee. Fees pursuant to A.R.S. §10-122.A.16 and 10-3122.A.16.*

4. *The withdrawal will not be considered complete until the Commission has received an affidavit evidencing that a copy of the Application for Withdrawal has been published in a newspaper of general circulation in the county of the known place of business in Arizona for three (3) consecutive publications. A list of acceptable newspapers in each county will accompany the approval letter and is posted on the Commission web site at www.cc.state.az.us/corp.*

5. *The withdrawal will not be considered complete until the Commission has received a notice from the Arizona Department of Revenue to the effect that the tax levied under Title 42, chapter 8, article 1 against the corporation has been paid or until it is notified by the Department of Revenue that the applicant is not subject to the tax and further has received from the Department of Revenue its certificate issued pursuant to §43-1151. The certificate must be requested in writing by a corporate officer. A power of attorney form is required if the request is made by anyone other than a corporate officer. Provide your corporate identification number, your employer identification number, and your sales tax license number or the type of business which exempts you from sales tax. The department will respond directly to you within thirty days from your written request.*

| | |
|---|---|
| *SEND YOUR REQUESTS TO:* | *ARIZONA DEPARTMENT OF REVENUE* |
| *For Certificate of Compliance* | *SPECIAL COLLECTION SECTION* |
| | *1600 WEST MONROE* |
| | *PHOENIX, ARIZONA 85007* |

*NOTE:* *DO NOT use this form if dissolving by INCORPORATORS or INITIAL DIRECTORS. (Pursuant to A.R.S. §§10-1401 & 10-11401.)*

*For further information, please contact the Corporate Filings Section at (602) 542-3135 in Phoenix or the Tucson office at (520) 628-6560 (Toll Free, AZ Residents only - 800 345-5819.)*

CF:0025 Foreign
Rev 05/2004

DO NOT PUBLISH THIS SECTION

1. The company name must contain an ending which may be "limited liability company," "limited company," or the abbreviations "L.L.C.", "L.C.", "LLC" or "LC". If you are the holder or assignee of a tradename or trademark, attach Declaration of Tradename Holder form. If your name is not available for use in Arizona, you must adopt a fictitious name and provide a resolution adopting the name, which must be signed by a manager, member or authorized agent.

2. Provide the name of the state or jurisdiction under whose laws your company was formed.

3. Provide the date on which your company organized in the state or jurisdiction under whose laws it was formed.

4. Provide the general character of business you plan to transact in Arizona.

5. The statutory agent must provide a street address. If statutory agent has a P.O. Box, then they must also provide a street address/location.

The agent must consent to the appointment by executing the consent.

## APPLICATION FOR REGISTRATION OF A FOREIGN LIMITED LIABILITY COMPANY

1. The name of the foreign limited liability company is:

Browning-Ferris Industries, LLC

1.a If the exact name of the foreign limited liability company is not available for use in this state, then the fictitious name adopted for use by the limited liability company in Arizona is:

Browning-Ferris Industries, LLC (FN)

2. The company is organized under the laws of: Delaware
(State)

3. The date of the company's formation is: 12/31/2004

4. The purpose of the company or the general character of business it proposes to transact in Arizona is:

any lawful act or activity for which entities may be formed under the laws of this state

5. The name and street address of the statutory agent for the foreign limited liability company in Arizona is:

C T Corporation System
3225 North Central Avenue
Phoenix, Arizona 85012

ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT

I, C T Corporation System, having been designated to act as statutory
(Print Name)
agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

By: ______________________
[Signature]

C T Corporation System
[If signing on behalf of a company serving as statutory agent, print company name here]

AZ053 - 9/24/04 CT Filing Manager Online

BFI-3RFP-00035

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6. Management

☐ Management of the limited liability company is vested in a manager or managers. The names and addresses of each person who is a manager AND each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company are:

Name: ______ ______

☐ member ☐ manager ☐ member ☐ manager

Address: ______ ______

City, State, Zip: ______ ______

Attach a certificate of existence or document of similar import duly authenticated (within sixty (60) days) by the official having custody of corporate records in the state, province or county under whose laws the corporation is incorporated (AZ Const. Art. XIV, §8).

☐ member ☐ manager ☐ member ☐ manager

☒ Management of the limited liability company is reserved to the members. The names and addresses of each person who is a member are:

Allied Waste North America, Inc.

☒ member ☐ member

15880 N Greenway-Hayden Loop, Suite 100

Scottsdale, AZ 85260

Your fax and phone number is optional.

☐ member ☐ member

PHONE ______ FAX ______

7. If the jurisdiction under the law of which your company is formed, you must provide the address of the principle office of the company, in whatever state or jurisdiction it is located.

7. The address of the office required to be maintained in the jurisdiction under the laws of which the company is organized, if required; or, if not required, the address of the principal office of the company is:

15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

The application must be signed by a member, manager or duly authorized agent.

Executed this 26th day of January ______

[Signature]

Jo Lynn White, Asst Secretary of the Member

[Print Name] (Check One) ☒ Member ☐ Manager ☐ Authorized Agent

See A.R.S. §29-601 et seq. for more info.

LL0005
Rev. 09/04

**Arizona Department of Revenue - Field Operations**
PO Box 29070 - Phoenix, AZ 85038-9070
Tel: (602) 542-4472

## TAX CLEARANCE APPLICATION

**1. Applicant Information:**

APPLICANT NAME: Browning-Ferris Industries, Inc.
DAYTIME TELEPHONE NUMBER: ( 480 ) 627-2700
ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100
CITY: Scottsdale STATE: AZ ZIP CODE: 85260

**2. Tax Clearance Purpose:** *Check only one box.*

CERTIFICATE OF COMPLIANCE FOR DISSOLUTION OR WITHDRAWAL:

- ☐ Dissolution of Corporation (not applicable to estate, trust, or individual application types)
- ☒ Withdrawal from Arizona (not applicable to estate, trust, or individual application types)

LETTER OF GOOD STANDING:

- ☐ Sale of Business
- ☐ Personal
- ☐ Residency
- ☐ Other: __________

**3. Application Type:** *Check only one box and provide tax identification number(s).*

- ☒ Corporation — Federal Employer I.D. No. 74-1673682
- ☐ S Corporation — OR
- ☐ Partnership — AZ Transaction Privilege License No. __________
- ☐ Tax Exempt Organization — OR
- ☐ Limited Liability Company — AZ Withholding Tax License No. __________
- ☐ Limited Liability Partnership

- ☐ Estate — Social Security No. __________
- ☐ Trust — OR
- ☐ Individual — AZ Transaction Privilege License No. __________

OR

AZ Withholding Tax License No. __________

**4. Signature**

Jo Lynn White
PRINT NAME

Secretary
PRINT SPECIFIC TITLE (Corporate Officer, Partner, Individual)

JLWhite
SIGNATURE

January 25, 2005
DATE

**5. *Mail* application to:** Arizona Department of Revenue, Field Operations, PO Box 29070, Phoenix, AZ, 85038-9070. *Be sure to sign the application. Unsigned applications will not be processed. Do not fax the application. Faxed applications will not be processed.*

POWER OF ATTORNEY: If this application is submitted by anyone other than a corporate officer, general partner, or individual (sole proprietor), Arizona Form 285, General *Disclosure/Representation Authorization Form*, is required. Visit our web site at www.revenue.state.az.us and click on the Tax Forms link to obtain Form 285.

ADOR 25-0002 (9/02)
AZ026 - 3/10/03 C T Filing Manager Online

BFI-3RFP-00037

**ARIZONA FORM 285**
Effective July 3, 2003

# General Disclosure/Representation Authorization Form
ARIZONA DEPARTMENT OF REVENUE

**1. TAXPAYER INFORMATION** - *Please print or type.* | *Enter only those that apply:*

| | |
|---|---|
| TAXPAYER NAME(S)<br>Browning-Ferris Industries, Inc. | FEDERAL EMPLOYER IDENTIFICATION NUMBER<br>74-1673682 |
| PRESENT ADDRESS - NUMBER AND STREET, RURAL ROUTE, APARTMENT/SUITE NO.<br>15880 N Greenway-Hayden Loop, Suite 100 | SOCIAL SECURITY NUMBER(S) |
| CITY, TOWN OR POST OFFICE / STATE / ZIP CODE<br>Scottsdale, AZ 85260 | ARIZONA WITHHOLDING NUMBER |
| DAYTIME TELEPHONE NUMBER<br>( 480 ) 627-2700 | ARIZONA TRANSACTION PRIVILEGE TAX LICENSE NUMBER |

**2. APPOINTEE INFORMATION** | *Provide one of the following identification numbers:*

| | |
|---|---|
| NAME<br>Allied Waste North America, Inc. | STATE AND STATE BAR NUMBER |
| PRESENT ADDRESS - NUMBER AND STREET, RURAL ROUTE, APARTMENT/SUITE NO.<br>15880 N Greenway-Hayden Loop, Suite 100 | STATE AND CERTIFIED PUBLIC ACCOUNTANT NUMBER |
| CITY, TOWN OR POST OFFICE / STATE / ZIP CODE<br>Scottsdale, AZ 85260 | INTERNAL REVENUE SERVICE ENROLLED AGENT NUMBER |
| DAYTIME TELEPHONE NUMBER<br>( 480 ) 627-2700 | SOCIAL SECURITY OR OTHER ID NO. (PROVIDE NUMBER AND TYPE)<br>FEIN 86-0843596 |

**3. TAX MATTERS.** The appointee is authorized to receive confidential information for the tax matters listed below. By signing this form, I authorize the Department to release confidential information of the taxpayer(s) named above to the appointee named above for the tax type and tax year(s)/period(s) specified below. *To grant additional powers, please see section 4. To grant a Power of Attorney, please skip section 4 and go to section 5.*

| TAX TYPE | YEAR(S) OR PERIOD(S) | TYPE OF RETURN/OWNERSHIP |
|---|---|---|
| [X] Income Tax | | [ ] Individual Joint Return [ ] Individual Single Return [X] Corporation [ ] Partnership [ ] Fiduciary-Trust [ ] Fiduciary-Estate |
| [X] Transaction Privilege and Use Tax | | [ ] Individual/Sole Proprietorship [ ] Partnership [X] Corporation [ ] Trust [ ] Limited Liability Company [ ] Limited Liability Partnership [ ] Estate |
| [X] Withholding Tax | | |
| [ ] Other *(specify tax type):* | | *Specify type of return(s)/ownership:* |

**4. ADDITIONAL AUTHORIZATION.** Items 4a through 4h allow the taxpayer(s) to grant additional authorization to the appointee named above. *Please check the boxes accordingly.* An additional authorization must be in accordance with Arizona Supreme Court Rule 31. *See instructions.*

- 4a [ ] Appointee shall have the power to sign a statute of limitations waiver on Taxpayer's behalf.
- 4b [ ] Appointee shall have the power to execute a protest of a deficiency assessment or a denied refund claim or to execute an agreement on Taxpayer's behalf.
- 4c [ ] Appointee shall have the power to request a formal hearing on Taxpayer's behalf.
- 4d [ ] Appointee shall have the power to represent the taxpayer in any administrative tax proceeding.
- 4e [ ] Appointee shall have the power to execute a closing agreement on Taxpayer's behalf.
- 4f [ ] Appointee shall have the power to represent the taxpayer in any collection matter including an Offer-In-Compromise.
- 4g [ ] Appointee shall have the authority to delegate to others any or all authority granted to appointee by this document.
- 4h [ ] Other (please specify):

5. [X] **POWER OF ATTORNEY.** By checking the box on line 5, the taxpayer grants the above-named appointee a Power of Attorney to perform any and all acts that the taxpayer can perform with regard to the above-mentioned tax matters and tax year(s) or period(s). This Power of Attorney includes, but is not limited to, the powers listed in items 4a through 4h. The use of a Power of Attorney must be in accordance with Arizona Supreme Court Rule 31. *Please specify any limitation to the Power of Attorney:*

6. [ ] **REVOCATION OF EARLIER AUTHORIZATION(S).** This authorization does not revoke any earlier authorizations or Powers of Attorney on file with the Arizona Department of Revenue unless the following revocation box is checked. The revocation will be effective as to all earlier authorizations and Powers of Attorney on file with the Department of Revenue except those specified *(please specify):*

ADOR 03-0029 (03)

*Continues on Page 2* →

7. **CORPORATIONS HAVING CONTROLLED SUBSIDIARIES.** A.R.S. §42-2003(A)(1) provides that confidential information relating to a corporate taxpayer may be disclosed to a designee of the taxpayer who is authorized in writing by the taxpayer. A principal corporate officer of a parent corporation may execute a written authorization for a controlled subsidiary. A principal corporate officer of a parent corporation that desires to designate a person to receive confidential information regarding the corporation's controlled subsidiaries must either attach a list containing the names of each controlled subsidiary that the parent company wants included in the disclosure authorization (a federal Form 851 may be used for this purpose) or taxpayer may complete the following to include all controlled subsidiaries in the disclosure authorization. In addition, there is space provided to exclude specific controlled subsidiaries from the disclosure authorization.

*Please check one of the following:*

☐ Include all controlled subsidiaries. A controlled subsidiary, for purposes of A.R.S. §42-2003, is defined as more than 50% ownership or control.

☐ Include all controlled subsidiaries except the subsidiaries named below. The following controlled subsidiaries are specifically excluded:

| | NAME | FEDERAL I.D. NO. | TAX YEARS IF NOT ALL YEARS |
|---|---|---|---|
| 7a | | | |
| 7b | | | |
| 7c | | | |
| 7d | | | |
| 7e | | | |
| 7f | | | |

8. **SIGNATURE OF OR FOR TAXPAYER.** I hereby certify that the Arizona Department of Revenue is authorized to release any and all confidential information concerning the above-mentioned taxpayer. By signing this form, I certify that I have the authority, within the meaning of A.R.S. §42-2003(A), to execute this authorization form on behalf of the above-mentioned corporation(s), limited liability company(ies), trust(s), estate(s), partnership(s), and/or individual(s). I understand that to knowingly prepare or present a document which is fraudulent or false is a Class 5 felony pursuant to A.R.S. §42-1127(B)(2).

▸ J White 1-26-05
SIGNATURE DATE

Jo Lynn White
PRINT NAME

Secretary
TITLE

▸ ______
SIGNATURE DATE

PRINT NAME

TITLE

9. **DECLARATION OF APPOINTEE.** *Complete if Appointee has been given authority under any Section 4a through h or Section 5 or is otherwise authorized to practice law as defined in Rule 31(a) of the Arizona Rules of the Supreme Court.*

Under penalties of perjury, I declare that I am one of the following:

a A full-time officer, partner, member or manager of a limited liability company, or employee if the individual qualifies under Rule 31(c)13 of the Arizona Rules of the Supreme Court.
b Attorney - an active member of the State Bar of Arizona.
c Certified Public Accountant - duly qualified to practice as a Certified Public Accountant in Arizona.
d Federally Authorized Tax Practitioner within the meaning of A.R.S. § 42-2069(D)(1). If appointee is engaged in practice with a federally authorized tax practitioner, *provide the practitioner's name and CAF number below:*

PRACTITIONER'S NAME CAF NUMBER

e Other - This may be any individual, providing the total amount in dispute, including tax, penalties, and interest is less than $5,000.00.

**If this Declaration of Appointee is not signed and dated, the representation authorization will be returned.**

| DESIGNATION *Enter a letter (a, b, c, d or e).* | JURISDICTION (State) | SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

ADOR 03-0029 (03)

AZ049 - 8/20/04 CT Filing Manager Online

BFI-3RFP-00039

05-359
(Rev.5-02/3)

# REQUEST FOR CERTIFICATE OF ACCOUNT STATUS TO TERMINATE CORPORATE EXISTENCE IN TEXAS

**ATTENTION:** *A corporation or limited liability company that intends to dissolve or otherwise terminate its charter or Certificate of Authority must be current with tax filing requirements for all taxes administered by the Comptroller under Title 2 of the Texas Tax Code and all tax accounts for those taxes must be closed. To determine if the corporation or limited liability company is current in tax requirements and to close any open tax accounts, call toll free 1-800-252-1381 from anywhere in the United States. The Austin number is 512/463-4600. From a Telecommunications Device for the Deaf (TDD) ONLY call 1-800-248-4099 toll free, or call 512/463-4621.*

## CORPORATE INFORMATION

| | |
|---|---|
| Legal entity name: Browning-Ferris Industries, Inc. | |
| Taxpayer number: 74-1673682 | File number *(From the Texas Secretary of State)*: 00031032-06 |

## TEXAS ENTITY

If the corporation or limited liability company is chartered in Texas, indicate the filing for which the certificate is required:

☐ Dissolution ☐ Merger ☐ Entity conversion

## FOREIGN ENTITY

If the corporation or limited liability company is chartered outside of Texas, please complete the following information:

1. Is the corporation or limited liability company still conducting business in Texas? ☐ YES ☑ NO
2. If "NO," enter the last day of business activity in Texas: 12/31/04
3. Does the corporation or limited liability company still have an active charter in its home state? ☑ YES ☐ NO
4. If "NO," please indicate how the home state charter was terminated and the effective date:

(month / day / year)

☐ Dissolution effective date: ____

☐ Merger effective date: ____ Name of survivor: ____

☐ Entity conversion effective date: ____

***NOTE:** If the home state charter has been terminated, a copy of the home state documentation evidencing that the corporation or limited liability company ceased to exist must accompany this request. The home state documentation must bear the seal of the secretary of state or other filing agency and the effective date of the filing.*

## REQUESTOR INFORMATION

| | |
|---|---|
| Requestor name (Please type or print): Jo Lynn White, Secretary | Telephone number & extension: 480-627-2700 |
| Mail certificate to: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260 | FAX number: 480-627-7115 |
| sign here ▶ Authorized agent: JWhite | |

FOR ASSISTANCE: If you have any questions regarding franchise tax, you may contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512-463-4600. From a Telecommunications Device for the Deaf (TDD), call 1-800-248-4099, toll free, or in Austin, 512-463-4621.

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Mail to: COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
Austin, Texas 78774-0100

TX113 - 02/11/04 C T Filing Manager Online

BFI-3RFP-00040

**Office of the**
**Secretary of State**

**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697

# APPLICATION FOR CERTIFICATE OF WITHDRAWAL

**Pursuant to the appropriate provision of the Texas Business Corporation Act, the Texas Non-Profit Corporation Act or the Texas Limited Liability Company Act, the undersigned entity hereby applies for a certificate of withdrawal from the State of Texas and for that purpose submits the following statement:**

1. **The name of the entity is** Browning-Ferris Industries, Inc.
2. **It is organized under the laws of** Delaware
3. **It is not transacting business or conducting affairs in the State of Texas.**
4. **It hereby surrenders its authority to transact business in Texas.**
5. **It revokes the authority of its registered agent in the State of Texas to accept service of process and consents that service of process in any action, suit or proceeding based upon any cause of action arising in this state during the time it was authorized to transact business or conduct affairs may hereafter be made on it by service thereof on the secretary of state of Texas.**
6. **The post office address to which the secretary of state may mail a copy of any process against the entity that may be served on the secretary of state is:**

   15880 N Greenway-Hayden Loop, Suite 100
   Scottsdale, AZ 85260

7. **All sums due, or accrued, by this corporation to the State of Texas have been paid, or adequate provision has been made for the payment thereof.**
8. **If the entity is a non-profit corporation, all known creditors or claimants have been paid or provided for and the corporation is not involved in or threatened with litigation in any court in the State of Texas, or adequate provision has been made for the satisfaction of any judgment, order or decree which may be entered against it in any pending suits. If the entity is a limited liability company, all known creditors or claimants have been paid or provided for and the limited liability company is not involved in or threatened with litigation in any court in the State of Texas.**

JWhite

**Authorized Officer of Corporation**
**Member or Manager of Limited Liability Company**

Jo Lynn White, Authorized Officer

TX047 - 5/18/00 CT System Online

BFI-3RFP-00041

# INSTRUCTIONS FOR FILING
# CERTIFICATE OF WITHDRAWAL

**SIGNATURES:** The application for a certificate of withdrawal must be executed on behalf of a business corporation or a non-profit corporation by an authorized officer and on behalf of a limited liability company an an authorized manager or member. Prior to signing, please review carefully the statements set forth in the certificate. A person commits an offense under the Texas Business Corporation Act, the Texas Non-Profit Corporation Act or the Texas Limited Liability Company Act if the person signs a document the person knows is false in any material respect with the intent that the document be delivered to the secretary of state for filing. The offense is a Class A misdemeanor.

**FEE:** Please submit a check or money order made payable to the secretary of state. The check or money order must be payable through a U.S. bank or financial institution. The fee is:

| | |
|---|---|
| Business Corporation | $15.00 |
| Non-Profit Corporation | $ 5.00 |
| Limited Liability Company | $10.00 |

**TAXES:** All taxes must be paid prior to filing the application for certificate of withdrawal. A business corporation or limited liability company must attach a certificate from the comptroller of public accounts indicating that all franchise taxes have been paid and the entity is in good standing for the purpose of withdrawal. Requests for certificates or questions on tax status should be directed to the Tax Assistance Section, Comptroller of Public Accounts, Austin, Texas 78774-0100; (512) 463-4600; toll-free (800) 252-1381; (TDD) (800)248-4099.

The franchise tax year ends on December 31st. A corporation or limited liability company must be in good standing through the date of receipt of the application for certificate of withdrawal by the secretary of state. A post mark date will not be considered as the date of receipt. If December 31st falls on a Saturday, Sunday, or legal holiday, the documents must be received no later than the last business day before December 31st. It is suggested that entities seeking to withdraw prior to the end of the franchise tax year, make their submissions well in advance of such tax deadline.

**SUBMISSION:** Two copies of this form along with the appropriate tax certificate and filing fee should be mailed to the address shown in the heading of this form. The delivery address is James Earl Rudder Building, 1019 Brazos, Austin, Texas 78701. We will place one document on record and, *if a duplicate copy has been provided for such purpose,* return a file stamped copy. The telephone number is (512) 463-5555, TDD: (800) 735-2989, FAX: (512) 463-5709.

**TERMINATION:** Whenever a corporation or limited liability has ceased to exist under the laws of the state or country governing its incorporation or organization, the entity should file a statement of termination rather than this application. The termination statement should be in the form of a certificate from the secretary of state or other proper filing officer of the jurisdiction of organization evidencing that the entity has ceased to exist by reason of dissolution, merger, conversion or otherwise. The filing fee for a termination is $15 for a corporation and $10 for a limited liability company.

Form No. 608
Revised 9/97

*The Office of the Secretary of State does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provisions of services.*

TX047 - 5/18/00 CT System Online

05-102 (Rev.2-03/21)

3333

b.

a. T Code ☐ 13196 Franchise ☐ 16196 Bank

Do not write in the space above

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

*MUST be filed to satisfy franchise tax requirements*

| c. Taxpayer identification number | d. Report year |
|---|---|
| 74-1673682 | 2004 |

Corporation name and address

Browning-Ferris Industries, Inc.

e. PIR / IND 1, 2, 3, 4

Secretary of State file number or, if none, Comptroller unchartered number

g. *Item k on Franchise Tax Report form, Page 1* 00031032-06

*The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.*

If the preprinted information is not correct, please type or print the correct information. **Please sign below!**

◯ Blacken this circle completely if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

| | |
|---|---|
| Corporation's principal office | 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 |
| Principal place of business | 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 |

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|---|---|---|---|
| Donald W. Slager | President | [X] YES | |
| MAILING ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 | | | Term expiration (mm-dd-yyyy) |
| Thomas P. Martin | Treasurer | [X] YES | |
| MAILING ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 | | | Term expiration (mm-dd-yyyy) |
| James E. Gray | | [X] YES | |
| MAILING ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 | | | Term expiration (mm-dd-yyyy) |
| Jo Lynn White | Secretary | [ ] YES | |
| MAILING ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 | | | Term expiration (mm-dd-yyyy) |
| Dale L. Parker | Vice President | [ ] YES | |
| MAILING ADDRESS: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, Arizona 85260 | | | Term expiration (mm-dd-yyyy) |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage interest |
|---|---|---|---|
| See attached list | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage interest |
|---|---|---|---|
| Allied Waste North America, Inc. | DE | 00115674-06 | 100 |

Registered agent and registered office currently on file *(See instructions if you need to make changes.)*

Agent: CT Corporation System

Office: 350 North St. Paul Street, Dallas, TX 75201

◯ Blacken this circle if you need forms to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

| sign here | Officer, director, or other authorized person | Title | Date | Daytime phone *(Area code and number)* |
|---|---|---|---|---|
| | [signature] | Secretary | 1/25/05 | 480-627-2700 |

TX032 - 02/11/04 CT Filing Manager Online

BFI-3RFP-00043

# Subsidiary Hierarchy Report

1/25/2005

## BFI Waste Systems of North America, Inc.

| Subsidiary | % Owned by Selected Entity | % Owned by Parent |
|---|---|---|
| Allied Waste Services of North America, LLC (32016159975) (Delaware) | | 100.00 % |
| BFGSI, L.L.C. (32000054745) (Delaware) | | 100.00 % |
| BFI Transfer Systems of DC, LLC (Delaware) | | 100.00 % |
| BFI Transfer Systems of Pennsylvania, LLC (Pennsylvania) | | 100.00 % |
| BFI Waste Systems of Kentucky, LLC (Delaware) | | 100.00 % |
| BFI Waste Systems of Massachusetts, LLC (Massachusetts) | | 100.00 % |
| BFI Waste Systems of North Carolina, LLC (Delaware) | | 100.00 % |
| BFI Waste Systems of Pennsylvania, LLC (Pennsylvania) | | 100.00 % |
| BFI Waste Systems of South Carolina, LLC (Delaware) | | 100.00 % |
| Browning-Ferris Financial Services, Inc. (Delaware) | | 100.00 % |

# Subsidiary Hierarchy Report

1/25/2005

| | |
|---|---|
| Champlin Refuse, Inc. (Minnesota) | 48.46 % |
| General Refuse Service of Ohio, LLC (Ohio) | 100.00 % |
| La Canada Disposal Company, Inc. (California) | 100.00 % |
| Lake Norman Landfill, Inc. (North Carolina) | 100.00 % |
| Local Sanitation of Rowan County, L.L.C. (Delaware) | 100.00 % |
| New Morgan Landfill Company, Inc. (Pennsylvania) | 100.00 % |
| The Ecology Group, Inc. (Ohio) | 100.00 % |
| Webster Parish Landfill, L.L.C. (Delaware) | 100.00 % |

Form 05-139 (Rev. 1-04/12)

# REQUEST FOR CERTIFICATE OF ACCOUNT STATUS TO TERMINATE CORPORATE EXISTENCE IN TEXAS

## CORPORATE INFORMATION

'al entity name
.OWNING-FERRIS INDUSTRIES, INC. (DE)

Taxpayer number
1-74-1673682-9

File number *(From the Texas Secretary of State)*

## TEXAS ENTITY

If the corporation or limited liability company is chartered in Texas, indicate the filing for which the certificate is required:

☐ Dissolution ☐ Merger ☐ Entity conversion

## FOREIGN ENTITY

If the corporation or limited liability company is chartered outside of Texas, please complete the following information:

1. Is the corporation or limited liability company still conducting business in Texas? ☐ YES ☒ NO
2. If "NO," enter the last day of business activity in Texas: 12/31/2004
3. Does the corporation or limited liability company still have an active charter in its home state? ☐ YES ☒ NO
4. If "NO," please indicate how the home state charter was terminated and the effective date:

(month / day / year)

☐ Dissolution effective date: ____ / ____ / ____

☐ Merger effective date: ____ / ____ / ____ Name of survivor: BROWNING-FERRIS INDUSTRIES, LLC

☒ Entity conversion effective date: 12 / 31 / 2004

***NOTE:*** *If the home state charter has been terminated, a copy of the home state documentation evidencing that the corporation or limited liability company ceased to exist must accompany this request. The home state documentation must bear the seal of the Secretary of State or other filing agency and the effective date of the filing.*

, Secretary of State now offers filing of dissolutions and withdrawals through the SOSDirect System, on-line at ://www.sos.state.tx.us/corp/sosda/index.shtml. To assist you in filing these forms you can now request the Certificate of Account Status in electronic (.pdf) format. Fax is also available for your convenience. Please note that all requests are processed in the order received, regardless of the format you select.

Please indicate below the format you would like to receive your certificate.

☐ FAX — FAX number *(Area code & number)*: ________ Telephone number *(Area code & number)*: ________

☒ .PDF — E-mail address: Elaine.Kuether@awin.com

☐ Mail — Mailing address: ________ City: ________ State: ________ ZIP Code: ________

Requestor name *(Please type or print)*
DALE L. PARKER

Telephone number & extension
480-627-2700

***ATTENTION:*** *A corporation or limited liability company that intends to dissolve or otherwise terminate its charter or Certificate of Authority must be current with tax filing requirements for all taxes administered by the Comptroller under Title 2 of the Texas Tax Code and all tax accounts for those taxes must be closed. To determine if the corporation or limited liability company is current in tax requirements and to close any open tax accounts, call toll free 1-800-252-1381 from anywhere in the United States. The Austin number is 512/463-4600. From a Telecommunications Device for the Deaf (TDD) ONLY call 1-800-248-4099 toll free, or call 512/463-4621.*

***READ INSTRUCTIONS, FORM 05-365, BEFORE COMPLETING THIS REPORT***

FOR ASSISTANCE: If you have any questions regarding franchise tax, you may contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512-463-4600. From a Telecommunications Device for the Deaf (TDD), call 1-800-248-4099, toll free, or in Austin, 512-463-4621.

*ɪr Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Mail to: COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
Austin, Texas 78774-0100

3TFTX43151F 2

BFI-3RFP-00046

mailed certified 1/11/05

05-139 (Rev. 1-04/12) Do Not Staple or Paper Clip

b.

# TEXAS FINAL CORPORATION FRANCHISE TAX REPORT

Please do not write in space above.
*PLEASE READ INSTRUCTIONS FORM 05-365.*
*Do not write in shaded areas.*

[X] 13140 Franchise [ ] 16140 Bank | c. Due date 03/01/2005 | d. Taxpayer number 1-74-1673682-9 | e. REPORT YEAR 2005 | f. PM

g.

Taxpayer name and mailing address

h. BROWNING-FERRIS INDUSTRIES, INC. (DE)
15880 N. GREENWAY-HAYDEN LOOP

SCOTTSDALE AZ 85260

EM RPT

[ ] *Check this box if your mailing address has changed and make changes.*

*The Final Report should be completed **ONLY** if the corporation is no longer subject to the earned surplus component.*

1. **Enter the beginning and ending date of your accounting period** *(See instructions for dates to use)* — Beginning date (MONTH DAY YEAR) 01/01/2004 — Ending date (MONTH DAY YEAR) 12/31/2004
2. If you do not have a Texas charter and if P.L. 86-272 applied during the period shown in Item 1, enter the effective date. ........ 2.
3. **Gross receipts in Texas** *(Omit if Item 4 is less than $150,000 on reports originally due on or after January 1, 2000.) (If you had "0" gross receipts in Texas for the above accounting period, enter "0" in Item 10 and complete the remainder of the report.) (Whole dollars only)* ........ 3. .00
4. **Gross receipts everywhere** *(If you had less than $150,000 in gross receipts everywhere for the above accounting period, skip Item 5 through Item 16, enter "0" in Item 17 and complete the remainder of the report.) (Whole dollars only)* ........ 4. 0.00
5. **Apportionment factor** *(Item 3 divided by Item 4)* ........ 5.
6. **Federal taxable income** *(Before net operating loss deduction and special deductions. See instructions)* ........ 6. .00
7. **Special deductions** *(See instructions)* a. I.R.S. Form 1120, Schedule C, Special Deductions ........ 7a. .00
   b. Other authorized deductions ........ 7b. .00
8. **Officer and director compensation** *(See instructions)* ........ 8. .00
9. **Earned surplus** *(Item 6 minus Items 7a and 7b plus Item 8)* ........ 9. .00
10. **Apportioned earned surplus** *(Multiply Item 9 by Item 5) (Dollars and cents)* ........ 10. .
11. **Allocated earned surplus** *(See instructions)* ........ 11. .
12. **Apportioned plus allocated earned surplus** *(Item 10 plus Item 11)* ........ 12. .
13. **Business loss carryover used this year** *(See instructions)* ........ 13. .
14. **Net taxable earned surplus** *(Item 12 minus Item 13) (If less than "0," enter "0")* ........ 14. .
15. **Tax due on net taxable earned surplus** *(Multiply Item 14 by .04500)* ........ 15. .
16. **Tax credits** *(See instructions)* ........ 16. .

17. **Total tax due** *(Item 15 minus Item 16) (If less than $100, enter "0". You do not owe tax.)* ........ 17. 0.

FRANCHISE TAX QUESTION? CALL US 1-800-252-1381

[X] *Check this box if a Certificate of Account Status is requested.*

Form 05-139 (Rev. 1-04/12)

## SEE REQUEST FOR CERTIFICATE OF ACCOUNT STATUS ON BACK OF FORM.

18. **Total tax due** *(Enter the amount from Item 17)* ........ 18. 0.
19. **Enter prior payments** ........ 19. .
20. **Net tax due for this report** *(Item 18 minus Item 19)* ........ 20. 0.
21. **PENALTY:** 1 - 30 days late - 5% of Item 20. More than 30 days late - 10% of Item 20. ........ 21. .
22. **INTEREST:** If more than 60 days late, enter interest on the amount in Item 20 starting 61 days after the due date. Calculate interest at the rate published online at http://www.window.state.tx.us or call the Comptroller toll free at 1-877-44RATE4 for the applicable interest rate. 22. .
23. **TOTAL AMOUNT DUE AND PAYABLE** *(Item 20 plus Item 21 plus Item 22)* ........ 23. 0.

Taxpayer name
BROWNING-FERRIS INDUSTRIES, INC. (DE)

l.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

m.

Sign here | Signature of officer, director or other authorized person [signature] | Daytime phone 480-627-2700 | Date 1/15/05

T Code 13140 | Taxpayer number 1-74-1673682-9 | Period 2005

*Make amount in Item 23 payable to STATE COMPTROLLER*

222

TFTX43151F.1

BFI-3RFP-00047

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

THE STATE OF TEXAS

Roger Williams
Secretary of State

# Office of the Secretary of State

March 11, 2005

CT Corporation System
701 Brazos, Ste. 360
Austin, TX 78701 USA

RE: BROWNING-FERRIS INDUSTRIES, INC
File Number: 3103206

It has been our pleasure to file the certificate of withdrawal for the referenced entity. Enclosed is the certificate evidencing filing. Payment of the filing fee is acknowledged by this letter.

If we may be of further service at any time, please let us know.

Sincerely,

Corporations Section
Statutory Filings Division
(512) 463-5555

Enclosure

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF WITHDRAWAL OF

BROWNING-FERRIS INDUSTRIES, INC
3103206

The undersigned, as Secretary of State of Texas, hereby certifies that the Certificate of Withdrawal for the above named entity has been received in this office and has been found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary of State by law, hereby issues this Certificate of Withdrawal.

Dated: 03/10/2005

Effective: 03/10/2005

Roger Williams
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/
Phone: (512) 463-5555
Fax: (512) 463-5709
TTY: 7-1-1
Prepared by: Rosa Arrellano
Document: 84769780002

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

CAROLE KEETON STRAYHORN • COMPTROLLER • AUSTIN, TEXAS 78774

March 10, 2005

BROWNING-FERRIS INDUSTRIES INC
15880 N GREENWAY HAYDEN LOOP STE 100
SCOTTSDALE, AZ 85260-1649

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Carole Keeton Strayhorn, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

BROWNING-FERRIS INDUSTRIES INC

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the corporation's existence in Texas. This certificate is valid for the purpose of dissolution, merger, conversion, or withdrawal through December 31, 2005.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 10th day of
March, 2005 A.D.

Carole Keeton Strayhorn

Carole Keeton Strayhorn
Texas Comptroller

Taxpayer number: 17416736829
File number: 0003103206

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the expiration of this certificate, will result in additional franchise tax responsibilities. Out of state corporations are responsible for franchise tax through the last date of business in this state.

Form 05-305 (Rev.1-03/13)

BFI-3RFP-00050

JAN-27-2005 15:35 P.02

**Office of the Secretary of State**

**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State of Texas

MAR 10 2005

Corporations Section

# APPLICATION FOR CERTIFICATE OF WITHDRAWAL

Pursuant to the appropriate provision of the Texas Business Corporation Act, the Texas Non-Profit Corporation Act or the Texas Limited Liability Company Act, the undersigned entity hereby applies for a certificate of withdrawal from the State of Texas and for that purpose submits the following statement:

1. The name of the entity is Browning-Ferris Industries, Inc.

2. It is organized under the laws of Delaware

3. It is not transacting business or conducting affairs in the State of Texas.

4. It hereby surrenders its authority to transact business in Texas.

5. It revokes the authority of its registered agent in the State of Texas to accept service of process and consents that service of process in any action, suit or proceeding based upon any cause of action arising in this state during the time it was authorized to transact business or conduct affairs may hereafter be made on it by service thereof on the secretary of state of Texas.

6. The post office address to which the secretary of state may mail a copy of any process against the entity that may be served on the secretary of state is:

   15880 N Greenway-Haydon Loop, Suite 100
   Scottsdale, AZ 85260

7. All sums due, or accrued, by this corporation to the State of Texas have been paid, or adequate provision has been made for the payment thereof.

8. If the entity is a non-profit corporation, all known creditors or claimants have been paid or provided for and the corporation is not involved in or threatened with litigation in any court in the State of Texas, or adequate provision has been made for the satisfaction of any judgment, order or decree which may be entered against it in any pending suits. If the entity is a limited liability company, all known creditors or claimants have been paid or provided for and the limited liability company is not involved in or threatened with litigation in any court in the State of Texas.

JLWhite

Authorized Officer of Corporation
Member or Manager of Limited Liability Company
Jo Lynn White, Authorized Officer

TX047 - 5/18/00 CT System Online

BFI-3RFP-00051

# Certificate of Compliance for Dissolution or Withdrawal

## Browning-Ferris Industries Inc

This Certificate of Compliance is issued pursuant to Arizona Revised Statutes Section 42-1110 and/or Section 43-1151. It certifies that, according to department records, the above named taxpayer has filed and paid all taxes due under Title 42 and Title 43, specifically and only as to the following described tax types and identification/license numbers.

| TAX TYPE | IDENTIFICATION |
| --- | --- |
| Federal Employer Identification Number | 74-1673682 |

This certification is made conditionally and is subject to the findings of any subsequent audit.

Issued To:
Allied Waste North America, Inc
Attn: Ms. Jo Lynn White
15880 N. Greenway-Hayden Loop Ste 100
Scottsdale, AZ 85260

Christina Canisales
Revenue Officer 602-716-6234
August 22, 2006
www.AZDOR.gov

NOTE: The taxpayer is responsible for submission of the certificate of compliance to the Corporation Commission.

AZ CORPORATION COMMISSION
FILED

SEP 12 2006

FILE NO. F-0967602-5

**APPLICATION FOR WITHDRAWAL**

**OF**

**FOREIGN CORPORATION**

Browning-Ferris Industries, Inc.

A Delaware Corporation
[state, province or country]

1. The name of the foreign corporation is Browning-Ferris Industries, Inc.

   It is incorporated under the laws of Delaware.
   [state, province or country]

2. The foreign corporation is not transacting business/conducting affairs in this state and does hereby surrender its authority to do so in this state.

3. The foreign corporation does hereby revoke the authority of its statutory agent to accept process on its behalf and does hereby appoint the Arizona Corporation Commission as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business/conduct affairs in this state.

4. Upon receipt of any process served upon it on behalf of the foreign corporation, the Arizona Corporation Commission is requested to mail a copy to:

   15880 N Greenway-Hayden Loop, Suite 100,
   Scottsdale, AZ 85260

5. The foreign corporation will notify the Arizona Corporation Commission in the future of any change in the mailing address of the foreign corporation.

***This application will not be complete until the Arizona Corporation Commission has received from the department of revenue a notice that all transaction privilege taxes have been paid or are not due and a certificate from the department of revenue that all income tax returns have been filed and taxes paid.***

DATED this 25th day of January, 2005.

Browning-Ferris Industries, Inc.
[Name of Corporation]

By [signature]
Jo Lynn White, Secretary
[name] [title]

CF: 0025 FOREIGN
Rev: 11/02



A2050-8/19/04 CT Filing Manager Online

BFI-3RFP-00053

**AFFIDAVIT OF PUBLICATION**
**for Corporation Commission**

COPY

RECEIVED
SEP 11 2006
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

# ARIZONA CAPITOL TIMES

P.O. Box 2260 Phoenix, AZ 85002
Phone: (602) 258-7026 Fax: (602) 258-2504

STATE OF ARIZONA )
County of Maricopa ) ss

I, Karen Fullenwider as Managing Editor of the Arizona Capitol Times, am authorized as agent to make this affidavit of publication. Under oath, I state that the following is true and correct.

The Arizona Capitol Times is a newspaper which is published weekly, is of general circulation and is in compliance with Arizona Revised Statutes §§ 10-140.34 & 39-201.A & B. The notice will be/has been published 3 consecutive times in the newspaper listed above.

DATES OF PUBLICATION:
09/08/2006, 09/15/2006, 09/22/2006

THE NAME OF THE CORPORATION: BROWNING-FERRIS INDUSTRIES, INC.

CORPORATE FILE NUMBER: F-0967607-5

TYPE OF DOCUMENT: APPLICATION FOR WITHDRAWAL OF FOREIGN CORPORATION

**BROWNING-FERRIS INDUSTRIES, INC.**

APPLICATION FOR WITHDRAWAL OF FOREIGN CORPORATION Browning-Ferris Industries, Inc., A Delaware Corporation
1. The name of the foreign corporation is Browning-Ferris Industries, Inc. It is incorporated under the laws of Delaware [state, province or country].
2. The foreign corporation is not transacting business/conducting affairs in this state and does hereby surrender its authority to do so in this state.
3. The foreign corporation does hereby revoke the authority of its statutory agent to accept process on its behalf and does hereby appoint the Arizona Corporation Commission as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business/conduct affairs in this state..
4. Upon receipt of any process served upon it on behalf of the foreign corporation, the Arizona Corporation Commission is requested to mail a copy to: 15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260.
5. The foreign corporation will notify the Arizona Corporation Commission in the future of any change in the mailing address of the foreign corporation.

This application will not be complete until the Arizona Corporation Commission has received from the department of revenue a notice that all transaction privilege taxes have been paid or are not due and a certificate from the department of revenue that all income tax returns have been filed and taxes paid.

DATED this 25th day of January, 2005. Browning-Ferris Industries, Inc. [Name of Corporation]. By /s/ Jo Lynn White, Secretary [title].

9/8, 9/15, 9/22, 2006 editions Arizona Capitol Times

AUTHORIZED SIGNATURE: [signature]

SUBSCRIBED AND SWORN TO BEFORE ME ON THE 8th day of September, 2006

NOTARY SIGNATURE: Maria M. Engelmann

OFFICIAL SEAL
MARIA M. ENGELMANN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 14, 2010

BFI-3RFP-00054

# STATE OF ARIZONA

Office of the
## CORPORATION COMMISSION

### CERTIFICATE OF REGISTRATION

*To all to whom these presents shall come, greeting:*

*I, Brian C. McNeil, Executive Director of the Arizona Corporation Commission, do hereby certify that*

******BROWNING-FERRIS INDUSTRIES, LLC******

*a foreign limited liability company organized under the laws of the jurisdiction of Delaware did obtain a Certificate of Registration in Arizona on the 12th day of September 2006.*

*This certificate relates only to the legal authority of the above named entity as of the date issued. This certificate is not to be construed as an endorsement, recommendation, or notice of approval of the entity's condition or business activities and practices.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission. Done at Phoenix, the Capital, this 19th Day of September, 2006, A. D.*

Executive Director

By

BFI-3RFP-00055

AZ CORPORATION COMMISSION
FILED

01655655

SEP 12 2006

FILE NO. R-1311025D

DO NOT PUBLISH THIS SECTION

1. The company name must contain an ending which may be "limited liability company," "limited company," or the abbreviations "L.L.C.", "L.C.", "LLC" or "LC". If you are the holder or assignee of a tradename or trademark, attach Declaration of Tradename Holder form. If your name is not available for use in Arizona, you must adopt a fictitious name and provide a resolution adopting the name, which must be signed by a manager, member or authorized agent.

2. Provide the name of the state or jurisdiction under whose laws your company was formed.

3. Provide the date on which your company organized in the state or jurisdiction under whose laws it was formed.

4. Provide the general character of business you plan to transact in Arizona.

5. The statutory agent must provide a street address. If statutory agent has a P.O. Box, then they must also provide a street address/location.

The agent must consent to the appointment by executing the consent.

# APPLICATION FOR REGISTRATION OF A FOREIGN LIMITED LIABILITY COMPANY

1. The name of the foreign limited liability company is:

Browning-Ferris Industries, LLC

1.a. If the exact name of the foreign limited liability company is not available for use in this state, then the fictitious name adopted for use by the limited liability company in Arizona is:

______________________________ (FN)

2. The company is organized under the laws of: Delaware (State)

3. The date of the company's formation is: 12/31/2004

4. The purpose of the company or the general character of business it proposes to transact in Arizona is:
non-hazardous solid waste management

5. The name and street address of the statutory agent for the foreign limited liability company in Arizona is:

C T Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016

ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT

I, C T Corporation System (Print Name), having been designated to act as statutory agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

By: [signature]
[Signature] Terrie L. Bates, Assistant Secretary

C T Corporation System
[If signing on behalf of a company serving as statutory agent, print company name here]

AZ013 - 10/4/04 CT Filing Manager Online

BFI-3RFP-00056

R-1311025D

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6. Management

☐ Management of the limited liability company is vested in a manager or managers. The names and addresses of each person who is a manager AND each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company are:

Name: ______ ☐member ☐manager ______ ☐member ☐manager

Address: ______

City, State, zip: ______

Attach a certificate of existence or document of similar import duly authenticated (within sixty (60) days) by the official having custody of corporate records in the state, province or county under whose laws the corporation is incorporated (AZ Const. Art. XIV, §8).

______ ☐member ☐manager ______ ☐member ☐manager

[X] Management of the limited liability company is reserved to the members. The names and addresses of each person who is a member are:

Allied Waste North America, Inc. (DE Dom)
[X]member ☐member
15880 N Greenway-Hayden Loop, Suite 100
Scottsdale, AZ 85260

Your fax and phone number is optional.

☐member ☐member

PHONE ______ FAX ______

7. If the jurisdiction under the law of which your company is formed, you must provide the address of the principle office of the company, in whatever state or jurisdiction it is located.

7. The address of the office required to be maintained in the jurisdiction under the laws of which the company is organized, if required; or, if not required, the address of the principal office of the company is:
15880 N Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

The application must be signed by a member, manager or duly authorized agent.

Executed this 26th day of January 2005

[signature]
[Signature]
Jo Lynn White, Asst Secretary of the Member - Allied Waste North America, Inc.
[Print Name] (Check One) [X]Member ☐Manager ☐Authorized Agent

See A.R.S. §29-601 et seq. for more info.

LL0005
Rev. 09/04

AZ002 - 10/04 CT Filing Manager Online

# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BROWNING-FERRIS INDUSTRIES, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-NINTH DAY OF AUGUST, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

0764126 8300

060802069

AUTHENTICATION: 5005145

DATE: 08-29-06

BFI-3RFP-00058

**CT CORPORATION SYSTEM**

350 North St. Paul Street
Dallas, TX 75201

Tel: (214) 979-1172
Fax: (214) 754-0921

FEB. 2005
Domestic Representation
DE 12/31/2004
08006180635

816791

Browning-Ferris Industries, Inc.

Elaine Kuether, Corporate Paralegal
Allied Waste Industries, Inc.
15880 N Greenway-Hayden Loop
Suite 100
Scottsdale, AZ 85260

ENCLOSURES ARE FOR THE
DESIGNATED RECIPIENT FOR
THE COMPANY

0764126

Make checks for state fees payable to:
DELAWARE SECRETARY OF STATE - VENDOR #51-6000279.
THANK YOU FOR USING CT CORPORATION SYSTEM SERVICES!
CTAdvantage.com offers the easiest way to pay your taxes.
Pay a consolidated bill for up to 100 entities at once in a single web session. As your registered agent CT pre-populates your tax information. To make the process even faster, CT has confirmation once your filing is accepted.
LOG ONTO CTADVANTAGE.COM TODAY!

If delivery instructions for tax notification from CT have changed, such as address, individual or entity name, fax changes to the CT team fax number in the upper left corner of this page.

Fold twice at the perforation before tearing !!
Please use caution when detaching the perforated tax bill !!
**DETACH AT THE PERFORATION**

016791
60SCTL

## STATE OF DELAWARE
## L.L.C. TAX NOTICE

DO NOT ALTER FILE NUMBER

| FILE NUMBER | NAME | TAX YEAR | PHONE NUMBER |
|---|---|---|---|
| 0764126 | BROWNING-FERRIS INDUSTRIES, LLC | 2004 | 480-627-2700 |

| TAX | PENALTY | INTEREST | FILING FEE | CHECK CHARGE | PREV. BAL. OR CR. | TOTAL BAL. DUE |
|---|---|---|---|---|---|---|
| 235.00 | | | | | 35.00 CR | 200.00 |

| AMT. DUE IF RECD. BY JUN 1, 2005 | AMT. DUE IF RECD. BY JUL 1, 2005 | AMT. DUE IF RECD. BY AUG 1, 2005 | AMT. DUE IF RECD. BY SEP 1, 2005 |
|---|---|---|---|
| 200.00 | * 304.50 | * 309.00 | * 313.50 |

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 1300148 | 200.00 |

PLEASE REMIT INVOICE WITH PAYMENT

7 060105 0764126 000020000 0 8

BFI-3RFP-00059