**Plaintiff's Exhibit**

**2**

PROTECTIVE REFUND CLAIM

Form **1120X**
(Rev. December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

For tax year ending ▶ 9/30/97 (Enter month and year.)

Please Type or Print

Name: Browning-Ferris Industries, LLC for consolidated group f/k/a Browning-Ferris Industries, Inc. & Subsidiaries

Employer identification number: 74-1673682

Number, street, and room or suite no. (If a P.O. box, see instructions.): 15880 N Greenway-Hayden Loop, Suite 100

City or town, state, and ZIP code: Scottsdale, AZ 85260

Telephone number (optional): 480-627-2736

Enter name and address used on original return (If same as above, write "Same."): Browning-Ferris Industries, Inc. & Subsidiaries, 757 N Eldridge, Houston, TX 77079

Internal Revenue Service Center where original return was filed ▶ Austin, TX

**Fill in applicable items and use Part II on the back to explain any changes**

| **Part I** Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 4,389,800,149 | 0 | 4,389,800,149 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 4,234,964,403 | 80,923,602 | 4,315,888,005 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 154,835,746 | (80,923,602) | 73,912,144 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 42,784,657 | (18,549,092) | 24,235,565 |
| **Payments and Credits** (see instructions) | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 0 | 0 | 0 |
| b Estimated tax payments | 5b | 102,500,670 | 0 | 102,500,670 |
| c Refund applied for on Form 4466 | 5c | 32,709,291 | 0 | 32,709,291 |
| d Subtract line 5c from the sum of lines 5a and 5b | 5d | 69,791,379 | 0 | 69,791,379 |
| e Tax deposited with Form 7004 | 5e | | 0 | |
| f Credit from Form 2439 | 5f | | 0 | |
| g Credit for Federal tax on fuels | 5g | | 0 | |
| 6 Tax deposited or paid with (or after) the filing of the original return | | | 6 | 19,079,286 |
| 7 Add lines 5d through 6, column (c) | | | 7 | 88,870,665 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | | | 8 | 46,086,008 |
| 9 Subtract line 8 from line 7 | | | 9 | 42,784,657 |
| **Tax Due or Overpayment** (see instructions) | | | | |
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | | | 10 | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | | | 11 | 18,549,092 |
| 12 Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | | | 12 | 18,549,092 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date: 8/22/06 — ▶ Vice President - Tax, Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev. 12-2004)

ISA
STF FED4298F 1

PROTECTIVE REFUND CLAIM

Form **1120X** (Rev. December 2004)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

**For tax year ending** 9/30/98 **(Enter month and year.)**

Please Type or Print

Name: Browning-Ferris Industries, LLC for consolidated group f/k/a Browning-Ferris Industries, Inc. & Subsidiaries

Employer identification number: 74-1673682

Number, street, and room or suite no. (If a P.O. box, see instructions.): 15880 N Greenway-Hayden Loop, Suite 100

City or town, state, and ZIP code: Scottsdale, AZ 85260

Telephone number (optional): 480-627-2736

Enter name and address used on original return (If same as above, write "Same.")

Browning-Ferris Industries, Inc. & Subsidiaries, 757 N Eldridge, Houston, TX 77079

Internal Revenue Service Center where original return was filed ▶ Austin, TX

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change— increase or (decrease)— explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 4,409,436,882 | 0 | 4,409,436,882 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,948,907,315 | 0 | 3,948,907,315 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | 460,529,567 | 0 | 460,529,567 |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 66,149,601 | (9,711,514) | 56,438,087 |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | 46,086,008 | 0 | 46,086,008 |
| b | Estimated tax payments | 5b | 100,000,000 | 0 | 100,000,000 |
| c | Refund applied for on Form 4466 | 5c | 54,584,807 | 0 | 54,584,807 |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | 91,501,201 | 0 | 91,501,201 |
| e | Tax deposited with Form 7004 | 5e | | 0 | |
| f | Credit from Form 2439 | 5f | | 0 | |
| g | Credit for Federal tax on fuels | 5g | | 0 | |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | 3,519,979 |
| 7 | Add lines 5d through 6, column (c) | 7 | 95,021,180 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | 28,871,579 |
| 9 | Subtract line 8 from line 7 | 9 | 66,149,601 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | 0 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 9,711,514 |
| 12 | Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 9,711,514 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date: 8/22/06 — ▶ Vice President - Tax Title

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ — EIN — Phone no.

PROTECTIVE REFUND CLAIM

Form **1120X** (Rev. December 2004) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ 7/30/99 (Enter month and year.)

Please Type or Print

Name: Browning-Ferris Industries, LLC for consolidated group f/k/a Browning-Ferris Industries, Inc. & Subsidiaries

Employer identification number: 74-1673682

Number, street, and room or suite no. (If a P.O. box, see instructions.): 15880 N Greenway-Hayden Loop, Suite 100

City or town, state, and ZIP code: Scottsdale, AZ 85260

Telephone number (optional): 480-627-2736

Enter name and address used on original return (If same as above, write "Same.") Browning-Ferris Industries, Inc. & Subsidiaries, 15880 N. Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

Internal Revenue Service Center where original return was filed ▶ Ogden, UT

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change—increase or (decrease)—explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 3,193,591,494 | (80,923,602) | 3,112,667,892 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,271,762,828 | 0 | 3,271,762,828 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | (78,171,334) | (80,923,602) | (159,094,936) |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | | 0 | |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | | 0 | |
| b | Estimated tax payments | 5b | 90,500,000 | 0 | 90,500,000 |
| c | Refund applied for on Form 4466 | 5c | 80,000,000 | 0 | 80,000,000 |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | 10,500,000 | 0 | 10,500,000 |
| e | Tax deposited with Form 7004 | 5e | | 0 | |
| f | Credit from Form 2439 | 5f | | 0 | |
| g | Credit for Federal tax on fuels | 5g | 5,447 | 0 | 5,447 |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | |
| 7 | Add lines 5d through 6, column (c) | 7 | 10,505,447 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | 10,505,447 |
| 9 | Subtract line 8 from line 7 | 9 | 0 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | 0 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 0 |
| 12 | Enter the amount of line 11 you want: **Credited to 20__ estimated tax** ▶ **Refunded** ▶ | 12 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 8/22/06 Date | ▶ Vice President - Tax Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev 12-2004)

ISA
STF FED4298F.1