Exhibit F

PROTECTIVE REFUND CLAIM - REFER TO SPECIAL PROCESSING

Form **1120X** (Rev. December 2001)
Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending ▶ December, 1996 (Enter month and year.)

Please Type or Print

Name: Trigon Healthcare, Inc. & Subsidiaries

Employer identification number: 54-1773225

Number, street, and room or suite no. (If a P.O. box, see instructions.): 2221 Edward Holland Drive Mail Drop 42-B

City or town, state, and ZIP code: Richmond, Virginia 23230

Telephone number (optional): (804)354-3454

Enter name and address used on original return (If same as above, write "Same."): Same

Internal Revenue Service Center where original return was filed ▶ Philadelphia, PA

## Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change increase or decrease - explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 1 | 2,931,263,576 | | 2,931,263,576 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 2,770,638,953 | 60,775,255 | 2,831,414,208 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | 160,624,623 | -60,775,255 | 99,849,368 |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 32,092,807 | -12,155,051 | 19,937,756 |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5 a | Overpayment in prior year allowed as a credit | 5a | 2,415,423 | | 2,415,423 |
| b | Estimated tax payments | b | 24,500,000 | | 24,500,000 |
| c | Refund applied for on Form 4466 | c | | | |
| d | Subtract line 5c from the sum of lines 5a and 5b | d | 26,915,423 | 0.00 | 26,915,423 |
| e | Tax deposited with Form 7004 | e | 10,084,577 | | 10,084,577 |
| f | Credit from Form 2439 | f | 3,892 | | 3,892 |
| g | Credit for Federal tax on fuels | g | | | |
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | | | |
| 7 | Add lines 5d through 6, column (c) | 7 | | | 37,003,892 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 4,911,085 |
| 9 | Subtract line 8 from line 7 | 9 | | | 32,092,807 |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury."** ▶ | 10 | 0.00 |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 12,155,051 |
| 12 | Enter the amount of line 11 you want: **Credited to 20** estimated tax ▶ **Refunded** ▶ | 12 | 12,155,051 |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Thomas R. Byrd — Signature of officer | 8/30/04 — Date | ▶ Senior V.P. — Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

RECEIVED
SEP 03 2004
INTERNAL REVENUE SERVICE
[- 73 -]

**For Paperwork Reduction Act Notice, see page 4.** Form **1120X** (Rev. 12-2001)

JSA
3C1820 1.000

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here . . . . . ▶ ☐

A deduction is being taken for abandonment of appraised subscriber and provider intangible contract assets and workforce valuations. The subsidiary company taking the deduction is a qualifying Blue Cross & Blue Shield organization as defined in Section 833(c) of the Internal Revenue Code of 1986, as amended. The appraised assets qualify for the fresh start basis under Code Section 1012 of the 1986 act. This Form 1120 X is being filed as a protective claim as the deduction for the appraised assets has previously been disallowed on audit by the Internal Revenue Service. The amended return deductions by type are outlined below.

| | |
|---|---|
| Abandonment of subscriber and provider contracts - | $ 60,566,284 |
| Abandonment of individual workforce valuation assets - | $ 208,971 |
| | ------------ |
| Total Value of Deductible Appraised Assets | $ 60,775,255 |
| | ============ |

| | |
|---|---|
| Alt.Min.Tax Credit Carryover from 1996-As Revised on Previous Audit | $ 38,317,761 |
| Alt.Min.Tax Credit Carryover as Revised Per this 1120 X Return | $ 9,116,288 |
| | ------------ |
| Total Alt.Min.Tax Credit Carryover as Revised | $ 47,434,049 |
| | ============ |

Exhibit K

PROTECTIVE REFUND — REFER TO SPECIAL PROCESSING

Form **1120X** (Rev. December 2001) Department of the Treasury Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending ▶ December 1998 (Enter month and year.)

Please Type or Print

Name: Trigon Healthcare, Inc. & Subsidiaries

Employer identification number: 54-1773225

Number, street, and room or suite no. (If a P.O. box, see instructions.): 2221 Edward Holland Drive Mail Drop 42 - B

City or town, state, and ZIP code: Richmond, Virginia 23230

Telephone number (optional): (804)354-3454

Enter name and address used on original return (If same as above, write "Same."): Same

Internal Revenue Service Center where original return was filed ▶ Philadelphia, PA

CLEARED BY SCH DATE 12/11/02

## Fill in Applicable Items and Use Part II To Explain Any Changes

| Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change — increase or (decrease) — explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 3,355,420,025 | 0 | 3,355,420,025 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120 or lines 23 and 25c, Form 1120-A) | 2 | 3,265,635,756 | 33,969,475 | 3,299,605,231 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 89,784,269 | (33,969,475) | 55,814,794 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 19,068,655 | (6,793,895) | 12,274,760 |
| **Payments and Credits (see instructions)** | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 12,467,933 | 0 | 12,467,933 |
| b Estimated tax payments | b | 23,500,000 | 0 | 23,500,000 |
| c Refund applied for on Form 4466 | c | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | d | 35,967,933 | 0 | 35,967,933 |
| e Tax deposited with Form 7004 | e | 2,500,000 | 0 | 2,500,000 |
| f Credit from Form 2439 | f | | | |
| g Credit for Federal tax on fuels | g | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 17,339,812 |
| 7 Add lines 5a through 6, column (c) | 7 | | | 55,807,745 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 36,739,090 |
| 9 Subtract line 8 from line 7 | 9 | | | 19,068,655 |

**Tax Due or Overpayment (see instructions)**

| | | |
|---|---|---|
| 10 **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." | 10 | 0 |
| 11 **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 6,793,895 |
| 12 Enter the amount of line 11 you want: Credited to 20__ estimated tax ▶ Refunded ▶ | 12 | 6,793,895 |

**Sign Here** — Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date 10/16/02 ▶ Title PRESIDENT

**Paid Preparer's Use Only** — Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

Stamps: INTERNAL REVENUE SERVICE RECEIVED DEC 1 8 2002 IRS-ACCOUNTS MGMT. CINTI OPERATIONS 1, DEPARTMENT 1 TEAM 101; INTERNAL REVENUE SERVICE RECEIVED NOV 1 8 2002 ACCOUNTS MGMT-STATUTE-Team 107 CINCINNATI ACCOUNTS MGMT. CTR.; RESORT RECEIVED 1 1 0 8 2002; RECEIVED 1 0 6 2002 IRS-PHILA, PA; RECEIVED OCT 2 4 2002 INTERNAL REVENUE SERVICE

For Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev. 12-2001)

ISA STF FED4296F.1

[- 158 -]

Form 1120X (Rev. 12-2001) Page 2

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here . . . . . . . ▶ ☐

A deduction is being taken for abandonment of appraised subscriber and provider intangible contract assets. The subsidiary company taking the deduction is a qualifying Blue Cross & Blue Shield organization as defined in Section 833(c) of the internal revenue code of 1986, as amended. The appraised assets qualify for the fresh start basis under code section 1012 of the 1986 act. This Form 1120X is being filed as a protective claim as the deduction for the appraised assets has previously been disallowed on audit by the Internal Revenue Service. The amended return deductions by type are outlined below.

Abandonment of subscriber and provider contracts - $ 33,969,475

STF FED4296F.2 Form **1120X** (Rev. 12-2001)

[- 159 -]

Exhibit M

PROTECTIVE REFUND CLAIM - REFER TO SPECIAL PROCESSING

Form 1120X (Rev. December 2001) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

(5)

OMB No. 1545-0132

For tax year ending ▶ December, 1999 (Enter month and year.)

Name: Trigon Healthcare, Inc. & Subsidiaries

Employer identification number: 54-1773225

Number, street, and room or suite no. (If a P.O. box, see instructions.): 2221 Edward Holland Drive Mail Drop 42-B

City or town, state, and ZIP code: Richmond, Virginia 23230

Telephone number (optional): (804)354-3454

Enter name and address used on original return (If same as above, write "Same.")

Name

Internal Revenue Service Center where original return was filed ▶ Philadelphia, PA

## Fill In Applicable Items and Use Part II To Explain Any Changes

| Part I Income and Deductions (see instructions) | | (a) As originally reported or as previously adjusted | (b) Net change Increase or decrease - explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| Total income (Form 1120 or 1120-A, line 11) | 1 | 3,524,326,905 | | 3,524,326,905 |
| Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,426,318,289 | | 3,426,318,289 |
| Taxable income. Subtract line 2 from line 1 | 3 | 98,008,616 | | 98,008,616 |
| Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 23,108,754 | -1,572,133 | 21,536,621 |
| **Payments and Credits (see instructions)** | | | | |
| Overpayment in prior year allowed as a credit | 5a | 9,115,531 | | 9,115,531 |
| Estimated tax payments | b | 22,000,000 | | 22,000,000 |
| Refund applied for on Form 4466 | c | | | |
| Subtract line 5c from the sum of lines 5a and 5b | d | 31,115,531 | | 31,115,531 |
| Tax deposited with Form 7004 | e | | | |
| Credit from Form 2439 | f | | | |
| Credit for Federal tax on fuels | g | 851 | | 851 |
| Tax deposited or paid with (or after) the filing of the original return | 6 | | | |
| Add lines 5d through 6, column (c) | 7 | | | 31,116,382 |
| Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 8,007,628 |
| Subtract line 8 from line 7 | 9 | | | 23,108,754 |
| **Tax Due or Overpayment (see instructions)** | | | | |
| Tax due. Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." ▶ | 10 | | | |
| Overpayment. Subtract line 4, column (c), from line 9 ▶ | 11 | | | 1,572,133 |
| Enter the amount of line 11 you want: Credited to 20__ estimated tax ▶ Refunded ▶ | 12 | | | 1,572,133 |

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Sign Here ▶ Thomas R. Byrd (signature) Signature of officer | 8/30/04 Date | ▶ Senior V.P. Title

Paid Preparer's Use Only: Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

RECEIVED SEP 03 2004 INTERNAL REVENUE SERVICE

For Paperwork Reduction Act Notice, see page 4.

Form 1120X (Rev. 12-2001)

1,000

[- 180 -]

PROTECTIVE REFUND CLAIM - REFER TO SPECIAL PROCESSING

Form 1120X (Rev. 12-2001) Page 2

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here ▶ ☐

This 1120 X is being filed to reflect an Alternative Minimum Tax credit carryover resulting from an 1120 X filed for the 1996 tax year. The 1999 1120 X carryover results from a deduction being taken on the 1996 1120 X for abandonment of appraised ubscriber and provider intangible contract assets and workforce valuations. The ubsidiary company taking the deduction is a qualifying Blue Cross & Blue Shield rganization as defined in Section 833(c) of the Internal Revenue Code of 1986, as mended. The appraised assets qualify for the fresh start basis under Code Section 012 of the 1986 act. This Form 1120 X is being filed as a protective claim as the 996 deduction for the appraised assets has previously been disallowed on audit by the nternal Revenue Service. The change in the Alternative Minimum Tax credit carryover o and utilized in 1999 is outlined below:

| | |
|---|---|
| riginal Alt.Min. Tax Credit Carryover to 1999 | $ 9,898,065 |
| dditional Alt.Min. Tax Credit Carryover to 1999 from 1996 1120 X | $ 9,116,288 |
| | ------------ |
| evised Available Alt.Min. Tax Credit Carryover to 1999 | $ 19,014,353 |
| lt.Min. Tax Credit Carryover Originally Utilized for 1999 | ($ 9,898,065) |
| lt.Min. Tax Credit Carryover utilized on this 1999 Form 1120 X | ($ 1,572,133) |
| | ------------- |
| lt.Min. Tax Credit Carryover to 2000 resulting from this Form 1120 X | $ 7,544,155 |
| | ============= |

Exhibit N

Form **1120X** (Rev. December 2001) Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

(3)

OMB No. 1545-0132

For tax year ending ▶ December, 2000 (Enter month and year.)

Please Type or Print

Name: Trigon Healthcare, Inc. & Subsidiaries

Employer identification number: 54-1773225

Number, street, and room or suite no. (If a P.O. box, see instructions.): 2221 Edward Holland Drive Mail Drop 42-B

City or town, state, and ZIP code: Richmond, Virginia 23230

Telephone number (optional): (804)354-3454

Enter name and address used on original return (If same as above, write "Same."): Same

Internal Revenue Service Center where original return was filed ▶ Philadelphia, PA

## Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I Income and Deductions (see instructions)**

| | | (a) As originally reported or as previously adjusted | (b) Net change increase or decrease - explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | 1 | 4,037,776,693 | | 4,037,776,693 |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 2 | 3,932,146,587 | | 3,932,146,587 |
| 3 Taxable income. Subtract line 2 from line 1 | 3 | 105,630,106 | | 105,630,106 |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 36,891,040 | -7,544,155 | 29,346,885 |
| **Payments and Credits (see instructions)** | | | | |
| 5a Overpayment in prior year allowed as a credit | 5a | 133,085 | | 133,085 |
| b Estimated tax payments | b | 35,100,000 | | 35,100,000 |
| c Refund applied for on Form 4466 | c | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | d | 35,233,085 | | 35,233,085 |
| e Tax deposited with Form 7004 | e | | | |
| f Credit from Form 2439 | f | | | |
| g Credit for Federal tax on fuels | g | 492 | | 492 |
| 6 Tax deposited or paid with (or after) the filing of the original return | 6 | | | 15,371,405 |
| 7 Add lines 5d through 6, column (c) | 7 | | | 50,604,982 |
| 8 Overpayment, if any, as shown on original return or as later adjusted | 8 | | | 13,713,942 |
| 9 Subtract line 8 from line 7 | 9 | | | 36,891,040 |
| **Tax Due or Overpayment (see instructions)** | | | | |
| 10 Tax due. Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." ▶ | 10 | | | |
| 11 Overpayment. Subtract line 4, column (c), from line 9 ▶ | 11 | | | 7,544,155 |
| 12 Enter the amount of line 11 you want: Credited to 20__ estimated tax ▶ Refunded ▶ | 12 | | | 7,544,155 |

Sign Here: Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date 8/30/04 ▶ Senior V.P. Title

Paid Preparer's Use Only: Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

RECEIVED SEP 03 2004 INTERNAL REVENUE SERVICE

For Paperwork Reduction Act Notice, see page 4. Form **1120X** (Rev. 12-2001)

1.000

[ 182 ]

PROTECTIVE REFUND CLAIM - REFER TO SPECIAL PROCESSING

Form 1120X (Rev. 12-2001) Page 2

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here ▶ ☐

This 1120 X is being filed to reflect an Alternative Minimum Tax credit carryover resulting from an 1120 X filed for the 1996 tax year. The 2000 1120 X carryover results from a deduction being taken on the 1996 1120 X for abandonment of appraised subscriber and provider intangible contract assets and workforce valuations. The subsidiary company taking the deduction is a qualifying Blue Cross & Blue Shield organization as defined in Section 833(c) of the Internal Revenue Code of 1986, as amended. The appraised assets qualify for the fresh start basis under Code Section 1012 of the 1986 act. This Form 1120 X is being filed as a protective claim as the 1996 deduction for the appraised assets has previously been disallowed on audit by the Internal Revenue Service. The change in the Alternative Minimum Tax credit carryover to and utilized in 2000 is outlined below:

| | |
|---|---|
| Original Alt.Min. Tax Credit Carryover to 1999 | $ 9,898,065 |
| Additional Alt.Min. Tax Credit Carryover to 1999 from 1996 1120 X | $ 9,116,288 |
| | ------------ |
| Revised Available Alt.Min. Tax Credit Carryover to 1999 | $ 19,014,353 |
| Alt.Min. Tax Credit Carryover Originally Utilized for 1999 | ($ 9,898,065) |
| Alt.Min. Tax Credit Carryover utilized on 1999 Form 1120 X | ($ 1,572,133) |
| | ------------- |
| Alt.Min. Tax Credit Carryover to 2000 resulting from 96 & 99 Form 1120 X | $ 7,544,155 |
| Alt.Min. Tax Credit Carryover utilized on this 2000 Form 1120 X | ($ 7,544,155) |
| | ------------- |
| Alt.Min. Tax Credit Carryover to 2001 | NONE |
| | ============= |

Form **1120X** (Rev. 12-2001)

00

[- 183 -]

AMENDED CLAIM _ REFER TO SPECIAL PROCESSING

Form **1120X**
Rev. December 2001)
Department of the Treasury
Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

(2)

OMB No. 1545-0132

For tax year ending ▶ December 2001 (Enter month and year.)

Please Type or Print

Name: Trigon Healthcare, Inc. & Subsidiaries

Employer identification number: 54-1773225

Number, street, and room or suite no. (If a P.O. box, see instructions.): 2221 Edward Holland Drive 42 - B

City or town, state, and ZIP code: Richmond, Virginia 23230

Telephone number (optional): (804) 354-3454

Enter name and address used on original return (if same as above, write "Same.")
Same

Internal Revenue Service Center where original return was filed ▶ Ogden, Utah

## Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | | (a) As originally reported or as previously adjusted | (b) Net change — increase or (decrease) — explain in Part II | (c) Correct amount |
|---|---|---|---|---|
| Total income (Form 1120 or 1120-A, line 11) | 1 | 4,634,867,112 | 0 | 4,634,867,112 |
| Total deductions (total of lines 27 and 29c, Form 1120 or lines 23 and 25c, Form 1120-A) | 2 | 4,483,203,535 | 0 | 4,483,203,535 |
| Taxable income. Subtract line 2 from line 1 | 3 | 151,663,577 | 0 | 151,663,577 |
| Tax (Form 1120, line 31, or Form 1120-A, line 27) | 4 | 45,483,295 | (11,564,062) | 33,919,233 |

**Payments and Credits** (see instructions)

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| Overpayment in prior year allowed as a credit | 5a | 13,185,484 | 0 | 13,185,484 |
| Estimated tax payments | b | 36,000,000 | 0 | 36,000,000 |
| Refund applied for on Form 4466 | c | | | |
| Subtract line 5c from the sum of lines 5a and 5b | d | 49,185,484 | 0 | 49,185,484 |
| Tax deposited with Form 7004 | e | 6,000,000 | 0 | 6,000,000 |
| Credit from Form 2439 | f | | | |
| Credit for Federal tax on fuels | g | 194 | 0 | 194 |

| | | |
|---|---|---|
| Tax deposited or paid with (or after) the filing of the original return | 6 | |
| Add lines 5d through 6, column (c) | 7 | 55,185,678 |
| Overpayment, if any, as shown on original return or as later adjusted | 8 | 9,702,383 |
| Subtract line 8 from line 7 | 9 | 45,483,295 |

RECEIVED
OCT 24 2002
INTERNAL REVENUE SERVICE

**Tax Due or Overpayment** (see instructions)

| | | |
|---|---|---|
| **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." ▶ | 10 | 0 |
| **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | 11,564,062 |
| Enter the amount of line 11 you want: **Credited to 20__** estimated tax ▶ Refunded ▶ | 12 | 11,564,062 |

Sign Here: Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — Date 10/16/02 ▶ President — Title

Paid Preparer's Use Only: Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN | Phone no.

Paperwork Reduction Act Notice, see page 4.

Form **1120X** (Rev. 12-2001)

'98F.1

[- 184 -]

ORIGINAL

FILED
DEC 14 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AUSTIN INVESTMENT FUND, LLC,
RICOBENE LLC,
TAX MATTERS PARTNER,

Complainant,

v.

UNITED STATES OF AMERICA and the
INTERNAL REVENUE SERVICE,

Defendants.

D( 06-844 T

**COMPLAINT FOR READJUSTMENT OF PARTNERSHIP ITEMS**
**UNDER INTERNAL REVENUE CODE SECTION 6226**

The Complainant hereby petitions for readjustment of partnership items set forth by the Commissioner of Internal Revenue in his Notice of Final Partnership Administrative Adjustment ("FPAA") for Austin Investment Fund, LLC, (the "Partnership") [Letter 1830 (DO) (Rev. 3-2001)] dated September 12, 2006, with respect to the Tax Year ended December 31, 2002, and as the basis for its complaint in this action, alleges as follows:

(1) This Court has jurisdiction over this matter pursuant to 26 U.S.C. 6226 and 28 U.S.C. 1508, which grant this Court jurisdiction over a petition for a readjustment of the partnership items.

(2) The Partnership is a limited liability corporation with a taxpayer identification number of 94-3405500.

(3) Pleader, Ricobene LLC, is the Tax Matters Partner of the Partnership.

EXHIBIT B
PENGAD-Bayonne, N. J.

(4) Ricobene LLC's legal address is 1408 Elizabeth Lane, Glenview, IL 60025.

(5) Ricobene LLC's taxpayer identification number is 54-2061210.

(6) Ricobene LLC's principle place of business is in Illinois.

(7) Ricobene LLC is owned 100% by Mr. and Mrs. Philip G. Groves.

(8) Philip G. Groves' Social Security Number is 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.

(9) The return for the taxable year 2002, the period here involved, was filed with the Office of Internal Revenue at Ogden, California.

(10) A deposit totaling $2,000 was made by Philip G. Groves on behalf of Complainant on December 11, 2006, via hand delivery to the Internal Revenue Service at 225 West Broadway, 2nd Floor, Glendale, California, 91204.

(11) The FPAA, a copy of which is attached and marked EXHIBIT 1, was mailed to the Complainant on September 12, 2006, and was issued by the Office of the Internal Revenue Service at Seattle, Washington.

(12) The adjustments for the taxable year 2002, as determined by the Commissioner, are based upon the following errors:

(a) For the taxable year 2002 the Commissioner erred in adjusting the amount of Complainant's Other Costs by $159,293, pursuant to said FPAA.

(b) For the taxable year 2002 the Commissioner erred in adjusting the amount of Complainant's Other Deductions by $32,972,844, pursuant to said FPAA.

(c) For the taxable year 2002 the Commissioner erred in asserting an accuracy related penalty under IRC Section 6662 as determined in said FPAA.

(13) The facts upon which Complainant relies as the basis of this proceeding are as follows:

(a) For the taxable year 2002 Complainant correctly reported the amount of Other Costs on the return.

(b) For the taxable year 2002 Complainant correctly reported the amount of Other Deductions on the return.

(c) For the taxable year 2002, assuming some or all of the Commissioner's adjustments are correct, there was reasonable cause for the Complainant's positions and the Complainant acted in good faith.

///

///

///

///

///

///

///

///

///

///

///

///

///

Case 1:09-cv-00738-TCW Document 40-3 Filed 03/16/2007 Page 13 of 17

WHEREFORE, Complainant prays that this Court may hear its case and determine that there are no adjustments to the Complainant's tax return for the taxable year 2002, there is no basis for asserting an accuracy related penalty against Complainant under IRC Section 6662, and grant to Complainant such other and further relief as the Court deems appropriate.

DATED: December 11, 2006

Respectfully submitted,

EDWARD M. ROBBINS, JR.

Sharyn M. Fisk

SHARYN M. FISK

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Fax: (310) 859-1430

Counsel for Complainant

265247.1

[4]

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ANSWER

---

COMES NOW the defendant, the United States of America, in answer to the complaint filed on December 11, 2006, in the above-captioned case and respectfully denies each and every allegation contained in the complaint that is not expressly admitted or otherwise expressly addressed below.

The United States further:

1. States that if jurisdiction exists for this action it must arise under 26 U.S.C. § 6226(e) and 28 U.S.C. § 1508; but denies that jurisdiction exists here as the plaintiff has not satisfied the jurisdictional deposit requirements of § 6226(e), Treas. Reg. § 301.6226(e)-1, and § 6231(a)(10) (defining "indirect partner").

2. Admits the allegation regarding the tax identification number of Austin Investment Fund, LLC, and states that its attorneys currently lack knowledge or

PENGAD-Bayonne, N. J.
EXHIBIT
C

information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 2.

3. States that "Ricobene LLC" is identified as the tax matters partner on the 2002 Form 1065 of Austin Investment Fund LLC and states further that the name on the Form 1065 for 2002 for that entity is stated as "Ricobene I, LLC." (See Attached Exhibit 1.)

4. Admits that the address stated in paragraph 4 for Ricobene LLC is the address set forth for Ricobene LLC in the Notice of Final Partnership Administrative Adjustment but states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegation in paragraph 4 that this address is Ricobene's "legal address."

5. States that the alleged taxpayer identification number is for "Ricobene I." (See Attached Exhibit 1).

6-7. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraphs 6 and 7.

8-9. Admits the allegations in paragraphs 8 and 9.

10. States that the Internal Revenue Service's records for Philip G. Groves indicate a payment as of December 12, 2006, in the amount alleged, but states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 10.

11. Admits the allegations in paragraph 11.

12. Denies that any of the errors in alleged in paragraph 12, parts (a) through (c) were committed.

13. Denies the allegations in paragraph 13, parts (a) through (c).

WHEREFORE, the defendant prays that the Court sustain the determinations set forth in the Notice of Final Partnership Administrative Adjustment, that costs be taxed against the plaintiff, and that the Court award the United States of America such other and further relief as the Court deems appropriate, including costs

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven Frahm
Of Counsel

March 12, 2007

17265305299003

Form **1065** Department of the Treasury Internal Revenue Service
**U.S. Return of Partnership Income** **2002**
► See separate instructions.

IRS use only — Do not write or staple in this space.

For calendar year 2002, or tax year beginning , 2002, and ending , 20 OMB No. 1545-0099

A Principal business activity: MANAGEMENT
B Principal product or service: HOLDING CO.
C Business code number: 551112

Use the IRS label. Otherwise, print or type.
RICOBENE I, LLC
1408 ELIZABETH LANE
GLENVIEW, IL 60025

D Employer identification number: 54-2061210
E Date business started: 12/01/2002
F Total assets (see instrs): $

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 3

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | | |
| b Less returns and allowances | 1b | 1c | |
| 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* SEE STATEMENT 1 | | 4 | -1,562. |
| 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* | | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| 7 Other income (loss) *(attach schedule)* | | 7 | |
| 8 **Total income (loss).** Combine lines 3 through 7 | | 8 | -1,562. |
| 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| 10 Guaranteed payments to partners | | 10 | |
| 11 Repairs and maintenance | | 11 | |
| 12 Bad debts | | 12 | |
| 13 Rent | | 13 | |
| 14 Taxes and licenses | | 14 | |
| 15 Interest | | 15 | |
| 16a Depreciation (if required, attach Form 4562) | 16a | | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c | |
| 17 Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| 18 Retirement plans, etc | | 18 | |
| 19 Employee benefit programs | | 19 | |
| 20 Other deductions *(attach schedule)* | | 20 | |
| 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | |
| 22 **Ordinary income (loss) from trade or business activities.** Subtract line 21 from line 8 | | 22 | -1,562. |

INTERNAL REVENUE SERVICE RECEIVED OCT 20 2003 BATCHING UNIT COVINGTON KY

PHOTO COPY DO NOT PROCESS

Other / Wrong / Block M / Document / Julian / Reason: / Request / Formula / POD-Group / DOC / Unit / Division / Name and / Name or / UA (Do / NIF (re / 9. For File

Sign Here: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► [signature] CPA ► 10/10/03
Signature of general partner or limited liability company member — Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☐ Yes ☐ No

Paid Preparer's Use Only
Preparer's signature: [signature] Date: 10/10/2003 Check if self-employed ► ☐ Preparer's SSN or PTIN: P00363671
Firm's name (or yours if self-employed), address, and ZIP code ► NAVIAUX, DUBOW & HARRIS LLC, 53 WEST JACKSON BLVD. SUITE 1610, CHICAGO, IL 60604-3747
EIN ► 65-1164012
Phone no. 312.461.0876

BAA For Paperwork Reduction Act Notice, see separate instructions. PTPA0105L 12/27/02 Form 1065 (2002)

EXHIBIT 1 TO ANSWER
3/12/2007



2298054.1