# In the United States Court of Federal Claims

No. 05-738T

(Filed: March 26, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| BROWNING FERRIS INDUSTRIES, INC. | * |
| & SUBSIDIARIES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

ORDER

On March 16, 2007, Defendant filed with the Court a motion for reconsideration of the Court's March 2, 2007 Opinion and Order dismissing this case for lack of jurisdiction. Pursuant to Rule 59(b) of this Court's rules, the Court hereby requests Plaintiff to submit a response to Defendant's motion on or before April 9, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge