# United States Court Of Federal Claims

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 05-738T |
| v. | ) | Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO UNITED STATES' MOTION FOR RECONSIDERATION**

Plaintiff, by its attorneys, and pursuant to RCFC Rule 6.1, respectfully requests that this Court grant it a 10-day extension of time to file its response to Defendant's Motion for Reconsideration. As grounds for this request, Plaintiff submits as follows:

1. On March 26, 2007, this Court entered an order requesting Plaintiff to submit a response to Defendant's Motion for Reconsideration on or before April 9, 2007. At the time the Court's order was issued, Plaintiff's counsel had committed to travel arrangements that required his absence from his office the majority of the week of March 26, 2007 through March 30, 2007, and the week of April 2, 2007 through April 6, 2007. Counsel's extended absence over such time period gives rise to this request for an extension, in order to allow counsel sufficient time upon his return to prepare Plaintiff's response.

2. On March 30, 2007, Plaintiff's counsel contacted Defendant's counsel by electronic mail to solicit his consent to the requested extension. Defendant's counsel has replied that he has no objection to the requested extension.

3. No prior requests for an extension of time have been made to the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion to extend the deadline to respond to Defendant's motion to April 19, 2007. A proposed order reflecting the foregoing request is attached.

Respectfully submitted,

*/s/ Philip Karter*

PHILIP KARTER
Chamberlain, Hrdlicka, White, Williams & Martin
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/772-2300 Telephone
610/772-2305 Facsimile
*Attorney of Record for Plaintiff*

HERBERT ODELL
Chamberlain, Hrdlicka, White, Williams & Martin
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/772-2300 Telephone
610/772-2305 Facsimile
*Of Counsel*

Dated: March 30, 2007

0000231.01

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing MOTION FOR EXTENSION OF TIME was made on this 30th day of March, 2007 by electronically filing a copy of the same with the Court under the CM/ECF system with notification of such filing to Defendant's counsel, Stuart J. Bassin.

*/s/ Philip Karter*

PHILIP KARTER
Chamberlain, Hrdlicka, White, Williams & Martin
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/772-2300 Telephone
610/772-2305 Facsimile