# United States Court Of Federal Claims

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 05-738T |
| v. | ) | Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court on the Plaintiff's Motion for Extension of Time pursuant to RCFC 6.1, and the Court having considered the motion and for good cause shown;

IT IS HEREBY ORDERED, that Plaintiff's motion be granted and that its response to Defendant's Motion for Reconsideration shall be due on or before April 19, 2007.

DATED: ______________, 2007.

________________________________
HONORABLE THOMAS C. WHEELER
JUDGE, U.S. COURT OF FEDERAL CLAIMS

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing PROPOSED ORDER was made on this 30th day of March, 2007, by electronically filing a copy of the same with the Court under the CM/ECF system with notification of such filing to Defendant's counsel, Stuart J. Bassin.

*/s/ Philip Karter*

PHILIP KARTER
Chamberlain, Hrdlicka, White, Williams & Martin
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
610/772-2300 Telephone
610/772-2305 Facsimile