# In the United States Court of Federal Claims

No. 05-738T

(Filed: May 16, 2007)

************************************ *
*
BROWNING FERRIS INDUSTRIES, INC. *
& SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

DISMISSAL ORDER

Pursuant to the Court's March 2, 2007 Opinion and Order, and the Court's May 10, 2007 Order denying Defendant's Motion for Reconsideration, the Clerk of the Court is directed to dismiss this case without prejudice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge