# In the United States Court of Federal Claims

**No. 05-738 T**

**BROWNING FERRIS INDUSTRIES, INC.
& SUBSIDIARIES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's March 2, 2007 Opinion and Order, the May 10, 2007 Order denying Defendant's Motion for Reconsideration and the the Dismissal Order filed this date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**May 16, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.