IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 6 2007
U.S. COURT OF FEDERAL CLAIMS

No. 05-738 T
(Judge Wheeler)

BROWNING-FERRIS INDUSTRIES, INC. & SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this

action on May 16, 2007.

Respectfully submitted,

Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418
(202) 307-2504 (fax)

RICHARD MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JENNIFER D. SPRIGGS
Senior Trial Attorney
JACOB E. CHRISTENSEN
Trial Attorney

July 6, 2007

Of Counsel

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on plaintiff, this 6th day of July 2007, by mailing a copy thereof, via regular mail, to the following addresses:

Philip Karter
Chamberlain Hrdlicka White Williams & Martin
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428

[signature]

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440